FILED

1  MARK A. FINKELSTEIN (State Bar No. 173851)
   mafinkelstein@jonesday.com
2  JONES DAY
   3161 MICHELSON DRIVE
3  SUITE 800
   IRVINE, CA 92612-4408
4  949.851.3939
   949.553.7539 (Facsimile)
5
   SUSAN M. KAYSER (*pro hac vice* app. pending)
6  skayser@jonesday.com
   JESSICA D. BRADLEY (*pro hac vice* app. pending)
7  jbradley@jonesday.com
   JONES DAY
8  51 LOUISIANA AVE, NW
   WASHINGTON, DC 20001
9  202.879.3939
   202.626.1700 (Facsimile)
10
11 Attorneys for Plaintiffs Chloé SAS, Alfred Dunhill
   Limited, Officine Panerai AG, and Montblanc-
12 Simplo GMBH

11 MAY 17 PM 4:09

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

LODGED

11 MAY 13 PM 3:50

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 16  CHLOÉ SAS, a French Corporation; ALFRED DUNHILL LIMITED, a UK Corporation; OFFICINE PANERAI AG, a Swiss Corporation; and MONTBLANC-SIMPLO GMBH, a German Corporation,<br><br>20          Plaintiffs,<br><br>21      v.<br><br>22  SAWABEH INFORMATION SERVICES CO.(d/b/a "SISCOM", tradekey.com, saudicommerce.com, and b2bfreezone.com), a Saudi Arabian Corporation; TRADEKEY (PVT) LTD, a Pakistani Corporation; TRADEKEY, LLC, a Delaware Corporation; WALEED ABALKHAIL; JUNAID MANSOOR; BOSUN INTERNATIONAL TRADE CO.; CCTRUE INTERNATIONAL TRADE CO., LTD.; FANCYSALER TRADING CO.; FUZHOU SUNSHINE TRADE CO., LTD; | Case No.: **CV11 04147 GAF (MANx)**<br><br>[~~PROPOSED~~] *EX PARTE* SEALING ORDER PURSUANT TO 15 U.S.C. § 1116(d)(8) |

[Proposed] *Ex Parte* Sealing Order

| | |
|---|---|
| 1 | HENGTAI INTERNATIONAL; KK FASHION LOVE ZONE; LOVE IN APPAREL TRADE CO., LTD.; MELCHIC INTERNATIONAL TRADE CO, .LTD; MYSTOCKWATCH CO., LTD; OFFRUNWAYBAGS.COM; ORIENT-ONLINE CO., LTD; PARK CO. LTD; RICHEN-ONLINE CO., LTD; SEASON-ONLINE CO., LTD; SEASONS-ONLINE CO. LTD-ELAINE; SEVEN STAR REPLICASS; SHANGHAI TAOLAN INTERNATIONAL TRADE LIMITED COMPANY; SHOP STAR STYLE; SINOESTAR CO., LTD; SUPEROCEANS CO., LTD.; V52 INTERNATIONAL TRADE CO., LTD; VERTEX ONLINE CO., LTD.; WIN-WIN TRADE CO., LTD.; WWW.ECWATCH.NET; YONGCHUANG TRADE CORP; ZHONGSHENG TRADE CO., LTD; and DOES 1 through 5 inclusive, Defendants. | |

Having considered Plaintiffs' *Ex Parte* Application to Seal File Temporarily, Under 15 U.S.C. § 1116(d)(8), and finding good cause appearing, the Court hereby orders that the file and orders granted by the Court in this civil action shall be temporary sealed until Plaintiffs have both (1) fully executed the Seizure Order and Asset Freeze Order and (2) the Court conducts a hearing on the Order to Show Cause for Preliminary Injunction, as mandated by the statutory scheme under 15 U.S.C. § 1116(d)(8).

OR IF DENIED:

The underlying documents and the sealing application shall be returned to counsel of record, Mark A. Finkelstein, without filing.

**IT IS SO ORDERED**

DATED: 5/17/11

United States District Judge

1

[Proposed] *Ex Parte* Sealing Order