1  MARK A. FINKELSTEIN (State Bar No. 173851)
   mafinkelstein@jonesday.com
2  JONES DAY
   3161 MICHELSON DRIVE
3  SUITE 800
   IRVINE, CA 92612-4408
4  949.851.3939
   949.553.7539 (Facsimile)
5
   SUSAN M. KAYSER (admitted *pro hac vice*)
6  skayser@jonesday.com
   JESSICA D. BRADLEY (admitted *pro hac vice*)
7  jbradley@jonesday.com
   JONES DAY
8  51 LOUISIANA AVE, NW
   WASHINGTON, DC 20001
9  202.879.3939
   202.626.1700 (Facsimile)
10
11 Attorneys for Plaintiffs Chloé SAS, Alfred Dunhill Limited,
   Officine Panerai AG, and Montblanc-Simplo GmbH
12
   LAURENCE F. PULGRAM (State Bar No. 115163)
13 lpulgram@fenwick.com
   TYLER G. NEWBY (State Bar No. 205790)
14 tnewby@fenwick.com
   FENWICK & WEST LLP
15 555 California Street, 12th Floor
   San Francisco, CA 94104
16 Telephone:  (415) 875-2300
   Facsimile:  (415) 281-1350
17
   Attorneys for Sawabeh Information Services Co.
18 (appearing specially) and TradeKey LLC
19

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

21 CHLOE SAS, a French Corporation, *et al.*,

22          Plaintiffs,

23 vs.

24

25 SAWABEH INFORMATION SERVICES CO, *et al.*,

26          Defendants.

27

28

Case No. 11-cv-4147 GAF (MANx)

**JOINT SUBMISSION REGARDING APPOINTMENT OF SPECIAL MASTER**

**FILED UNDER SEAL**

1  MARK A. FINKELSTEIN (State Bar No. 173851)
   mafinkelstein@jonesday.com
2  JONES DAY
   3161 MICHELSON DRIVE
3  SUITE 800
   IRVINE, CA 92612-4408
4  949.851.3939
   949.553.7539 (Facsimile)
5
   SUSAN M. KAYSER (admitted *pro hac vice*)
6  skayser@jonesday.com
   JESSICA D. BRADLEY (admitted *pro hac vice*)
7  jbradley@jonesday.com
   JONES DAY
8  51 LOUISIANA AVE, NW
   WASHINGTON, DC 20001
9  202.879.3939
   202.626.1700 (Facsimile)
10
   Attorneys for Plaintiffs Chloé SAS, Alfred Dunhill Limited,
11 Officine Panerai AG, and Montblanc-Simplo GmbH

12 LAURENCE F. PULGRAM (State Bar No. 115163)
   lpulgam@fenwick.com
13 TYLER G. NEWBY (State Bar No. 205790)
   tnewby@fenwick.com
14 LESLIE A. KRAMER (State Bar No. 253313)
   lkramer@fenwick.com
15 DAVID MARTY (State Bar No. 273417)
   dmarty@fenwick.com
16 FENWICK & WEST LLP
   555 California Street, 12th Floor
17 San Francisco, CA 94104
   Telephone:  (415) 875-2300
18 Facsimile:   (415) 281-1350

19 Attorneys for Sawabeh Information Services Co.
   (appearing specially) and TradeKey LLC
20

21 **UNITED STATES DISTRICT COURT**
   **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
22

| | |
|---|---|
| CHLOE SAS, a French Corporation, *et al.*, | Case No. 11-cv-4147 GAF (MANx) |
| Plaintiffs, | **JOINT SUBMISSION REGARDING APPOINTMENT OF SPECIAL MASTER** |
| vs. | |
| SAWABEH INFORMATION SERVICES CO., *et al.*, | **FILED UNDER SEAL** |
| Defendants. | |

JUN 2 8 2011

WAI-3012931v1

1    WHEREAS, the Parties, through their attorneys of record, were unable to

2    agree on a recommendation for a single Special Master;

3    WHEREAS, pursuant to the Parties' stipulation, as approved by the Court,

4    they are to submit a list of four potential candidates, including each candidate's

5    curriculum vitae; and

6    WHEREAS, the Parties have instead agreed to submit this list of two

7    potential candidates (one per side) for the Court to appoint a Special Master.

8    The proposed potential candidates to serve as the Special Master in this case

9    are (in alphabetical order):

10   1.    Craig Ball, Esq. (CV attached as Exhibit A)

11   2.    Daniel Garrie, Esq. (CV attached as Exhibit B)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WAI-3012931v1

1    <u>Plaintiffs' Position:</u> Plaintiffs believe both parties and this Court will benefit
2    from a Special Master with significant years of experience acting as a Special
3    Master in computer forensics and e-discovery matters.  The amount of data at issue
4    here requires a Special Master with experience to efficiently instruct the parties on
5    technical issues of back-up, verification, consolidation and reconciliation of the
6    data, identifying volume of data and file types, determining a useable workflow for
7    extracting, converting and reviewing potentially relevant data from specifically
8    identified computer servers, and rule on relevance and privilege.  Plaintiffs believe
9    that Mr. Ball is the more qualified candidate.  Among his certifications, Mr. Ball is
10   a Board Certified trial lawyer, received his JD in 1982, and is a Certified Computer
11   Forensics Examiner and a Certified Data Recovery Specialist.  Mr. Ball focuses his
12   practice on service as a court-appointed special master and consultant in computer
13   forensics and e-discovery, has served in e-discovery/computer matters as a Special
14   Master 14 times and as a neutral 13 times.  Mr. Ball's rate is $500/hr.

15       Mr. Ball has not worked for the attorneys or parties in this case.   He
16   previously consulted for attorneys in Jones Day's Houston office: 1) 2005-ESI
17   preservation in litigation involving chemical company (consultant); 2) 2005-Energy
18   sector data theft case litigation (testifying expert); 3) 2007-Evaluate possible system
19   intrusion re: software CEO (consultant); and 4) 2009-2011-Assess systems in
20   employee data theft investigations (3 matters as consultant).  Mr. Ball was recently
21   contacted to examine new evidence in the last listed engagement for which his work
22   had ceased, but will decline if selected as Special Master.  Given that Jones Day has
23   over 2,500 lawyers, work with unrelated attorneys on unrelated matters in different
24   offices would not affect Mr. Ball's ability to act as a neutral Special Master, nor is
25   this a basis for disqualification under Fed. R. Civ. P. 53(a)(2) (incorporating
26   standard for disqualification of a judge under 28 U.S.C. § 455).  Mr. Garrie has
27   technical qualifications, however he just receiveed his JD in 2006 and has only
28   served as a Special Master in an e-discovery/computer matter one time.

WAI-3012931v1

1      Defendants' Position:

2         The TradeKey Defendants respectfully submit that Mr. Daniel Garrie is the

3 most qualified and neutral candidate to serve as Special Master. When the parties

4 exchanged lists of potential candidates on June 23, Plaintiffs and Defendants both

5 proposed Mr. Garrie, a Los Angeles resident, and he was the only candidate on both

6 parties' lists. Despite this apparent agreement, Plaintiffs have withdrawn their

7 consent to Mr. Garrie and instead advance a candidate from Houston, Craig Ball.

8         The TradeKey Defendants vigorously object to Mr. Ball on the grounds that

9 Jones Day has retained and paid Mr. Ball as a consulting and testifying advocate in

10 six separate matters over the last six years, including as recently as this year. Even

11 as Plaintiffs were proposing Mr. Ball for this matter, Jones Day's Houston office

12 was requesting that he examine evidence as a continuation of his most recent

13 engagement. While Plaintiffs' counsel wrote that Mr. Ball "advised that he can

14 decline any new work if it would disqualify him from consideration here," this only

15 confirms their effort to slot a regularly retained advocate into what should be a

16 "neutral" for this project. Jones Day's frequent and ongoing retention of Mr. Ball

17 as a partisan makes him an inappropriate choice under Fed. R. Civ P. 53.

18         Mr. Garrie has never been retained by any law firm or party to this matter. A

19 rising star in the field, he has been chosen as electronic discovery neutral or

20 mediator in over a dozen cases—skills that will assist in a cooperative approach to

21 minimize disputes. He has been appointed Special Master over electronic discovery

22 in three other matters, two of which settled after his appointment. In the third,

23 involving numerous international parties and voluminous data, Mr. Garrie ruled on

24 20 discovery motions, none of which was overturned.  He is more experienced in

25 the relevant Linux environment than Mr. Ball, who prefers Windows, and his

26 computer science Masters research focused on data search. As an attorney, Mr.

27 Garrie is knowledgeable in and has published on data privacy and security matters.

28 Accordingly, he is the best candidate to fulfill the Court's June 13 Order.

1
2   Dated:  June 28, 2011

3                                           JONES DAY

4                                           By:
                                                Mark A. Finkelstein

5                                           *Attorneys for Plaintiffs Chloé SAS,*
                                            *Alfred Dunhill Limited, Panerai AG*
6                                           *and Montblanc-Simplo GmbH*

7   Dated:  June 28, 2011

8                                           FENWICK & WEST LLP

9                                           By:
                                                Tyler G. Newby

10                                          *Attorneys for Defendants Sawabeh*
                                            *Information Services Co, and*
11                                          *TradeKey LLC*

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WAI-3012931v1



**CRAIG BALL**
**Trial Lawyer & Special Master**
**Computer Forensic Examiner**
**Author and Educator**

**3723 Lost Creek Blvd.**     **Lab:     512-514-0182**
**Austin, Texas 78735**      **Mobile: 713-320-6066**
**E-mail: craig@ball.net**
**Web: craigball.com**

Craig Ball is a Board Certified trial lawyer, certified computer forensic examiner and electronic evidence expert   He's dedicated his career to teaching the bench and bar about forensic technology and trial tactics. After decades trying lawsuits, Craig limits his practice to service as a court-appointed special master and consultant in computer forensics and e-discovery. A prolific contributor to educational programs worldwide--having delivered over 700 presentations and papers--Craig's articles on forensic technology and electronic discovery frequently appear in the national media.  He writes a monthly award winning column on computer forensics and e-discovery for Law Technology News and Law.com called "Ball in your Court."  Craig Ball has served as the Special Master or testifying expert on computer forensics and electronic discovery in some of the most challenging, front page cases in the U.S.  Named as one of the Best Lawyers in America and a Texas Superlawyer, Craig is a recipient of the Presidents' Award, the State Bar of Texas' most esteemed recognition of service to the profession and of the Bar's Lifetime Achievement Award in Law and Technology.

**EDUCATION**
Rice University (B.A., 1979, triple major); University of Texas (J.D., with honors, 1982); Oregon State University (Computer Forensics certification, 2003); EnCase Intermediate Reporting and Analysis Course (Guidance Software 2004); WinHex Forensics Certification Course (X-Ways Software Technology 2005); Certified Data Recovery Specialist (Forensic Strategy Services 2009); numerous other classes on computer forensics and electronic discovery.

**SELECTED PROFESSIONAL ACTIVITIES**
Law Offices of Craig D. Ball, P.C.; Licensed in Texas since 1982.
Board Certified in Personal Injury Trial Law by the Texas Board of Legal Specialization
Certified Computer Forensic Examiner, Oregon State University and NTI
Certified Computer Examiner (CCE), International Society of Forensic Computer Examiners
Admitted to practice U.S. Court of Appeals, Fifth Circuit; U.S.D.C., Southern, Northern and Western Districts of Texas.
Member, Editorial Advisory Board, Law Technology News and Law.com (American Lawyer Media)
Board Member, Georgetown University Law School Advanced E-Discovery Institute and E-Discovery Academy
Board Member, International Society of Forensic Computer Examiners
Member, Sedona Conference WG1 on Electronic Document Retention and Production
Member, Educational Advisory Board for LegalTech (largest annual legal technology event)
Special Master, Electronic Discovery, numerous federal and state tribunals
Instructor in Computer Forensics and Electronic Discovery, United States Department of Justice
Lecturer/Author on Electronic Discovery for Federal Judicial Center and Texas Office of the Attorney General
Specialist Lecturer, Electronic Discovery, University of Texas School of Law faculty
Instructor, HTCIA Annual 2010, Cybercrime Summit, 2006, 2007; SANS Instructor 2009, PFIC 2010, CEIC 2011
Special Prosecutor, Texas Commission for Lawyer Discipline, 1995-96
Council Member, Computer and Technology Section of the State Bar of Texas, 2003-2010
Chairman: Technology Advisory Committee, State Bar of Texas, 2000-02
President, Houston Trial Lawyers Association (2000-01); President, Houston Trial Lawyers Foundation (2001-02)
Director, Texas Trial Lawyers Association (1995-2003); Chairman, Technology Task Force (1995-97)
Member, High Technology Crime Investigation Association and International Information Systems Forensics Assn.
Member, Texas State Bar College
Member, Continuing Legal Education Comm., 2000-04, Civil Pattern Jury Charge Comm., 1983-94, State Bar of Texas
Life Fellow, Texas and Houston Bar Foundations
Adjunct Professor, South Texas College of Law, 1983-88

**EXHIBIT A**
**PAGE 5**

**Matters in Which Craig Ball has Served as a Court Appointed Special Master or Neutral or Testified as an Expert or in Connection with Computer Forensics/Electronic Evidence**

1. Meyer v. Brown; Harris County, TX, Judge Baker; (Court's Neutral)
2. In Re: Enron and Arthur Andersen Secs. Litigation; USDC SDTX (Lead Plaintiff's Counsel's ESI expert)
3. In Re: Tyco Securities Litigation; USDC NH (Lead Plaintiff's Counsel's ESI Expert)
4. American Express v. Americap; USDC SDTX (Court's Special Master)
5. TXU v. Whittaker et al.; 151st Harris County, TX (Court's Special Master)
6. Miller et al. v. Highland Medical Center; 295th JDC, Harris County, TX (Plaintiff's Counsel's Expert)
7. Barnes v. Kissner; 190thJDC; Harris County, TX (Court's Neutral)
8. BP Texas City Explosion Litigation, Galveston, TX (Joint Prosecution Group 's Expert)
9. Chart Industries v. Runyan and Applied Hydrocarbon Systems; USDC SDTX (Plaintiff's Expert)
10. Key Energy v. Crisp; USDC Midland, TX (Plaintiff's Counsel's Expert)
11. Broussard v. Dunlap; 190th Harris County, TX (Court's Neutral)
12. State Bar of Texas v. [Attorneys Under Investigation]; TX Office of the Disciplinary Counsel
13. In Re: Flowserve Securities Litigation; USDC NDTX (Lead Plaintiff's Counsel's Expert)
14. Grooms v. Montelaro; 295th, Harris County, TX (Court's Special Master)
15. Luk v. Eisner; 11th, Harris County, TX (Defense Counsel's Expert)
16. MJCM, LLC. v. Floyd and Associates. Harris County, TX (Court's Neutral)
17. PowerTrain v. American Honda; USDC NDMS (Hybrid Appointment)
18. Shue v USAA et al; Kendall County, TX (Court's Special Master)
19. In Re: Sirna Therapeutics Litigation; USDC NDCA (Defense Counsel's Expert)
20. Yeh v. McDougal; 333rd Harris County, TX (Court's Neutral)
21. Plus Technologia, SA de CV v ACI Worldwide; Pinellas Cty., FL (Plaintiff's Counsel's Expert)
22. Anadarko Petroleum v. Geosouthern Energy; USDC SDTX (Hybrid/Court's Neutral)
23. ASC v. SCI; Ft. Bend County, TX (Court's Neutral by Stipulation)
24. Katrina Canal Breaches Consolidated Litigation; USDC EDLA (Court's Neutral)
25. Sellar v. Boecker; Harris County, TX (Court's Neutral)
26. In Re: Seroquel Products Liability Litigation; USDC MDFL (Special Master-ESI)
27. Daimler Trucks N.A. LLC v. Younessi; USDC OR (Court's Special Master)
28. MDI v. NaphCare; USDC SDMS (Court's Neutral)
29. Baker Hughes v. Pathfinder; USDC SDTX (Defense Counsel's Expert)
30. Bd. of Comms. of the Port of N.O. v. Lexington Ins. Co. et al.; USDC EDLA (Special Master-ESI)
31. Stewart & Stevenson v. McGuirt; Harris County, TX (Neutral Expert by Stipulation)
32. Fisher et al. V. Halliburton et al.; USDC SDTX (Plaintiff Counsel's Expert)
33. Aquamar S.A. v. E.I. Du Pont de Nemours & Co.; Broward County, FL (Plaintiff's Counsel's Expert)
34. AmWINS Brokerage of Texas, Inc . v Hildebrand; Collin County, TX (Neutral by Agreement)
35. Arthur v. Stern; Harris County, TX (Court's Special Master in computer forensics)
36. Duke Energy Int'l, LLC et al. v. Napoli; Harris County., TX (Court's Special Master)
37. Austin Capital Mgmt. v. Balthrop; USDC WDTX (Court's Special Master in computer forensics)
38. Grace et al. v. DRS Sensors & Targeting Systems, Inc.;  USDC MDFL (Defense Counsel's Expert)
39. Peironnet et al. v. Matador Resources Co. et al.; Caddo Parish, LA (Court's Neutral)
40. Camp Mystic, Inc. et al. v. Eastland et al.; Kerr County, TX (Defense Counsel's Expert)
41. Maggette, Jacobs et al. v. BL Development et al.; USDC NDMS (Court's Special Master)
42. Ridha et al. v. Texas A&M University et al.; USDC SDTX (Defense Counsels' Expert)
43. In re: CityCenter Construction Litigation, Clark County, NV (Court's Special Master for ESI)
44. In re: Bernard L. Madoff Investment Services Litigation; Bankruptcy Court SDNY (Trustee's Expert for ESI)
45. Lexington v. Estate of John O'Quinn, Deceased; Probate Court 2, Harris County, TX (Court's Neutral Examiner)
46. Allison et al. v. Exxon Mobil Corp.; Circuit Court Baltimore County, MD (Court's Special Master-ESI)
47. PIC Group v LandCoast, Inc.; USDC SDMS (Court's Special Master)

**EXHIBIT A**
**PAGE 6**

# DANIEL B. GARRIE, ESQ.

Office Number:  (425) 395 4092
Mobile Number: (213) 784 0951

J.D. Law,
Rutgers School of Law

M.A. Computer Science,
Brandeis University

Web: www.fsrdg.com
Email: dgarrie@fsrdg.com

B.A. Computer Science,
Brandeis University

Mr. Garrie serves as an E-Discovery Special Master, Neutral and Mediator for cases involving the complex modern relationships between law and technology. He also serves as Managing Director of Alternative Resolution Center's (ARC) E-Discovery and Forensic Panel as well as Partner and Counsel for Focus Solution Recourse Delivery Group (FSRDG), an electronic forensics consulting firm with offices nationwide. Mr. Garrie has authored over 90 legal and technology articles, contributed to six books on legal technology matters, lectured worldwide on information technology and information governance, and is the current Editor-in-Chief of the *Journal of Legal Technology Risk Management*.  One of the youngest individuals appointed to serve as an E-Discovery Special Master, Mr. Garrie was selected as a 2009 "Rising Star" by the *Los Angeles Daily Journal* and given a full-page profile in 2011.

- Advisor to top global companies and law firms on complex governance and E-Discovery issues.
- Served as a Senior Advisor to the Deputy Attorney General and the chief of the Data Architecture Division for the Department of Justice on global information sharing.
- Acted as a Senior Consultant to the Department of Homeland Security leading a groundbreaking interagency team to develop the Global Justice XML data technology model. (http://it.ojp.gov/jxdm)
- Court-appointed Special Master on several cases including Colburn v. Dyne, a dispute in the hundreds of millions of dollars.
- E-Discovery mediator and neutral on issues such as keyword search, scope and definition of discovery, among others.
- Recognized by the Delaware Supreme Court as being able to provide unique assistance regarding technology and the law.
- Published 90+ articles globally in China, United States, Bulgaria, Brazil, Argentina, Germany and the Netherlands.

- Selected as a 2009 "Rising Star" by the *Los Angeles Daily Journal*, the largest daily legal publication in the United States.
- Investor in several startups.  Recognized in 2011 as a thought leader in the fields of E-Discovery Special Master work.
- Founded and sold two technology companies: SearchApp.com (May, 2000), a web-based search company, and LegalTech Group LLC (June, 2007), a legal strategy consulting company.
- Current Editor-in-Chief of the *Journal of Legal Technology Risk Management* and the *Journal of Law & Cyber Warfare*.
- Principal volunteer and philanthropy advisor for several organizations, including Bet Tzedek (www.bettzedek.org/) and AFS (www.afs.org) focusing on social venture philanthropy in legal services for the underserved.
- Lead editor of "E-Discovery & Arbitration", a treatise to be published by Thomson Reuters in 2011
- Fluent in Spanish.

Mr. Garrie has experience with a wide array of industries, working with companies in emerging technology, government, financial services, consumer products, telecommunications, manufacturing, healthcare, and accounting worldwide focusing on E-Discovery, computer forensics, information governance and digital privacy.

**Garrie, Daniel**
Page 2

# PROFESSIONAL HISTORY

**Focused Recourse Solution Delivery Group** LLC                                                 2008 to present
*Senior Managing Partner (Founder)*                                                                        Seattle (HQ)

FSRDG is a boutique legal strategy consulting firm with a presence throughout the United States (Atlanta, Chicago, Delaware, Los Angeles, New York and Seattle) that assists organizations with sensitive and complex E-Discovery, computer forensic and information governance matters. As the Senior Managing Partner, Mr. Garrie has worked on dozens of engagements, served as an expert witness on many E-Discovery disputes, and has lectured on E-Discovery and computer forensics in the U.S. and abroad. Key responsibilities include:

- Serving as an expert witness or E-Discovery Liaison in the area of computer forensics and E-Discovery throughout the United States, testifying to evidence discovered or recovered from hard drives and backup tapes.
- Working with law firms and their clients to establish an evidentiary baseline for contents of several devices containing key documents related to a particular matter, conducting forensic searches for evidence of specific documents and attributes that determine dates and possible authorship, assisting law firms and clients in assuring the complete removal of sensitive data before returning computers to opposing party, and enhancing in-house and outside counsel's ability to address baseless discovery subpoenas.
- Discovering and analyzing electronic evidence found in civil cases using forensic software and hardware.
- Designing and implementing internal E-Discovery and computer forensic teams that allow law firms and companies to perform cost effective E-Discovery, streamlining the steps necessary to reach a decision regarding a particular case, and perform real-time forensics and monitoring.
- Identifying and delivering appropriate and cost-effective solutions for E-Discovery, computer forensic and information governance technologies and initiatives, including: staffing, sourcing, purchasing, and in-house development.
- Designing and implementing electronic case management systems for law firms and in-house counsel for large companies that saved millions of dollars in costs and hundreds of hours in case management time, in one case working with a large government agency to architect the enterprise case management framework that was eventually deployed by 1000+ lawyers.
- Advising executives on the competitive and financial impact of deploying in-house technology to effectuate E-Discovery and compliance.
- Creating and implementing E-Discovery and computer forensic in-house program that allow for a defensible coordinated response by legal and technology stakeholders.

**URL:** www.fsrdg.com

**Alternative Resolution Centers**                                                                        2008 to present
*Special Master & Neutral*                                                                                    Los Angeles

ARC is one of California's longest standing national dispute private conflict resolution providers. Specific responsibilities include:

- Serving as a court appointed Special Master and Discovery Referee or party selected Neutral in dozens of matters throughout the United States and abroad. In one notable case, appointed as Special Master by Judge Robert Hess in Los Angeles Superior Court in a matter that involved e-Bay, Skype and several other global organizations.
- Serving as a Discovery Referee involving complex E-Discovery issues, including those arising out of: employment termination; failed merger and patent licensing issues; valuation disputes involving software and internet technology companies; and international E-Discovery matters that have involved firms from, for example, the Netherlands, United Kingdom, Australia, and France.
- Serving as a court appointed E-Discovery Special Master in cases involving claims ranging from $10M to over $500 million that involve a range of E-Discovery related issues, including: spoliation of evidence, keyword search, privilege and work product determinations, form and scope of preservation and production of evidence, and legal hold issues. Duties have included: determining whether the parties had complied with various court orders related to a range of E-Discovery disputes; conducting evidentiary hearings; considering testimony and evidence; issuing rulings on privilege; mediating the key word selection process; issuing rulings as to the timing and form of production of electronic evidence; determining the scope of discovery; and issuing findings to the court.
- Acting as a private Neutral in cases involving: E-Discovery, business and commercial claims ranging from $500,000 to $25 million, including those arising out of: sales of businesses and failed mergers; internet and software licensing agreements; senior executive employment and compensation agreements; partnership, shareholder, corporate, and accounting firm disputes;

Last updated Wednesday, 22 June 2011                                                     **EXHIBIT B**
                                                                                                                      **PAGE 8**

medical and health care IT services agreements; and trade secret, unfair competition, and copyright infringement related to software and internet companies.
- Assisting the court and parties involved with compliance issues relating to state and federal court orders, such as: issuing findings for the court on compliance with the court orders, identifying the "smoking gun," discovering and/or recovering evidence from hard drives and backup tapes; and mediating key-word search disputes between warring parties.
- Working on behalf of parties or the court to identify, preserve, search and produce electronic evidence saving substantial time and money.

**URL:** www.arc4adr.com/danielbgarrieesq.html

### Charles Rivers Associates
*Worldwide Director of Electronic Discovery & Information Governance*

2007 – 2008
New York, NY

Charles Rivers Associates (CRA) is a leading global consulting firm that offers economic, financial, and business management expertise to major law firms, industries, accounting firms, and governments around the world.
- Led and managed multi-million dollar E-Discovery and information governance practices worldwide consulting to Fortune 500 companies on computer forensic, complex information governance and E-Discovery matters.
- Served as an expert witness on cases in federal and state court in California and New York and trained expert witness and counsel on E-Discovery and forensic best practices.
- Developed strategies for Fortune 500 companies to manage litigation support vendors, designed strategic processes for effective, defensible, cost-efficient E-Discovery, and developed in-house protocol and process for delivery of enterprise data-map, in one case saving a company $4M in litigation support costs.
- Assisted law firms and corporations with proactively managing electronic information prior to the onset of litigation. Assisted in management of E-Discovery process once litigation begins; in several cases the clients had in excess of 20TB of data under litigation hold.
- Worked with in-house and outside counsel in preparing corporate employees for 30(b)(6) depositions and preparing counsel for identifying proper deponents and designing questions.
- Identified, developed, and sold business with P&L responsibility that included budgeting, forecasting, hiring and delivery of solutions to the marketplace.
- Managed senior associates, consultants, and analysts, conducted annual performance reviews for direct reports, approved compensation matters, and review consultants periodic performance reviews.

**URL:** www.crai.com

### LegalTech Group LLC
*Senior Partner | Legal-Business Practice Group (co-founder)*

2005–2007
Seattle, WA

LegalTech Group (LTG) focused on consulting to law firms and large companies with business-critical needs for regulatory compliant technology solutions. LTG executed agreement with CRA International in October of 2007 -- effectively acquiring LTG.
- Co-founded and led legal consulting practice which included computer forensic and E-Discovery teams; grew company from zero to 12+ employees in a 36 month period.
- Managed a world-class team consisting of attorneys and technologists that delivered computer forensic, E-Discovery and complex case management solutions to companies and law firms around the world.
- Designed and implemented legal and technology programs that required in-depth knowledge of applicable laws and regulations specifically in the healthcare and finance verticals.
- Counseled law-firms and global companies on best practices regarding records retention, disposition of non-record information, and disclosure of electronic evidence in international forums.
- Advised large multi-nationals on legal-business technology investments ranging from $10-25 million dollars in expenditures, and $2-5 million in services.
- Developed and executed intellectual property strategies, strengthened and monetized intellectual property portfolios, and implemented Intellectual Asset Management (IAM) practices for clients

**URL:** www.legaltechgroup.com

### Federal Judicial Center (FJC)
*Legal Associate*

2005
Washington, DC

**EXHIBIT B**
**PAGE 9**

**Garrie, Daniel**
Page 4

- Drafted proposed working paper directed at new Article III judges focusing on handling issues pertaining to software, digital discovery, file-sharing software, and VoIP, emphasizing issues involving programmers; authored memoranda for senior staff on judicial trends in patent litigation and Markman Claim construction.
- Authored numerous research notes on the amended rules of E-Discovery and reviewed hundreds of cases for the purposes of drafting memo that was provided to the Federal Rules Committee on the amended Federal Rules of Civil Procedures.
- Provided instruction to FJC staff on various information archiving and computer forensic security technologies.

**URL:** www.fjc.gov

### Department of Justice (DOJ)                                                                                     2002- 2003
#### *Senior Consultant to Deputy Attorney General*                                                        Washington, DC
- Responsible for developing key elements of an enterprise architecture for the entire Department Of Justice; these efforts entailed both DOJ-wide studies and targeted architectural assessments.
- Managed and directed essential parts of the DOJ's electronic government program, focusing on enterprise case management for the DOJ components, and provided technical counsel to several federal government working groups regarding electronic case filing and records management.
- Lead groundbreaking interagency team to develop a service component framework for several enterprise web systems focused on information sharing. Advised the Deputy Attorney General and Chief of the Data Architecture Division for the Department of Justice on technical and business issues surrounding the Global Justice XML data model.
- Upgraded older character-based applications to full Windows standards, assisted in adapting a correspondence tracking system to become a workflow tracking system for the Office of Legal Counsel, establishing the principle of program code re-use to reduce deployment time. Designed and implemented the first Information Resources Management (IRM) intranet site, worked on developing a strategy and plan to efficiently certify and accredit the security posture for all IT systems for the DOJ and executing the plan.
- Assisted in performing an informal security audit of the Internal Revenue Service to ensure that taxpayer information was properly handled by the information systems of the Tax Division.

**URL:** www.usdoj.gov

### Westpac Trust Bank                                                                                              2001–2002
#### *Senior Team Lead of e-Banking*                                                                 Wellington New Zealand
- Spearheaded and delivered internet banking initiative, a critical, top-level project for Westpac Trust Bank.
- Managed and mentored three Java development teams that designed and implemented internet banking and delivered a corporate-wide client/server customer and account management system for the Consumer and Capital Markets Groups.
- Led development of internal information security committee, comprised of senior management to ensure compliance with U.S. and New Zealand security requirements including Graham-Leach-Bliley Act, Bank Secrecy Act, and AU Privacy Act.
- Headed team to perform due diligence review and analysis for selection and implementation of a document management/document imaging system for Westpac Trust Bank. This included implementing full methodology for the review, establishing the mission of the initiative, development and holding of organizational workshops of constituent audiences to promote awareness, gain participation and evaluate the current knowledge base, development of a complete functional specification and evaluation criteria, selection of key vendors as "best fit" for RFP presentation and execution of the RFP and Proof of Concept implementations.

**URL:** www.westpac.co.nz

### SearchApp.com                                                                                                  1994–2000
#### *Director of Engineering (co-founder)*                                                                      Waltham, MA
- Co-founded searchApp.com, an Internet company that sold an enterprise search product and delivered enterprise web systems to a range of companies and government agencies that was sold in May of 2000.
- Led an engineering team responsible for developing a natural language search engine technology platform.

**EXHIBIT B**
**PAGE 10**

**Garrie, Daniel**
Page 5

---

## PROFESSIONAL AFFILIATIONS

- 2006 to Present -- **Editorial Board Member** for the *Journal of Legal Technology Risk Management* (Seattle, WA).
- 2010 to Present -- **Editorial Board Member** for the *Journal of Law & Cyberwarfare* (Seattle, WA).
- 2010 to Present -- **Editorial Board Member,** *Beijing Law Journal* (China).
- 2009 to Present -- **Member of Board of Advisors,** the Organization of Legal Professionals (Los Angeles, CA).
- 2008 to Present -- **Member of the Board of Advisors** Digital Reef Inc. (Boston, MA)
- 2005 to Present -- **Member,** Information Systems Security Association (San Diego, CA).
- 2006 to Present -- **Member,** Information Systems Audit & Control Association (San Francisco, CA).
- 2003 to Present -- **Member,** Sedona Conference WG 1: Electronic Document Retention & Production (Sedona, AZ).
- 2003 to Present -- **Member,** Sedona Conference WG 6: International Electronic Information Management, Discovery and Disclosure (Sedona, AZ)
- 2003 to present -- **Committee Member,** for the American Bar Association – Litigation Section; E-discovery; Litigation Section; Information Security Committee
- 2009 to Present -- **Member of the Board of Advisors,** Treemo Labs Inc. (New York, NY).
- 2009 to Present -- **Member of the Board of Advisors,** Emdigo Inc. (Campbell, CA).
- 2007 to Present -- **Member of the Board of Advisors,** eTouchware Inc. (Tel Aviv, Israel).
- 2008 to 2010 -- **Member of the Board of Advisors,** AdNav Inc. (New York, NY).
- 2008 to 2010 -- **Ex-Chair of Scientific Counsel,** for the Journal of Legal Technology Risk Management, (Seattle, WA);
- 2003 to 2005 -- **Past Editorial Board Member,** Rutgers Journal of Law and Policy (Camden, NJ), 2003 to 2005.
- 2003 to 2006 -- **Member of the Board of Advisors,** ClickIT Solutions (Buenos Aires, Argentina)

# NOT-FOR-PROFIT AFFILIATIONS/VOLUNTEER WORK

**Bet Tzedek  - The House of Justice**                                            Los Angeles, CA
**Principal**                                                                    2009 to present
One of the nation's premier legal services organizations since 1974, Bet Tzedek provides free assistance to more than 10,000 people of every racial and religious background in the Los Angeles area.
- Led project to provide a framework for the nation's premier legal services organizations to create a framework for streamlining discovery for the more than 10,000 people that work with Bet Tzedek.
**URL:** www.bettzedek.org

**Continuing Minds Educational Outreach**                                         Waltham, MA
**Member of Board**                                                              2004 to 2008
- Served as a Board Member working with executive team to obtain grant and establish initial program.
- Assisted in establishing outreach educational programs for students from lower-income families.

**UBA**                                                                  Buenos Aires, Argentina
**Senior Aid Worker & Professor**                                                         2002
- Worked with international aid agencies to establish a program to teach students and professionals marketable technology skills, at no cost, and help them prepare for certification exams.
**URL:** www.uba.ar/ingles/index.php

**UW Immigrant Families Advocacy Project**                                         Seattle, WA
**Senior Technical Advisor**                                                              2001
- Technical consultant on the development of Immigrant Family Advocacy's Project web portal and application that was adopted by law schools all thru the United States.
**URL:** www.law.washington.edu/ifap/

**EXHIBIT B**
**PAGE 11**

## SAMPLE ENGAGEMENTS

SELECTED COMPUTER FORENSICS, E-DISCOVERY & INFORMATION GOVERNANCE ENGAGEMENTS

- **Global mining company**: *FSRDG* – Provided computer forensic services to a law firm whose client was a global mining firm, to verify paper emails that were critical to a $300M dispute the work required forensically imaging and unlocking several key machines, working with computer security professionals in South America, and establishing authenticity of communication using innovative methods.
- **Finance company**: *FSRDG* – Consulted with global finance company on various electronic discovery issues relating to several multi-million dollar high-profile disputes, including production, retention, preservation, and search under European, Federal, and State frameworks.
- **Federal agency**: *FSRDG* -- Oversaw the analysis and development of practices/procedures and recommended improvements relating to the safeguarding of classified information, personnel, and property for a large federal agency. Developed, organized, and conducted detailed presentations on a variety of subjects to include Information Security Threat Assessment, Continuous Measurable Improvement, Ethics, and Employee Training.
- **Non-profit**: *FSRDG* -- Analyzed documents and computer systems and retrieved evidence supporting a lawsuit. Found clear evidence of improper actions by opposing party which became the basis of a settlement for the client.
- **Global software company**: *FSRDG* -- Served as strategic advisor to outside counsel on high stakes litigation focusing on legal/technology electronic discovery issues under the amended federal rules focusing on 30(b)(6) deposition preparation; FRCP 26(f) discovery conference preparations, and handled on sensitive computer forensic issues.
- **Oil and gas company**: *FSRDG* – Consulted outside counsel on behalf of in-house counsel for a large oil and gas company to define methods to acquire and manage electronic data on a multi-million dollar dispute. Designed and monitored third-party vendors collecting data from seven different countries to ensure that the collection of data was done in a forensically sound manner. Worked with counsel on seven 30(b)(6) depositions advising on strategies for taking and defending depositions of information technology and records management personnel.
- **Fortune 500 chemical company**: *LTG* -- Developed and implemented a comprehensive electronic discovery and information governance program for a Fortune 500 chemical manufacturing company that operates in over 26 countries including China and Dubai.
- **Regional Bank** *LTG* -- Analyzed documents and computer software to form an opinion about a contract dispute that hinged on the veracity of several key emails. Gave deposition and supported deposition of opposing expert. Case was settled with a favorable result to client.
- **Global mining company**: LTG -- Analyzed phone records and related documents in a breach of contract dispute relating to global mining. Provided alternate explanation for emails' references to phone calls' origin, and recommended means to establish additional corroborating evidence. Assisted attorney as coordinating technology consultant at trial.
- **Medical Device Company**: *LTG* -- Worked with a global medical device company as well as its senior technology and legal stakeholders to author policies and select an enterprise information archiving system that resulted in $5M in savings within 12 months of deployment.
- **Software Company**: *LTG* -- Served as Special Compliance Advisor for a global software company on Foreign Corrupt Practices Act and advised key legal and human recourses stakeholders on appropriate monitoring program throughout the employee base.

SELECTED E-DISCOVERY CASES

- United Central Bank v. Kanan Fashions, Inc. et al., United States Northern District of Illinois Court No. 10 cv 00331 (contract dispute)
- Tesoro Refining and Marketing Company v. Enmex Corp., et al. L.A. Superior Court Case No. BC 405371 (breach of contract dispute)
- Personal Plus Inc. v. Hamilton Brewart LLC, Los Angeles Superior Court Case No. BC 387482 (insurance dispute)
- Compania Del Bajo Caroni and V.M.C. Mining Company, C.A. v. Bolivarian Republic of Venezuela, and Ministry of Basic Industries and Mines, United States District Court Southern District of New York, Case No.: 07 CV 3179 (NRB) (mineral contract dispute)

SELECTED RISK MANAGEMENT/LITIGATION PREPAREDNESS ENGAGEMENTS

- **Global Law Firm**: *FSRDG* -- Retained by global law firm to develop cohesive set of information management policies mitigating substantial risk around preservation and production for the firm worldwide. Worked with internal technology teams to synchronize policies with internal system, deploying a solution that saved the law firm millions of dollars annually.

- **Hospital**: *LTG* -- Provided an exhaustive technical risk assessment including technical vulnerability and penetration assessment for a hospital. This assessment included: application assessment on all Electronic Protected Health Information (EPHI) identified applications and full vulnerability and penetration assessment on all servers in the environment. Involved servers in addition to EPHI specific systems.
- **Government Agency**: *LTG* --  Authored government agency firewall and perimeter security policy, including perimeter security architecture, user rules of behavior, protocols, services, addresses and ports allowed and disallowed, and actions required for a government agency.

SELECTED INTELLECTUAL PROPERTY ENGAGEMENTS

- **Multiple Internet Start-ups**: *FSRDG* -- Performed numerous patent valuations, analyzed and determined royalties for internet and mobile across a number of different applications for several start-ups.
- **Technology Companies**: *LTG* -- Advised several large publically traded technology companies on value of complex internet-based technologies. Engagement involved valuing series of patents relating to complex web technologies.

SELECTED SOFTWARE DEVELOPMENT PROJECTS

- **Department of Justice**: *LTG* – Technology advisor to the Department of Justice for a multi-million dollar electronic government project. Principal activities included: consultation on the overall strategy and implementation methods to perform a comprehensive review and assessment of the current technology infrastructure within the Department of Justice, including FBI, ATF, DEA, and EOUSA. Established the contacts and worked directly with various divisions within the Department of Justice to manage this process.
- **AIG Auto (AIG subsidiary)**: *LTG* – Designed and developed scalable internet and stand-alone applications for complex and highly regulated auto insurance industry.

# PUBLICATIONS

Mr. Garrie has edited and published more than 90 articles and contributed to several books on a large array of legal technology topics. For the complete list, please see "Appendix A."

# RECENT LECTURES & TEACHING EXPERIENCE:

Mr. Garrie is a frequent speaker at continuing education and other programs all over the United States. For a complete list of speaking engagements, please see "Appendix B."

# EXTRA-CURRICULAR ACTIVITIES

- Skiing, swimming, rowing and hiking in the U.S. and internationally.

# RECENT AWARDS AND HONORS

- Selected as a Ponemon Fellow by the Ponemon Institute, the pre-eminent research center dedicated to privacy, data protection and information security policy. [December 2010]
- Article, *Data Protection: The Challenges Facing Social Networking*, chosen as a "Top-Ten Download" on the Social Science Research Network. [December 2010]

# CONTACT

**Los Angeles Office**
Alternative Resolution Centers
1875 Century park east
Suite 450
Los Angeles, CA 90067

**New York Office**
FSRDG LLC
801 Amsterdam Ave
Suite 7a
New York, NY 10025

**Seattle Office**
FSRDG LLC
418 North 60th Street
Seattle, WA 98103

**EXHIBIT B**
**PAGE 13**

# APPENDIX A

DANIEL GARRIE'S COMPLETE LIST OF SCHOLARLY ARTICLES:

- D.B. Garrie & Y. Griver, *Electronic Discovery in League Sports: Who Controls the Playbook?* American Bar Association's Entertainment and Sports Lawyer [Spring 2011]
- D.B. Garrie, *Mitigating the Legal and Business Issues of Data Accessibility in the Cloud*, Daily Journal [April 19, 2011].
- D.B. Garrie & D. Gelb, *A Dilemma for Criminal Defense Attorneys: The Benefit of Pursuing Electronically Stored Information vs. the Detriment of Implicating the Client*, BNA, Criminal Law Reporter [March 23, 2011].
- D.B. Garrie & Y. Griver, *Electronic Discovery in League Sports: Who Controls the Playbook?* North Carolina J. of L. & Tech [Spring 2011].
- D.B. Garrie, *Touch Down: Electronic Discovery in Sports*, Insights: Association of Media & Entertainment Counsel [Spring 2011].
- D.B. Garrie & Y. Griver, *Dead on Arrival: E-Discovery and Class Action Disputes*, Los Angeles Daily Journal [January 5, 2011].
- D.B. Garrie, G. Levine, and J. Schulman, *Technology Running Ahead of the Law: Tape and Electronic Discovery*, Los Angeles Daily Journal [December 29, 2010].
- D.B. Garrie & D. Gelb, *Increase in Wireless Communications Creates New Privacy Issues*, Los Angeles Daily Journal [November 11, 2010].
- D.B. Garrie and A. Giacobbe, *Do the Benefits of Being in the Cloud Outweigh the Risks?* Los Angeles Daily Journal [ November 2, 2010].
- D.B. Garrie, *Legally Correct But Technologically Off the Mark*, 9 Nw. J. Tech. & Intell. Prop. 1 [October 2010].
- D.B. Garrie, *Social Networking: Opening the Floodgates to Personal Data,* Sweet & Maxwell Computer and Telecommunications Law Review [Fall 2010].
- D.B. Garrie, P. Ambrosio, and G. Levine, *Thoughts on Contracts and Information Security, Part II*, Los Angeles Daily Journal, [September 23, 2009].
- D.B. Garrie, P. Ambrosio, & G. Levine, *Thoughts on Contracts and Information Security, Part I*, Los Angeles Daily Journal [September 16, 2009].
- D.B. Garrie & Y. Griver, *A Perfect Storm: Legal Issues in Professional Sports,* Los Angeles Daily Journal [September 1, 2010].
- D.B. Garrie & M. D. Lewis, *When the Heat is On Counsel Get Proactive*, The National Law Journal [August 23, 2010].
- D.B. Garrie & A. Giacobbe, *Jurisdiction and Cloud Computing: How Does It Work?* Los Angeles Daily Journal [August 19, 2010].
- D.B. Garrie & A. Giacobbe, *Haste Makes Waste: Charging for Cloud Computing,* Los Angeles Daily Journal [July 30, 2010].
- D.B. Garrie & A. Giacobbe, *Preparing Your Rule 30(b)(6) Witness,* Los Angeles Daily Journal [May 24, 2010].
- D.B. Garrie & B. Spernow, *Legally Sound but Technologically Wrong (Part 2 of 2),* Los Angeles Daily Journal [April 30, 2010].
- D.B. Garrie & B. Spernow., *Legally Sound but Technologically Wrong (Part 1 of 2),* Los Angeles Daily Journal [April 29, 2010].
- D.B. Garrie & Y. Griver, *Plotting Your E-Discovery Search,* Los Angeles Daily Journal [April 6, 2010].

- D.B. Garrie & Y. Griver, *Is Your Smoking Gun Shooting Blanks? Electronic Discovery Can Help You,* Los Angeles Daily Journal [March 31, 2010].
- D.B. Garrie, M. Duffy-Lewis, and Y. Griver, *Technology: The Fire That Burned Down the House,* Los Angeles Daily Journal [March 25, 2010].
- D.B. Garrie & D. Gelb, *E-Discovery in Criminal Cases: A Need for Specific Rules*, Suffolk University Law Review [March 4, 2010].
- D.B. Garrie, *Criminal Cases Gone Paperless*, 47 San Diego Law Review 521 [Spring 2010].
- D.B. Garrie, R. Wong, and M. Duffy-Lewis, *Data Protection: The Challenges Facing Social Networking*, Vol. 6, No. 3, Brigham Young Univ. Intl. L. & Mgmt. Rev. 127 [Spring 2010].
- D.B. Garrie & Y. Griver, *Cloud Computing: Risks Rewards, and Impact on Electronic Discovery,* Los Angeles Daily Journal [February 16, 2010].
- D.B. Garrie & Y. Griver, *Common Cents,* Los Angeles Daily Journal [February 10, 2010].
- D.B. Garrie, *Formulating an Electronic Discovery Roadmap,* Los Angeles Daily Journal [February 04, 2010].
- D.B. Garrie & Y. Griver, *Defining Discovery in Arbitration, Technology,* Los Angeles Daily Journal [February 03, 2010].
- D.B. Garrie & D. Gelb, *E-Discovery Technology Levelling the Playing Field in 2010*, Massachusetts Lawyers Journal [February 2010].
- D.B. Garrie, Y. Griver, and M. Joller, *Regulating Spyware: Challenges & Solutions*, Journal of Internet Law [February 2010].
- D.B. Garrie, *Electronic Discovery Reflections of 2009,* Daily Journal [January 21, 2010].
- D.B. Garrie & Hon. M. Duffy-Lewis, *E-Discovery: Federal Rules Versus California Rules–The Devil is in the Details*, 63 Consumer Finance Law Quarterly Report 218 [Fall-Winter 2009].
- D.B. Garrie & Y. Griver, *Electronic Discovery Cost and Benefits,* Los Angeles Daily Journal [December 29, 2009].
- D.B. Garrie & D. Gelb, *E-Discovery Costs for Corporate Litigants*, Los Angeles Daily Journal [November 18, 2009].
- D.B. Garrie & J. Chatelain, *How to Implement Effective Electronic Archiving,* EWeek Magazine [August 14th 2009].
- D.B. Garrie & Y. Griver, *Inside Information*, Los Angeles Daily Journal [August 11 2009].
- D.B. Garrie, M. Duffy-Lewis & D. Gelb, *To Be or Not to Be 21st Century Criminals,* Los Angeles Daily Journal [August 10, 2009].
- D.B. Garrie & M. Duffy-Lewis, *Upwardly Mobile,* Los Angeles Daily Journal [June 3 2009].
- D.B. Garrie, R. Wong, and M. Duffy-Lewis, *Lost in a Social Networking Environment*, 7th ed., Bulgarian Legal World [June 2009].
- D.B. Garrie & Y. Griver, *Mobile Messaging and Electronic Discovery,* 8 Loy. L. & Tech. Ann. 95 [June 2009].
- D.B. Garrie, *Electronic Discovery – the Overlooked Liability in Mergers and Acquisitions,* Executive Counsel Magazine [May 2009].
- D.B. Garrie, W. O'Connor, and Y. Griver, *Digital Issues in M&A,* the Deal [April 16, 2009].
- D.B. Garrie & M. Duffy-Lewis, *Conquering the Tower of e-Discovery Babel: New Age Discovery for the 21st Century*, 6:1 SCRIPTed 121 [April 2009].
- D.B. Garrie & L. Komagome, *Spyware and National Privacy Laws: Consumer Education is Empowerment,* 17 International Journal of Intercultural Information Management 177 – 190 [2009].
- D.B. Garrie, M. Duffy-Lewis, and R. Wong, *Lost in a World of Social Networking (Bulgarian),* Legal World Magazine Bulgaria [2009].

- D.B. Garrie, R. Wong, and M. Duffy-Lewis, *Impersonation of Life: The Perils of Social Networking*, Convergence, pp. 236-249 [2009].
- D.B. Garrie & R. Wong, *Privacy in Electronic Communications: the Regulation of VoIP in the EU and the United States*, 2009 Sweet & Maxwell Computer and Telecommunications Law Review 139-146 [2009].
- D.B. Garrie & M. Duffy-Lewis, *Mobile Messaging Making E-Discovery Messy*, 32 Hastings Comm. and Ent. L. J. 103 [2009].
- Siddartha Rao et al., *Intellectual Property Risk Management & Lexical*, Vol. 3 No. 2, Journal of Legal Technology Risk Management, [Daniel Garrie ed., Winter 2008].
- D.B. Garrie & M. Duffy-Lewis, *E-Discovery: Byte the Bullet,* Los Angeles Daily Journal [August 12, 2008].
- D.B. Garrie et al., *Dancing in the Rain: Who is Your Partner in the Corporate Bedroom?*, Vol. 25 No. 2, The John Marshall Journal of Computer & Information Law, pp. 267-72, [Spring 2008].
- Lord Colin Low et al., *Issues in Disability Law – All People Are Created Equal*, Vol. 3, No. 1, Journal of Legal Technology Risk Management [Daniel Garrie ed., Spring 2008].
- D.B. Garrie, *Electronic Discovery Cost-Shifting: A Modest Proposal for Change*, 7 ICFAI J. Cyber. L. 1 [2008].
- D.B. Garrie & M.D. Lewis, *Corporate Counsel's New Dance Partner: 'Criminal Lawyers Teach the Limbo Dance*," 5:1 SCRIPTed 168 [2008].
- D.B. Garrie & L. Komagome, *The Voyeur among Us: Navigating Around the Global Spyware Epidemic,* 17 International Journal of Intercultural Information Management 111 – 120 [2008].
- D.B. Garrie & R. Wong, *Revisiting Network Neutrality*, 3 International J. of Private International Law [2008].
- D.B. Garrie & R. Wong, *Network Neutrality: Laissez-faire Approach or Not?*, 34 Rutgers Comp. and Tech. L. J. 315 [2008].
- D.B. Garrie, *Electronic Discovery in 2008,* CIOZONE, [2008].
- D.B. Garrie & M. Duffy-Lewis, *Score on E-Discovery: New Discovery Rules for the Twenty-First Century*, 17 Mich. St. J. Int'l L. 401 [2008]
- D.B. Garrie & R. Wong, *Demystifying Clickstream Data: A European and U.S. Perspective*, 20 Emory Int'l L. Rev. 563 [Fall 2007].
- D.B. Garrie & R. Wong, *The Future of Consumer Web Data: A European/US Perspective*, Vol. 15 International J. of Law & Information Tech. 129 [Summer 2007].
- D.B. Garrie & R. Wong, *International Spyware: A Global Privacy Concern*, Vol. 61 No. 1, Consumer Finance Law Quarterly Report, pp. 125 – 134 [Spring 2007].
- D.B. Garrie & J. Chatelain, *The Good, The Bad And The Ugly of Electronic Archiving,* 2 J. Legal. Tech. Risk. Mgmt. 90 [2007].
- D. Garrie & R. Wong, *Regulating Voice Over Internet Protocol: an EU / US Comparative Approach*, 22 American Univ. Int'l L. Rev. 549 [2007].
- D.B. Garrie, M.J. Armstrong, and A. Blakely, *The Legal Status of Spyware*, 59 Federal Comm. L. J. 157 [December 2006].
- D.B. Garrie & R. Wong, *Spyware Technologies: Limiting the Horizons of Digital Privacy*, 23 Thomas M. Cooley L. Rev. 473 [Winter 2006].
- D.B. Garrie, M.J. Armstrong, and A. Blakely, *Hiding the Inaccessible Truth: Amending the Federal Rules to Accommodate Electronic Discovery*, 25 Texas Rev. of Litigation 115 [Winter 2006].
- D.B. Garrie, *Creating Legitimate Digital Privacy Rights for Internet Users*, 3 Rutgers J. Law & Pub. Policy 150 [Fall 2006].
- D.B. Garrie, *Corporate Governance in an Emerging Market: A Perspective on Pakistan*, Journal of Legal Tech Risk Management [Fall 2006].
- D.B. Garrie, *Introduction: Creating Legitimate Digital Privacy Rights for Internet Users,* 3:2 Rutgers J. Law & Pub. Policy 149 [Fall 2006].

- D.B. Garrie, *Parasiteware: Unlocking Personal Privacy*, 3:3 SCRIPTed 203 [Fall 2006].
- D.B. Garrie & R. Wong, *The Privacy Framework: Protecting Clickstream Data*, 4 IASTED Int'l Conf. on L. & Tech. 587 [Apr 2006].
- D.B. Garrie & S. Kaufman, *Warning: Software May be Hazardous to your Privacy*, 12 Revista Da Faculdade De Direito: Milton Campos 247 [Fall 2005].
- D.B. Garrie & M.J. Armstrong, *E-Discovery and Sarbanes-Oxley Act*, Vol. 2 No .4 ICFAI J. Corp. & Sec. Law 13 [November 2005].
- D.B. Garrie & M.J. Armstrong, *Voice Over Internet Protocol and the Wiretap Act: Is Your Conversation Protected?*, 29 Seattle Univ. L. Rev. 97 [Fall 2005].
- D.B. Garrie, D. Harris, and M.J. Armstrong, *Sexual Harassment: Limiting the Affirmative Defense in the Digital Workplace*, 39 Mich. J. of L. Reform 73-97 [Fall 2005].
- D.B. Garrie, M.J. Armstrong, and A. Blakely, *Voice over Internet Protocol: Reality Versus Legal Fiction*, Vol. 52 No. 7, Federal Lawyer 34-40, [August 2005].
- D.B. Garrie, *The Legal Status of Software*, 23 John Marshall J. of Comp. & Info. Law 711-769 [Summer 2005].
- D.B. Garrie, M.J. Armstrong, and A. Blakely, *The Sarbanes-Oxley Act's Effect on Electronic Discovery*, Vol. 52 No. 4, Federal Lawyer 50-54 [May 2005].
- D.B. Garrie, *Digital Privacy in the 21st Century,* Vol. 2 No. 2, Rutgers J. Law & Pub. Policy [2005].
- D.B. Garrie & M.J. Armstrong, *Electronic Discovery and the Challenge Posed by the Sarbanes-Oxley Act*, UCLA Journal of Law and Technology, [2005].
- D.B. Garrie, M.J. Armstrong, and A. Blakely, *Coddling Spies: Why the Law Doesn't Adequately Address Computer Spyware*, 2005 Duke L. & Tech. Review 25 [2005].
- D.B. Garrie, W. Burdett, E. Adler, M. Armstrong & T. Routt, *Electronic discovery and the challenge posed by the Sarbanes-Oxley act*, Legalthinktank.com [2004].


DANIEL GARRIE'S COMPLETE LIST OF PUBLISHED BOOKS AND CHAPTERS:

- D. B. Garrie & Y. Griver, *Electronic Discovery & Arbitration*, Thomson Reuters [forthcoming Spring 2011].

- D.B. Garrie et al, "Skirting the Boards of Privacy: Examining the Spyware Technologies on the Web and Network Neutrality," in *SPYWARE* [G. Chandana ed., April 2009].

- D.B. Garrie, "Navigating the Global Privacy Ocean, Issues and Concerns for Multinational Corporations," in *Internet Privacy and Legal Issues* [G. Usha ed., Winter 2008].

- D.B. Garrie & S. Kaufman, "Warning: Software May be Hazardous to your Privacy," *Legal Privacy and Security Issues* [Spring 2006].

# APPENDIX B

### SPEAKING ENGAGEMENTS

- D.B. Garrie & Y. Griver, Webinar: Keyword Search Mediation: Strategies for Success, Thomson Reuters West Legal Ed (June 2011).
- D.B. Garrie, R. Adams & Y. Griver, E-Discovery in the Cloud, AIIM International Conference, Washington D.C. (March 2011).
- D.B. Garrie, Course on Electronic Discovery for Non-lawyers, the Organization of Legal Professionals (August 2010 to February 2011).
- D.B. Garrie, E-Discovery for Pharma Biotech & Medical Device Industries (September 13-15 2010).
- D.B. Garrie & Hon. Maureen Duffy-Lewis, E-Discovery Tips for In-house Counsel, Los Angeles Corporate Counsel Annual Seminar (September 25, 2010).
- D.B. Garrie, E-Discovery for Partners Only, Bingham (September 2010).
- D.B. Garrie, Managing E-Discovery Issues in Complex Litigation, Greene, Broillet and Wheeler (Sep 2010).
- D.B. Garrie, Electronic Discovery for Partners, Bailey Borlack Nadelhoffer LLC, Chicago, IL (May 2010).
- D.B. Garrie, Electronic Discovery for Partners, Reed Smith, Los Angeles, CA (April 2010).
- D.B. Garrie & Y. Griver, Mobile Messaging and Electronic Discovery, AIIM International Conference, Philadelphia, PA (April 2010).
- D.B. Garrie, Electronic Discovery for Partners, Munger Tolles & Olsen, Los Angeles, CA (April 2010).
- D.B. Garrie, Women Lawyer of Los Angeles – annual litigation conference 2010, Electronic Discovery Panel of Experts, Los Angeles, CA (March 2010).
- D.B. Garrie, How to Handle Complex Criminal Electronic Discovery, Los Angeles County Counsel, Los Angeles, CA (November 2009).
- D.B. Garrie, Complex E-Discovery and Managing Discovery, Los Angeles Superior Court Judges, Los Angeles, CA (October 2009).
- D.B. Garrie, Electronic Discovery for Partners, Los Angeles District Attorney's Office, Los Angeles, CA (September 2009).
- D.B. Garrie, ISSA Social Security Symposium, Long Beach, CA (2008).
- D.B. Garrie, Selecting Electronic Discovery Solutions in a Crowded Marketplace, IQPC, New York (December 2008)
- D.B. Garrie, Webinar: Calculating your return on investment from email archiving, Google Inc., San Francisco, CA (September 2008).
- D.B. Garrie, Information Lifecycle Management, IBM & Ziff Davis Enterprise (December 2007).
- D.B. Garrie & R. Wong, Second International Conference on Legal, Security and Privacy Issues, Beijing (November 2007).
- D.B. Garrie , Webinar: Opening Keynote Address: Aligning Business & IT Teams behind D.B. Garrie, Survey of Law, Technology, & Compliance, ISACA, San Diego, CA (October 2007).
- D.B. Garrie & R. Wong, BILETA Conference, Beijing China (September 2007).
- D.B. Garrie, the Fourth IASTED International Conference on Law and Technology, Cambridge, Massachusetts (2006).
- D.B. Garrie, the First International Conference on Legal, Security and Privacy Issues in IT, Hamburg, Germany (2006).

# **PROOF OF SERVICE**

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300. On June 28, 2011, I served a copy of the within document(s):

## **JOINT SUBMISSION REGARDING**
## **APPOINTMENT OF SPECIAL MASTER**

☐    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐    Following ordinary business practices, the documents were sealed and placed for collection by Federal Express on this date, and would, in the ordinary course of business, be retrieved by Federal Express for overnight delivery on this date.

☒    by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Laurence F. Pulgram, Esq.
lpulgram@fenwick.com
Tyler G. Newby, Esq.
tnewby@fewwick.com
Leslie A. Kramer, Esq.
lkramer@fenwick.com
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, California 94104

Omar Wohabe, Esq.
Wohabe Law Offices LLP
405 Lexington Avenue
53rd Floor
New York, New York 10174
OWohabe@wlony.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service

1    is presumed invalid if postal cancellation date or postage meter date is more than

2    one day after date of deposit for mailing an affidavit.

3        I declare that I am employed in the office of a member of the bar of this court

4    at whose direction the service was made.

5        Executed on June 28, 2011, at Los Angeles, California.

6

7

8                                       Jennifer Gutierrez

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Proof of Service