1  MARK A. FINKELSTEIN (State Bar No. 173851)
   mafinkelstein@jonesday.com
2  JONES DAY
   3161 MICHELSON DRIVE
3  SUITE 800
   IRVINE, CA 92612-4408
4  949.851.3939
   949.553.7539 (Facsimile)
5

6  SUSAN M. KAYSER (admitted *pro hac vice* )
   skayser@jonesday.com
7  JESSICA D. BRADLEY (admitted *pro hac vice* )
   jbradley@jonesday.com
8  JONES DAY
   51 LOUISIANA AVE, NW
9  WASHINGTON, DC 20001
   202.879.3939
10 202.626.1700 (Facsimile)

11 Attorneys for Plaintiffs Chloé SAS, Alfred Dunhill Limited,
   Officine Panerai AG, Montblanc-Simplo GmbH, Cartier International A.G., and
12 Lange Uhren GmbH

13             UNITED STATES DISTRICT COURT
        FOR THE CENTRAL DISTRICT OF CALIFORNIA
14

15 CHLOE SAS, a French Corporation;        )  Case No: 11-CV-4147 GAF(MANx)
   ALFRED DUNHILL LIMITED, a UK            )
16 Corporation; OFFICINE PANERAI AG,       )  FIRST AMENDED VERIFIED
   a Swiss Corporation;  MONTBLANC-        )  COMPLAINT FOR
17 SIMPLO GMBH, a German Limited           )  TRADEMARK INFRINGEMENT,
   Liability Company; CARTIER              )  CONTRIBUTORY TRADEMARK
18 INTERNATIONAL A.G., a Swiss             )  INFRINGEMENT, UNFAIR
   Corporation; and LANGE UHREN            )  COMPETITION, FALSE
19 GMBH, a German Limited Liability        )  DESIGNATION OF ORIGIN,
   Company,                                )  TRADEMARK DILUTION,
20                                         )  COUNTERFEITING, AND
                 Plaintiffs,               )  CONTRIBUTORY
21                                         )  COUNTERFEITING
   vs.                                     )
22                                         )
   SAWABEH INFORMATION                     )
23 SERVICES CO.(d/b/a "SISCOM",            )
   tradekey.com, saudicommerce.com,        )
24 and B2Bfreezone.com), a Saudi           )
   Arabian Corporation; TRADEKEY           )
25 (PVT) LTD, a Pakistani Corporation;     )
   WALEED ABALKHAIL; JUNAID                )
26 MANSOOR;  BOSUN                         )
   INTERNATIONAL TRADE CO.;                )
27 CCTRUE INTERNATIONAL TRADE              )
   CO., LTD.; EUROMED                      )
28 INTERNATIONAL TRADING CO.,              )
   LIMITED; FANCYSALER TRADING             )

WAI-3015917v3                             1

FIRST AMENDED COMPLAINT

1   MARK A. FINKELSTEIN (State Bar No. 173851)
    mafinkelstein@jonesday.com
2   JONES DAY
    3161 MICHELSON DRIVE
3   SUITE 800
    IRVINE, CA 92612-4408
4   949.851.3939
    949.553.7539 (Facsimile)
5

6   SUSAN M. KAYSER (admitted *pro hac vice*)
    skayser@jonesday.com
7   JESSICA D. BRADLEY (admitted *pro hac vice*)
    jbradley@jonesday.com
8   JONES DAY
    51 LOUISIANA AVE, NW
9   WASHINGTON, DC 20001
    202.879.3939
10  202.626.1700 (Facsimile)

11  Attorneys for Plaintiffs Chloé SAS, Alfred Dunhill Limited,
    Officine Panerai AG, Montblanc-Simplo GmbH, Cartier International A.G., and
12  Lange Uhren GmbH

13              UNITED STATES DISTRICT COURT
           FOR THE CENTRAL DISTRICT OF CALIFORNIA
14

15  CHLOE SAS, a French Corporation;        )  Case No: 11-CV-4147 GAF(MANx)
    ALFRED DUNHILL LIMITED, a UK            )
16  Corporation; OFFICINE PANERAI AG,       )  FIRST AMENDED VERIFIED
    a Swiss Corporation;  MONTBLANC-        )  COMPLAINT FOR
17  SIMPLO GMBH, a German Limited           )  TRADEMARK INFRINGEMENT,
    Liability Company; CARTIER              )  CONTRIBUTORY TRADEMARK
18  INTERNATIONAL A.G., a Swiss             )  INFRINGEMENT, UNFAIR
    Corporation; and LANGE UHREN            )  COMPETITION, FALSE
19  GMBH, a German Limited Liability        )  DESIGNATION OF ORIGIN,
    Company,                                )  TRADEMARK DILUTION,
20                                          )  COUNTERFEITING, AND
              Plaintiffs,                   )  CONTRIBUTORY
21                                          )  COUNTERFEITING
    vs.                                     )
22                                          )
    SAWABEH INFORMATION                     )
23  SERVICES CO.(d/b/a "SISCOM",            )
    tradekey.com, saudicommerce.com,        )
24  and B2Bfreezone.com), a Saudi           )
    Arabian Corporation; TRADEKEY           )
25  (PVT) LTD, a Pakistani Corporation;     )
    WALEED ABALKHAIL; JUNAID                )
26  MANSOOR;  BOSUN                         )
    INTERNATIONAL TRADE CO.;                )
27  CCTRUE INTERNATIONAL TRADE              )
    CO., LTD.; EUROMED                      )
28  INTERNATIONAL TRADING CO.,              )
    LIMITED; FANCYSALER TRADING             )

1  CO.; FUZHOU SUNSHINE TRADE
   CO., LTD; HENGTAI
2  INTERNATIONAL; JAMILAH
   MROUEH; KK FASHION LOVE
3  ZONE; LOVE IN APPAREL TRADE
   CO., LTD.; MELCHIC
4  INTERNATIONAL TRADE
   CO, .LTD; MYSTOCKWATCH CO.,
5  LTD; ORIENT-ONLINE CO., LTD;
   PARK CO. LTD; RICHEN-ONLINE
6  CO., LTD; SEASON-ONLINE CO.,
   LTD; SEASONS-ONLINE CO. LTD-
7  ELAINE; SEVEN STAR REPLICASS;
   SHANGHAI TAOLAN
8  INTERNATIONAL TRADE LIMITED
   COMPANY; SINOESTAR CO., LTD;
9  SUPEROCEANS CO., LTD.; V52
   INTERNATIONAL TRADE CO.,
10 LTD; VERTEX ONLINE CO., LTD.;
   WIN INTERNATIONAL TRADE;
11 WIN-WIN TRADE CO., LTD.;
   WWW.ECWATCH.NET;
12 YONGCHUANG TRADE CORP;
   ZHONGSHENG TRADE CO., LTD;
13 and JOHN DOES 1 through 20
   inclusive,
14
                    Defendants.
15

16      Plaintiffs Chloé SAS ("Chloé"), Alfred Dunhill Limited ("Alfred Dunhill"),

17 Officine Panerai AG ("Panerai"), Montblanc-Simplo GmbH ("Montblanc"),

18 Cartier International A.G. ("Cartier"), and Lange Uhren GmbH ("Lange")

19 (collectively, the "Plaintiffs"), each an owner of an international luxury brand, seek

20 injunctive and monetary relief from defendants Sawabeh Information Services Co.

21 (d/b/a "SISCOM", tradekey.com, saudicommerce.com, and B2Bfreezone.com)

22 ("SISCOM"), TradeKey (Pvt) Ltd. ("TradeKey Pakistan"), Waleed Abalkhail

23 ("Abalkhail") and Junaid Mansoor ("Mansoor") (collectively, the "TradeKey

24 Defendants") for direct and contributory trademark infringement, unfair

25 competition, false designation of origin, trademark dilution, and direct and

26 contributory counterfeiting. TradeKey.com, unlike eBay or other consumer auction

27 websites, is a business-to-business ("B2B") on-line website designed to attract and

28 enable counterfeit luxury goods manufacturers, exporters, importers, and

1 distributors to traffic counterfeit luxury goods on a massive scale in over 200

2 countries worldwide.  TradeKey.com  claims that it is the "world's leading

3 marketplace which connects traders with worldwide wholesalers, buyers, importers

4 & exporters, manufacturers and distributors in over 220 countries."

5 By TradeKey's own admissions, counterfeit luxury goods is one of its

6 biggest "industries."  TradeKey is one of the few sites that allow their member

7 clients to offer for sale "replica" goods  – a term well understood to refer to

8 counterfeit goods.  Thousands of TradeKey members claim to offer Plaintiffs'

9 branded goods on TradeKey.com; yet none are authorized sellers, manufacturers,

10 suppliers, or distributors.  TradeKey.com's "luxury" goods market is counterfeit,

11 not genuine.

12 TradeKey.com makes its money by knowingly soliciting manufacturers,

13 exporters, importers, and distributors of counterfeit luxury goods to become paying

14 members of TradeKey.com ("GoldKey" or "SilverKey" members).  TradeKey then

15 enables and assists its GoldKey and SilverKey members to list counterfeit goods on

16 TradeKey.com and maximizes the reach and exposure of those listings.  TradeKey

17 manages and controls the member listings for counterfeit goods.  Among other

18 services provided to paying GoldKey and SilverKey members, TradeKey revises

19 descriptions of listings for counterfeit goods on TradeKey.com, including to mask

20 the unlawful activity, and inserts keywords and metadata into member listings to

21 direct Internet traffic searching for counterfeit goods to TradeKey's GoldKey and

22 SilverKey members on TradeKey.com.  GoldKey members (six times the annual

23 fee of a SilverKey member) are also provided a "dedicated relationship manager" to

24 ensure products and offerings for counterfeit luxury goods are provided maximum

25 exposure to anyone searching on the Internet or TradeKey.com for counterfeit

26 luxury goods.

27 TradeKey does not target individual consumers.  It is not a business-to-

28 consumer ("B2C") website or auction site targeted at consumers, such as eBay.  As

WAI-3015917v3

3

1   summarized above and set forth in more detail herein, for various fees, TradeKey

2   enables and assists its paying members to offer counterfeit products on a wholesale

3   scale. In particular, TradeKey acts as a key link between manufacturers of

4   counterfeit products in China and sellers and distributors of those products in the

5   United States. The TradeKey Defendants also do business through two additional

6   websites: www.B2Bfreezone.com and www.saudicommerce.com

7   (www.tradekey.com, www.B2Bfreezone.com and www.saudicommerce.com are

8   hereinafter collectively referred to as "TradeKey.com") and all TradeKey members'

9   listings are automatically cross-posted on these additional two websites owned

10   and/or managed by the TradeKey Defendants. Searches for counterfeit listings of

11   Plaintiffs' branded goods on TradeKey.com, B2Bfreezone.com and

12   saudicommerce.com revealed identical results – the identical postings listed in the

13   exact same order.

14        TradeKey.com intentionally induces its members to promote and sell

15   counterfeit luxury goods in bulk and infringe Plaintiffs' valuable and well-known

16   trademarks CHLOÉ, ALFRED DUNHILL, PANERAI, MONTBLANC, CARTIER,

17   and A. LANGE & SÖHNE. TradeKey.com recommends to its members to use and

18   itself uses Plaintiffs' valuable trademarks, as key terms to drive traffic to member's

19   counterfeit listings on TradeKey.com. TradeKey knowingly allows and assists in

20   listings for "replicas"; edits member listings to conceal counterfeit goods; cross-

21   posts counterfeiters listings on TradeKey.com to other websites; and uses

22   sophisticated search engine optimization ("SEO") and common terms for

23   counterfeit goods to drive Internet traffic to TradeKey.com and members'

24   counterfeit listings. TradeKey also supplies and continues to supply its website

25   services to members it knows or has reason to know are infringing Plaintiffs'

26   trademarks and offering for sale counterfeit luxury goods.

27        Plaintiff further brings this action seeking injunctive and monetary relief

28   against Bosun international trade corp, Cctrue International Trade Co., Ltd.,

1   Euromed International Trading Co., Limited, Fancysaler Trading Co., Fuzhou
2   Sunshine Trade Co, Ltd., HengTai International, Jamilah Mroueh, KK Fashion
3   Love Zone, Love In Apparel Trade Co., ltd., Melchic International Trade CO, .LTD,
4   Mystockwatch Co., Ltd, Orient-online Co., Ltd, Park Co. Ltd, Richen-online Co.,
5   Ltd, Season-online Co., Ltd, Seasons-online CO. LTD-Elaine, Seven Star Replicass,
6   Shanghai Taolan International Trade Limited Company, Sinoestar Co., Ltd,
7   Superoceans Co., Ltd, V52 International Trade Co., Ltd, Vertex-online Co., Ltd,
8   Win International Trade, Win-Win Trade Co., Ltd, www.ecwatch.Net, Yongchuang
9   Trade Corp, ZhongSheng Trade Co., Ltd, and JOHN DOES 1-20 ("John Does")
10  (collectively, "Individual Defendants") for trademark infringement, unfair
11  competition, false designation of origin, trademark dilution, and counterfeiting with
12  respect to Plaintiffs' famous marks CHLOÉ, ALFRED DUNHILL, PANERAI,
13  MONTBLANC, CARTIER, and A. LANGE & SÖHNE. Each of the Individual
14  Defendants is offering for sale counterfeit goods infringing the marks owned by
15  Plaintiffs as specified herein.
16      As alleged more fully below, the TradeKey Defendants and Individual
17  Defendants (collectively, the "Defendants") have violated, and continue to violate,
18  the Federal Trademark Act of 1946 as amended, 15 U.S.C. §§ 1051, et seq. (the
19  "Federal Trademark Act"), and California law through the unauthorized sale, and
20  enabling and facilitating the unauthorized sale, of counterfeit CHLOÉ handbags,
21  clothing, footwear, jewelry and accessories (the "Counterfeit CHLOÉ Handbags"),
22  counterfeit ALFRED DUNHILL leather goods, watches, pens and men's
23  accessories (the "Counterfeit ALFRED DUNHILL Men's Goods"), counterfeit
24  PANERAI watches (the "Counterfeit PANERAI Watches"),  counterfeit
25  MONTBLANC writing instruments, watches, jewelry and leather goods (the
26  "Counterfeit MONTBLANC Goods"), counterfeit CARTIER jewelry, watches,
27  leather goods, writing instruments and accessories (the "Counterfeit CARTIER
28  Jewelry"), and counterfeit A. LANGE & SÖHNE watches (the "Counterfeit A.

1    LANGE & SÖHNE Watches"). The TradeKey Defendants intentionally induce
2    these Individual Defendants to infringe Plaintiffs' marks and continue to supply its
3    services on TradeKey.com to Individual Defendants it knows or has reason to know
4    are offering for sale and selling Counterfeit CHLOÉ Handbags, Counterfeit
5    ALFRED DUNHILL Men's Goods, Counterfeit PANERAI Watches,  Counterfeit
6    MONTBLANC Goods, Counterfeit CARTIER Jewelry, and Counterfeit A.
7    LANGE & SÖHNE Watches (collectively, "Counterfeit Plaintiffs' Branded Goods")
8    on TradeKey.com, B2Bfreezone.com, and saudicommerce.com.
9                                      **PARTIES**
10       1.     Chloé is a corporation organized and existing under the laws of the
11   Republic of France, with its principal place of business located at 5/7 Avenue
12   Percier, 75008 Paris, France. Chloé and its licensees and affiliates are the sole and
13   exclusive distributors in the United States of handbags, clothing, footwear, jewelry,
14   and accessories bearing the Chloé Marks (as defined herein). Plaintiff does
15   business in the United States as a division of Richemont North America, Inc.,
16   located at 645 Fifth Avenue, Fifth Floor, New York, New York 10022 and through
17   boutiques, including the Chloé boutique located at 8448 Melrose Place, Los
18   Angeles, California 90069, and authorized distributors in California, among other
19   states.
20       2.     Alfred Dunhill Limited is a corporation organized and existing under
21   the laws of England and Wales, with its registered office address at 15 Hill Street
22   London, Westminster, London W1J 5QT, United Kingdom and a principal place of
23   business at 5-7 Mandeville Place, London, SWIY 6DL, United Kingdom. Alfred
24   Dunhill and its licensees, authorized distributors, and affiliates are the sole and
25   exclusive distributors in the United States of menswear, leather goods, watches,
26   men's jewelry, writing instruments, and gifts and accessories bearing the ALFRED
27   DUNHILL Marks (as defined herein). Genuine Alfred Dunhill branded products
28   are sold at 2347 S. Sepulveda Boulevard, West Los Angeles, CA 90064.

WAI-3015917v3                                   6

1        3.     Officine Panerai AG is a corporation organized and existing under the

2   laws of the Switzerland, with its principal place of business located at

3   Hinterbergstrasse 22, Postfach 61 Steinhausen 6312 Switzerland.  Plaintiff Panerai

4   crafts and distributes luxury watches, sport watches, and diving watches bearing the

5   mark PANERAI.  Panerai and its licensees, authorized distributors, and affiliates

6   are the sole and exclusive distributors in the United States of luxury watches

7   bearing the Panerai Marks (as defined herein).  A Panerai boutique is located at

8   9490A Brighton Way, Beverly Hills, CA 90210.

9        4.     Montblanc-Simplo GmbH is a limited liability company organized and

10   existing under the laws of Germany, with its principal place of business located at

11   Hellgrundweg 100, 22525 Hamburg, Germany.  Montblanc and its licensees,

12   authorized distributors, and affiliates are the sole and exclusive distributors in the

13   United States of luxury writing instruments, watches, jewelry,  and leather goods

14   bearing the Montblanc Marks (as defined herein).  A Montblanc boutique is located

15   at 8500 Beverly Boulevard, Suite 772, Los Angeles, CA 90048.

16        5.     Cartier International A.G. is a corporation organized and existing

17   under the laws of Switzerland, with its principal place of business located at

18   Hinterbergstrasse 22, Postfach 61, 6312 Steinhausen, Switzerland.  Cartier and its

19   licensees, authorized distributors, and affiliates are the sole and exclusive

20   distributors in the United States of jewelry, watches, leather goods, luxury writing

21   instruments and accessories bearing the Cartier Marks (as defined herein).  A

22   Cartier boutique is located at 370 N. Rodeo Dr., Beverly Hills, CA 90210.

23        6.     Lange Uhren GmbH is a limited liability company organized and

24   existing under the laws of Germany, with its registered offices located at

25   Altenberger Strasse 15 01768 Glashütte Sachsen, Germany.  Lange and its

26   authorized distributors, and affiliates are the sole and exclusive distributors in the

27   United States of watches bearing the Lange Marks (as defined herein).  Genuine A.

28

1  Lange & Söhne branded products are sold at 254 North Rodeo Drive, Beverly Hills,

2  Los Angeles, CA 90210.

3      7.    Upon information and belief, Defendant SISCOM is a corporation

4  organized and existing under the laws of Saudi Arabia with its principal place of

5  business at 3rd Floor, Almas Centre, King Fahad Road, Riyadh , Saudi Arabia

6  11547. Defendant SISCOM is the owner of TradeKey.com, B2Bfreezone.com, and

7  saudicommerce.com, and the owner of 99.9% of the shares of TradeKey Pakistan.

8  Defendant SISCOM set up the TradeKey operation and advertises TradeKey.com

9  as "SISCOM's flagship e-commerce portal." The contact details for TradeKey list

10  the SISCOM address in addition to the TradeKey Pakistan address. Defendant

11  SISCOM has ongoing business relationships with California companies, and owns

12  and controls the interactive website, TradeKey.com, which targets California

13  residents. On information and belief, Defendant SISCOM derives significant

14  revenue through direct payments from TradeKey.com members, including

15  California residents, for membership and service fees related to TradeKey.com.

16  Defendant SISCOM enables the sale of Counterfeit Plaintiffs' Branded Goods, has

17  the right and ability to control members' offerings for counterfeit luxury goods on

18  these websites and is receiving a direct financial interest as a result of such

19  infringing activities.

20      8.    Defendant TradeKey Pakistan is a corporation organized and existing

21  under the laws of Pakistan with its principal place of business at 10010-1002 10th

22  Floor Park Avenue Sharah-e-Faisal, Karachi, Pakistan. Its two shareholders are

23  SISCOM (99.9%) and Junaid Mansoor (0.1%). Upon information and belief,

24  Defendant TradeKey Pakistan operates and controls the B2B e-commerce portal

25  and interactive website TradeKey.com and shares content with B2Bfreezone.com,

26  and saudicommerce.com enabling the sale of Counterfeit Plaintiffs' Branded Goods,

27  has the right and ability to control members' offerings for counterfeit luxury goods

28  on these websites and is receiving a direct financial interest as a result of such

1   infringing activities.  Defendant TradeKey Pakistan provides services to members
2   and other users of TradeKey.com located in the state of California.   TradeKey
3   Pakistan is also the owner of the US registrations for the trademarks TRADEKEY
4   and TRADEKEY and Design.

5          9.      Defendant Waleed Abalkhail is the Owner of SISCOM (which owns
6   TradeKey.com and is the majority owner of TradeKey Pakistan).  Defendant
7   Abalkhail, representing SISCOM, is one of only two directors for TradeKey
8   Pakistan.  Defendant Abalkhail is the domain registrant for saudicommerce.com.
9   Defendant Abalkhail operates, directs, participates, authorizes and/or controls the
10  B2B e-commerce portals TradeKey.com, B2Bfreezone.com, and
11  saudicommerce.com enabling the sale of Counterfeit Plaintiffs' Branded Goods
12  and/or aids the offering of counterfeit goods on TradeKey.com, and/or is receiving
13  a direct financial interest as a result of such infringing activities.  Defendant Waleed
14  Abalkhail is also the sole managing member of a Delaware Limited Liability
15  Company bearing the "TradeKey" name, TradeKey LLC.  TradeKey LLC is a
16  Delaware corporation with its principal place of business at 501 Silverside Road,
17  Suite 105, Wilmington, DE.

18         10.     Defendant Junaid Mansoor is the CEO, the only other shareholder
19  (0.1%) of TradeKey Pakistan, and is one of only two directors for TradeKey
20  Pakistan.  Defendant Mansoor operates and/or has the right and ability to control
21  members' offerings for counterfeit luxury goods on TradeKey.com, directed,
22  participated, authorized, encouraged, and/or aided the offering of counterfeit goods
23  on TradeKey.com, and/or is receiving a direct financial interest as a result of such
24  infringing activities.  Defendant Mansoor is the domain registrant for
25  TradeKey.com and b2bfreezone.com.  Defendant Mansoor operates, directs,
26  participates, authorizes and/or controls the B2B e-commerce portals TradeKey.com,
27  B2Bfreezone.com, and saudicommerce.com enabling the sale of Counterfeit
28  Plaintiffs' Branded Goods and/or aids the offering of counterfeit goods on

1   TradeKey.com, and/or is receiving a direct financial interest as a result of such

2   infringing activities.

3        11.    Defendants Bosun international trade corp, Cctrue International Trade

4   Co., Ltd., Euromed International Trading Co., Limited, Fancysaler Trading Co.,

5   Fuzhou Sunshine Trade Co Ltd., HengTai International, Jamilah Mroueh, KK

6   Fashion Love Zone, Love In Apparel Trade Co., ltd., Melchic International Trade

7   CO, .LTD, Mystockwatch Co., Ltd, Orient-online Co., Ltd, Park Co. Ltd, Richen-

8   online Co., Ltd, Season-online Co., Ltd, Seasons-online CO. LTD-Elaine, Seven

9   Star Replicass, Shanghai Taolan International Trade Limited Company, Sinoestar

10   Co., Ltd, Superoceans Co., Ltd, V52 International Trade Co., Ltd, Vertex-online

11   Co., Ltd, Win International Trade, Win-Win Trade Co., Ltd, www.ecwatch.Net,

12   Yongchuang Trade Corp, and ZhongSheng Trade Co., Ltd  are consciously

13   engaging in the importation, promotion, distribution, advertisement, offering for

14   sale, and/or sale of the Counterfeit CHLOÉ Handbags, Counterfeit ALFRED

15   DUNHILL Men's Goods, Counterfeit PANERAI Watches,  Counterfeit

16   MONTBLANC Goods, Counterfeit CARTIER Jewelry, and/or Counterfeit A.

17   LANGE & SÖHNE Watches.

18        12.    Upon information and belief, John Does 1-20 are individuals who are

19   also consciously engaging in the importation, promotion, distribution,

20   advertisement, offering for sale, and/or sale of the Counterfeit CHLOÉ Handbags,

21   Counterfeit ALFRED DUNHILL Men's Goods, Counterfeit PANERAI Watches,

22   Counterfeit MONTBLANC Goods, Counterfeit CARTIER Jewelry, and/or

23   Counterfeit A. LANGE & SÖHNE Watches, but whose identity and number are

24   presently unknown.

25                    **JURISDICTION AND VENUE**

26        13.    This is an action arising under the Federal Trademark Act, 15 U.S.C. §

27   1051, *et seq.* and under the laws of the State of California.

28

10

14.     This Court has jurisdiction under § 39 of the Federal Trademark Act, 15 U.S.C. § 1121(a), and the Judicial Code, 28 U.S.C. §§ 1331, 1338(a) and 1338(b).  This Court has supplemental jurisdiction over all other claims asserted herein under 28 U.S.C. § 1367(a).  The parties are diverse and the value of the matter in controversy exceeds the sum or value of $75,000.

15.     Personal jurisdiction is proper over all Defendants pursuant to Cal. Code of Civ. Proc. § 410.10 because all Defendants have transacted and done business in California, have solicited consumers in this Judicial District, have specifically targeted customers in this Judicial District, have offered to sell and/or have sold, or intentionally induced and enabled, and/or provided the means to offer to sell and sell, Counterfeit CHLOÉ Handbags, Counterfeit ALFRED DUNHILL Men's Goods, Counterfeit PANERAI Watches,  Counterfeit MONTBLANC Goods, Counterfeit CARTIER Jewelry, or Counterfeit A. LANGE & SÖHNE Watches to consumers within this Judicial District.  The TradeKey Defendants are doing business in California through TradeKey.com, an interactive website, which, *inter alia*, allows consumers, including those in California, to purchase memberships, post or list items for sale, manufacture, and/or distribution, communicate with TradeKey.com personnel, and utilize and purchase services offered through TradeKey.com.  Personal jurisdiction is proper over Defendants Mansoor and Abalkhail because of these Defendants' direction, participation, authorization, control, encouragement, and/or willful blindness of the facilitation, assistance, and encouragement, and/or willful ignorance of counterfeiting on TradeKey.com.  TradeKey.com targets consumers in the United States, in particular Los Angeles, which is one of TradeKey.com's top markets worldwide.

16.     Venue is proper in this District under 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to these claims arose in this Judicial District.

WAI-3015917v3

11

FIRST AMENDED COMPLAINT

## STATEMENT OF THE CLAIMS

17.     Plaintiffs manufacture and sell luxury goods distributed and marketed under their own trade names and trademarks, including the marks CHLOÉ, ALFRED DUNHILL, PANERAI, MONTBLANC, CARTIER and A. LANGE & SÖHNE.  Plaintiffs sell their luxury goods in both their own boutiques and through limited authorized distributors established under strict contractual terms with Plaintiffs.  Plaintiffs' commitment to innovation in design and function, as well as the use of only the finest materials, has brought Plaintiffs renown as leading makers of luxury goods.

18.     TradeKey is profiting from the fees and payments of its paying GoldKey and SilverKey members who use TradeKey.com as a safe haven to sell and advertise counterfeit luxury goods on a wholesale basis to other businesses. TradeKey also profits from attracting free members who sell counterfeit luxury goods, *inter alia*, as increased web traffic through use of Plaintiffs' valuable trademarks increases TradeKey's advertising revenues through TradeKey.com. The TradeKey members pay TradeKey fees for not only a platform to buy and sell their counterfeit luxury goods, but for the special and individualized attention TradeKey provides to ensure that its members post listings that will in fact attract persons seeking to buy and sell counterfeit goods on a wholesale basis.  TradeKey manages and controls its member listings and advertisements, removing words and revising listings, embedding keywords of brand names and common terms used for counterfeit goods to ensure that Internet web traffic is directed to TradeKey.com and the member listings.

19.     Defendants, who have no affiliation with Plaintiffs or their affiliated companies, have attempted to capitalize on the popularity, reputation, and goodwill of the marks CHLOÉ, ALFRED DUNHILL, PANERAI, MONTBLANC, CARTIER, and A. LANGE & SÖHNE and, upon information and belief, have directly aided in, participated in, and/or authorized the defrauding of consumers.

1  Upon information and belief, Individual Defendants offer for sale, promote,

2  advertise, sell, import, manufacture, and/or distribute Counterfeit CHLOÉ

3  Handbags, Counterfeit ALFRED DUNHILL Men's Goods, Counterfeit PANERAI

4  Watches, Counterfeit MONTBLANC Goods, Counterfeit CARTIER Jewelry,

5  and/or Counterfeit A. LANGE & SÖHNE Watches to consumers in the United

6  States, including California.

7      20.    Individual Defendants have imported, manufactured, offered for sale,

8  promoted, advertised, sold and/or distributed the Counterfeit CHLOÉ Handbags,

9  Counterfeit ALFRED DUNHILL Men's Goods, Counterfeit PANERAI Watches,

10  Counterfeit MONTBLANC Goods, Counterfeit CARTIER Jewelry, and/or

11  Counterfeit A. LANGE & SÖHNE Watches without Plaintiffs' permission,

12  authorization, or approval.  Individual Defendants' conduct is likely to cause, and

13  has caused, consumers to mistakenly believe that the products sold and promoted

14  by the Individual Defendants are endorsed by or affiliated with Plaintiffs and/or

15  dilute the distinctive quality of the Plaintiffs' marks.

16      21.    Defendants SISCOM, TradeKey Pakistan, Abalkhail, and Mansoor are

17  enabling and facilitating the sale of Counterfeit CHLOÉ Handbags, Counterfeit

18  ALFRED DUNHILL Men's Goods, Counterfeit PANERAI Watches, Counterfeit

19  Montblanc Goods, Counterfeit Cartier Jewelry, and Counterfeit A. LANGE &

20  SÖHNE Watches on the websites www.tradekey.com, www.B2Bfreezone.com and

21  www.saudicommerce.com by knowingly encouraging and managing Individual

22  Defendants postings to offer for sale and sale of Counterfeit Plaintiffs' Branded

23  Goods, and cross posting all listings from TradeKey.com on these two sites, and

24  continuing to provide its website and services to persons they knew or should have

25  known were offering to manufacture, import, export, distribute or sell counterfeit

26  goods.

27      22.    Defendants SISCOM, TradeKey Pakistan, Abalkhail, and Mansoor

28  have actual knowledge or have reason to know of Individual Defendants offers to

1   sell and sale of said counterfeit products, induce, encourage, aid, agree, authorize,

2   participate, and/or direct Individual Defendants to offer to sell and sell said

3   counterfeit products, and control, manage, and manipulate member postings.

4   TradeKey specifically claims that it reviews all listings posted by free and paying

5   members on TradeKey.com.

6        23.   TradeKey is involved in determining the language used in certain

7   postings, adds its own keywords and metadata using common terms for counterfeit

8   goods, changes and manipulates the language of postings and controls the posting

9   and content on its website which is infringing Plaintiffs' marks CHLOÉ, ALFRED

10   DUNHILL, PANERAI, MONTBLANC, CARTIER, and A. LANGE & SÖHNE.

11        24.   For the above reasons, Defendants have caused, and unless enjoined,

12   will continue to cause, Plaintiffs irreparable harm for which it has no adequate

13   remedy at law and an incalculable loss of goodwill and damages.

14   **THE COUNTERFEITING EPIDEMIC AIDED BY**
15   **THE EASE OF USE AND GLOBAL REACH OF THE INTERNET**

16        25.   The counterfeiting business is on the rise assisted in growth by the

17   Internet which makes it easier for manufacturers and distributors to connect, sell

18   and distribute counterfeit products all over the world without brick and mortar

19   storefronts. Based on a recent report by Crime Inc. on CNBC, counterfeiting robs

20   businesses of $250 billion a year and costs U.S. workers roughly 750,000 jobs. In

21   Los Angeles County, counterfeiting and piracy cost $483 million in lost tax revenue

22   in 2005 as well as a loss of tens of thousands of jobs. Los Angeles is a key location

23   to make connections for counterfeit goods.

24        26.   According to the CNBC report, an estimated ninety percent of

25   counterfeit goods come from China where the cheap labor and global economy

26   have made the country one of the world's leading manufacturers of counterfeit

27   goods. Of the thousands of TradeKey.com member listings purporting to offer for

28   sale Plaintiffs' goods reviewed by Plaintiffs and confirmed to not be legitimate

14

1    sellers, retailers, manufacturers, or distributors of genuine goods, a substantial
2    portion of these members are located in China.

3        27.     Beyond the economic costs, counterfeiting presents health and safety
4    risks. TradeKey members have posted listings on TradeKey.com offering for sale
5    fake passports, fake visas, restricted pharmaceuticals, and illegal drugs including
6    cocaine, ecstasy, crystal methamphetamine and speed. TradeKey also allows
7    members to post listings on TradeKey.com for goods that many jurisdictions and
8    law enforcement have raised concern over, such as bullet proof vests and Teflon.

9 THE CHLOÉ BUSINESS AND MARKS

10        28.     Plaintiff Chloé has long distributed its handbags, clothing, footwear,
11    jewelry and accessories under the mark CHLOÉ to its boutiques and authorized
12    retailers in the United States.

13        29.     For decades, this famous, arbitrary and fanciful mark has received
14    enormous exposure in the marketplace. Over the years, millions of consumers have
15    been exposed to the mark CHLOÉ through advertising campaigns, in mainstream
16    and fashion magazines and other periodicals, as depicted on television and in
17    motion pictures, on the Internet, and in other forms of unsolicited media coverage.

18        30.     Plaintiff's mark CHLOÉ has been widely promoted, both in the United
19    States and throughout the world, and is widely recognized. Plaintiff displays the
20    mark CHLOÉ in many advertising and promotional materials. To date, Plaintiff
21    Chloé has spent millions of dollars in advertising and promoting the mark CHLOÉ
22    in connection with handbags, clothing, footwear, and accessories, and Plaintiff, its
23    predecessors-in-interest and its affiliated companies have achieved hundreds of
24    millions of dollars in sales of genuine CHLOÉ branded products.

25        31.     Luxury handbags bearing the mark CHLOÉ have come to be well-
26    known by the purchasing public throughout the United States and world as products
27    of the highest quality and exclusively originating from Plaintiff Chloé. Plaintiff has
28    experienced extensive sales and fame over the past five years as a result of the

popularity of a number of "It" – meaning, highly sought after – handbags, including but not limited to the "Paddington" and "Bay" style CHLOÉ handbags that are enormously popular with the consuming public.

32.    As a result, Plaintiff's mark CHLOÉ is a widely-recognized trademark in the United States, and popular with consumers, which add enormous value to the officially manufactured handbags, clothing, footwear, jewelry and accessories that bear Plaintiff's mark CHLOÉ.

33.    Plaintiff Chloé is the owner of the right, title, and interest in and to, *inter alia*, the following trademarks and/or service marks that are either federally registered or pending federal registration, the "Chloé Marks":

| Mark | Reg. No. or App. No. | Int'l Class | Goods |
|---|---|---|---|
| CHLOE | 1,491,810 | 18, 25 | **18**: handbags, purses, <br><br>**25**: bathrobes, bathing suits, coats, dresses, hats, jackets, shirts, blouses, trousers, skirts, scarves, shoes |
| CHLOE | 2,745,487 | 14 | Jewelry |
| **Chloé** | 3,291,996 | 18 | Goods made of leather and imitations of leather, namely, handbags, purses, traveling cases, traveling bags, luggage, backpacks, toiletry cases sold empty, credit card cases and holders, key cases, coin purses |
| **Chloé** | 1,182,862 | 14, 25 | **14**: jewelry-namely, dress jewelry <br><br>**25**: clothing-namely, belts, scarves, frocks, dresses, coats, costumes, suits, skirts, blouses, vests and pantsuits, hats, fur coats, jackets, stoles, capes |
| **Chloé** | 950,843 | 25 | Ladies' articles of clothing for outerwear-namely, frocks, dresses, coats, costumes, suits, skirts, blouses, vests and pant-suits; vests, hats and ties; and ladies' shoes |

16

FIRST AMENDED COMPLAINT

| Mark | Reg. No. or App. No. | Int'l Class | Goods |
|---|---|---|---|
| EDITH | 3,401,846 | 18 | Handbags purses, wallets |
| PADDINGTON | 3,398,517 | 18 | Handbags, purses, wallets, not intended for children |
| SEE BY CHLOE | 3,696,923 | 25 | Footwear |
| SEE BY CHLOE | 2,641,982 | 18, 25 | **18:** travelling bags, holdalls, tote bags, handbags, credit card case; purses, wallets, key cases, coin purses, parts and fittings for all the aforesaid goods<br><br>**25:** clothing, namely, trousers, skirts, suits, dresses, jackets, blousons, shirts, coats, cardigans, sweaters, blouses, shorts, t-shirts, pullovers, scarves |
|  | 79/083,749 | 18, 25 | **18:** leather and imitations of leather; goods made of leather and imitations of leather, namely, wallets, coin purses, handbags, suitcases, travelling bags, credit card cases, key cases, backpacks, clutch bags, beach bags, shopping bags, briefcases, sling bags for carrying infants, travelling sets, namely, trunks, vanity cases sold empty, cosmetic bags sold empty; wallets, coin purses, handbags, suitcases, travelling bags, credit card cases, key cases, backpacks, clutch bags, beach bags, canvas, reusable, mesh and textile shopping bags, briefcases, sling bags for carrying infants, travelling sets, namely, trunks, vanity cases sold empty, cosmetic bags sold empty, umbrellas, parasols and walking sticks; hides, skins<br><br>**25:** clothing, namely, jackets, blouses, belts, cloaks, ponchos, jumpers, dresses, leggings, tights, shorts, scarves, jumpsuits, cardigans, suits, capes, jeans, coats, rompers; footwear; headwear |

**FIRST AMENDED COMPLAINT**

34.   Attached hereto as collective Exhibit 1 are true and correct copies of the United States Patent and Trademark Office certificates of registration listed above that, in accordance with §§ 7(b) and 22 of the Federal Trademark Act, 15 U.S.C. §§ 7(b) and 1072, constitute constructive notice of Plaintiff's ownership of these trademarks. All of the registrations set forth in Exhibit 1 are valid, subsisting, and owned by Plaintiff Chloé SAS.

35.   Registration Nos. 1,491,810, 2,745,487, 1,182,862, and 950,843, have achieved incontestable status and accordingly are conclusive evidence of the validity of and Plaintiff's exclusive right to use the marks shown therein in commerce as provided by §§ 15 and 33(b) of the Federal Trademark Act, 15 U.S.C. §§ 1065 and 1115(b), respectively.

36.   Plaintiff Chloé also owns common law rights in the above-identified marks for use in connection with handbags, clothing, footwear and jewelry among other goods.

37.   Plaintiff Chloé is also the owner of the trade name "CHLOÉ," under which it has offered for sale, promoted, and advertised Plaintiff's products in the United States, including California.

38.   California is the second ranked state in the United States for Chloé brand sales, and Los Angeles ranks third in sales for the Chloé brand out of all the cities in the United States. Sales of genuine Chloé branded goods in California are through two Chloé boutiques located at Melrose Place, Los Angeles and Costa Mesa, Orange County, as well as over 20 authorized retailers of Chloé accessories and 8 authorized retailers of Chloé ready to wear collections, including authorized retailer websites.

39.   In the last year alone, sales of Chloé brand products in the United States exceeded $17 million, with over $5 million in sales in California, and over $2 million of sales in Los Angeles. Over 40% of Chloé's sales in California occur

1   in Los Angeles.  Approximately half of the advertising expenditures for the Chloé

2   brand in California is directed towards consumers in Los Angeles.

3       40.   Plaintiff Chloé's extensive and continuous use of the mark CHLOÉ

4   has enabled Plaintiff to achieve fame and celebrity in the handbag, clothing and

5   accessories market in California, the United States and worldwide.  Plaintiff's

6   reputation and goodwill in its marks is a direct result of Plaintiff's quality standards,

7   extensive advertising and promotion, sales, and exclusive sales through boutiques

8   and limited authorized distributors.

9       41.   Based on the extensive sales of Plaintiff Chloé's branded goods and

10  wide popularity, the mark CHLOÉ has developed significance in the minds of the

11  relevant purchasing public, and the products and services utilizing and/or bearing

12  this mark are singularly associated and identified by the purchasing public as

13  originating with Plaintiff Chloé.

14              **THE ALFRED DUNHILL BUSINESS AND MARKS**

15      42.   Since 1893, Plaintiff Alfred Dunhill has manufactured and distributed

16  formal and casual menswear, handcrafted leather goods, fine men's jewelry and

17  timepieces, pens, men's designer clothes and accessories bearing the mark

18  ALFRED DUNHILL.

19      43.   Luxury menswear and accessories bearing the mark ALFRED

20  DUNHILL have come to be well-known by the purchasing public throughout the

21  United States as products of the highest quality and exclusively originating from

22  Plaintiff Alfred Dunhill.  For over one hundred years, this well-known and famous

23  mark has received enormous exposure in the marketplace.

24      44.   Over the years, millions of consumers have been exposed to the mark

25  ALFRED DUNHILL through advertising campaigns, in mainstream and fashion

26  magazines and other periodicals, as depicted on television and in motion pictures,

27  on the Internet, and in other forms of unsolicited media coverage.  As a result,

28  Plaintiff's mark ALFRED DUNHILL is a widely-recognized trademark in the

WAI-3015917v3

19

1  United States, and popular with consumers, which add enormous value to the

2  officially manufactured menswear, leather goods, watches and accessories that bear

3  Plaintiff's mark ALFRED DUNHILL.

4      45. Plaintiff Alfred Dunhill has long distributed its products under the

5  mark ALFRED DUNHILL to its boutiques and authorized retailers in the United

6  States.

7      46. Plaintiff Alfred Dunhill is the owner of the right, title, and interest in

8  and to, *inter alia*, the following trademarks and/or service marks that are federally

9  registered, collectively, the "Alfred Dunhill Marks":

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| DUNHILL | 1,172,665 | 42 | Retail store services featuring the sale of smokers' accessories, man's clothing, haberdashery, toiletries, jewelry, leather goods, gift items, and many other items of various descriptions |
| DUNHILL | 843,270 | 18 | Umbrellas |
| DUNHILL | 843,178 | 14 | Watches |
| DUNHILL | 858,928 | 14 | Men's jewelry-namely, cuff links, tie bars, tie clasps, key chains, key rings |
| DUNHILL | 858,964 | 16 | Pens and pencils |
| dunhill | 540,389 | 18 | Billfolds, document cases and wallets, all being goods made of leather |
| dunhill | 1,799,883 | 14, 18 | **14:** Jewelry and watches <br><br> **18:** Luggage and small leather goods; namely, wallets, card cases, attaché cases |
| dunhill | 1,734,900 | 24, 25 | **24:** handkerchiefs <br><br> **25:** men's clothing, namely, ties, cravats, dress shirts, sport shirts, sweaters, belts, |

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| | | | suspenders, gloves, hats, scarves, leather and suede coats and jackets, wool jackets, rainwear, underwear, sleepwear and robes |
| **dunhill** LINKS | 3,423,210 | 18, 24, 25, 28 | **18:** goods made of leather and imitations of leather, namely, luggage, trunks, traveling bags, bags, namely, carry-on bags, all purpose sports bags, flight bags, travel bags, tie bags for travel, shopping bags, holdalls, suit bags, backpacks, knapsacks, tote bags, shaving bags sold empty, duffle bags, overnight bags, shoe bags, cases, namely, suitcases, credit card cases, travel attaché cases designed to organize and hold passports, plane tickets and currency, and toiletry cases sold empty, attaché cases, briefcases, key cases, pouchettes, namely, a handheld carrying case with compartments for pens, notepads, calendars, money, credit cards and other personal items; suit bags, backpacks, knapsacks, wallets, purses, leather key fobs, notepad holders, umbrellas, walking sticks

**24:** textile fabrics for the manufacture of clothing, towels, golf towels, textile clothing labels, handkerchiefs, lap rugs

**25:** clothing, namely, shirts, jackets, blousons, trousers, pants, shorts, t-shirts, polo shirts, socks; knitwear, namely, sweaters, cardigans, fleece pullovers; waterproof clothing, namely, waterproof jackets and trousers; belts, gloves, training sneakers, scarves, ties, headwear, sun visors, hats, caps; footwear

**28:** Golf clubs, golf club covers, golf balls, golf tees, bags specifically adapted for sports equipment, golf club protectors, golf markers and golf gloves, golf score pads |

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| **dunhill** LONDON | 3,629,424 | 14, 16, 18, 25, 34 | **14:** key rings and key chains of precious metals or coated therewith; jewelry, cufflinks, tie bars, tie clips, necktie clips, tie pins, lapel pins, and collar and shirt studs; precious stones; horological and chronometric instruments, watches, clocks, watch straps, watch bracelets; key holders of precious metal; parts and fittings for all the aforesaid goods

**16:** writing instruments, pouches for writing instruments; gift cases for writing instruments; ink and refills for writing instruments, stationery; writing utensil cases; personal organizers; desk sets; pens, pencils; pen and pencil holders; paperweights, diaries; inkwells and ink stands; passport holders, check book holders, check book covers; pen and pencil cases; document holders, photo albums; bookends; pen nibs; money clips; parts and fittings for all the aforesaid goods

**18:** trunks and traveling bags; umbrellas, collars for pets; luggage, bags, namely, tote bags, beach bags, satchels, toiletry bags sold empty; cases, namely, suitcases; briefcases, attaché cases, holdalls, pouchettes, garment bags for travel, backpacks, credit card cases, key cases, wallets, coin purses, handbags

**25:** clothing, namely, shirts, pants, trousers, jackets, evening jackets, tuxedos, blazers, windcheaters, blousons, fleece pullovers, quilted vests, suits, raincoats, coats, shorts, cardigans, sweaters, tank tops, waistcoats, t-shirts, polo shirts, casual shirts, business shirts, bathrobes, dressing gowns, socks, golf shirts, golf sweaters, golf trousers, golf shoes, swimwear, sleepwear, underwear, rainwear, waterproof jackets, sweat shirts, sweat pants, cummerbunds, gloves, footwear, hats, caps, sun visors, scarves, belts, ties |
| DUNHILL FACET | 3,763,362 | 14, 18 | **14:** Goods in precious metals or coated therewith, namely, key fobs, key rings, and key chains; cufflinks; horological and |

**FIRST AMENDED COMPLAINT**

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| | | | chronometric instruments, watches, clocks, watch straps, watch bracelets; parts and fittings for all the aforesaid goods<br><br>**18:** Goods made of leather and imitations of leather, namely, key chains, key cases, pocket wallets, coin purses, luggage tags; trunks and traveling bags, umbrellas, parasols and walking sticks; shooting sticks, namely, a combined walking stick and seat; canes; collars for pets; luggage; tote bags, duffle bags, carry on bags, all purpose sports bags, flight bags, tie bags for travel, barrel bags, shaving bags sold empty, overnight bags, business card cases, beach bags, satchels, toiletry bags sold empty, suitcases; briefcases, attaché cases, aftershave cases sold empty, document cases, pochettes, namely, hand-held carrying cases for documents and personal items; garment bags for travel, knapsacks, backpacks, credit card cases, key cases not made of leather, key wallets, wallets, coin purses not made of leather, handbags |
|  | 3,763,494 | 14, 16, 18, 25 | **14:** Key fobs, key rings and key chains of precious metals or coated therewith; household containers of precious metals or coated therewith; jewellery; cufflinks; tie bars; tie clips; necktie clips; tie pins; lapel pins; collar and shirt studs; precious stones; horological and chronometric instruments, watches, clocks, watch straps, watch bracelets; key holders of precious metals; parts and fittings for all the aforesaid goods<br><br>**16:** Writing instruments, pouches for writing instruments; gift boxes for writing instruments; ink and refills for writing instruments, stationery; personal organisers, desk sets, pens, pencils; pen and pencil holders; paperweights, diaries; inkwells and ink stands; passport holders, cheque book holders, cheque book covers; pen and pencil cases; document holders and cases, albums for photographs; bookends; pen nibs; money clips; parts and fittings for all the aforesaid goods |

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| | | | **18:** Trunks and travelling bags; umbrellas, parasols and walking sticks; canes; collars for pets; luggage, bags and cases, tote bags, beach bags, satchels, toiletry bags sold empty; suitcases; briefcases, attaché cases, holdalls; pochettes, namely, hand-held carrying cases for documents and personal items; garment bags for travel, backpacks, credit card cases and holders, key cases, wallets, coin purses, handbags; parts and fittings for all the aforesaid goods  **25:** Clothing, namely, shirts, pants, trousers, jackets, evening jackets, tuxedoes, blazers, windcheaters, blousons, fleece pullovers, quilted vests, suits, raincoats, coats, shorts, cardigans, sweaters, tank tops, waistcoats, t-shirts, polo shirts, casual shirts, business shirts, bathrobes, dressing gowns, socks, golf shirts, golf sweaters, golf trousers, golf shoes, swimwear, sleepwear, underwear, rainwear, waterproof jackets, sweat shirts, sweat pants, cummerbunds, gloves, scarves, belts, ties; footwear and headgear, namely, hats, caps and sun visors |
|  | 1,322,065 | 14 | Men's jewelry, all made of precious metal-namely, cuff links, money clips, tie clasps |
|  | 3,748,138 | 14, 16, 18, 25 | **14:** goods in precious metals or coated therewith, namely, key rings and key chains of precious metals or coated therewith; jewelry; cufflinks; tie bars; tie clips; necktie clips; tie pins; lapel pins; collar and shirt studs; precious stones; horological and chronometric instruments, watches, clocks, watch straps, watch bracelets  **16:** writing instruments, pouches for writing instruments; gift cases for writing instruments; pen ink and refills, stationery; writing utensil cases; personal organizers; desk sets; pens; pencils; pen and pencil holders; paperweights; diaries; inkwells and ink stands; passport holders; check book holders; check book covers; |

WAI-3015917v3

**FIRST AMENDED COMPLAINT**

| Mark | Reg. No. | Int'l Class | Goods |
|------|----------|-------------|-------|
|      |          |             | pen and pencil cases; document holders and cases; picture albums; bookends; pen nibs; money clips |
|      |          |             | **18:** trunks and traveling bags; umbrellas; collars for pets; luggage; travel bags and travel cases; tote bags; beach bags; satchels; toiletry bags sold empty; suitcases; briefcases; attaché cases; holdalls; pouchettes, namely, hand held carrying cases for documents and personal items; garment bags for travel; backpacks; credit card cases and holders; leather key cases; wallets; coin purses; handbags |
|      |          |             | **25:** Clothing, namely, shirts, pants, trousers, jackets, evening jackets, tuxedos, blazers, windcheaters, blousons, fleece pullovers, quilted vests, suits, raincoats, coats, shorts, cardigans, sweaters, tank tops, waistcoats, t-shirts, polo shirts, casual shirts, business shirts, bathrobes, dressing gowns, sock, golf shirts, golf sweaters, golf trousers, golf shoes, swimwear, sleepwear, underwear, rainwear, waterproof jackets, sweat shirts, sweat pants, cummerbunds, gloves, footwear, hats, caps, sun visors, scarves, belts, ties |
| D-EIGHT | 3,053,189 | 14, 16, 18, 25, 34 | **14:** Goods, made all or in part of precious metals or coated therewith, namely, flasks, cups, key rings, key fobs and key chains, smokers' articles of precious metals or coated therewith, namely ashtrays, cigar and cigarette lighters, cigar cutters, cigar and cigarette cases; belt buckles of precious metals or coated therewith; jewelry, cufflinks; tie bars; tie clips; tie pins, lapel pins; horological and chronometric instruments, watches, clocks, watch straps, watch bracelets; parts and fittings for all the aforesaid goods |
|      |          |             | **16:** Writing instruments, pouches for writing instruments, gift cases for writing instruments, ink and refills, stationery; personal organizers, fountain pens, ball- |

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| | | | point pens and pencils, pen and pencil holders; paperweights, diaries, inkwells and ink stands; passport holders, checkbook holders, document holders; parts and fittings for all the aforesaid goods

**18:** Goods made of leather and imitations of leather, namely, leather key fobs, satchels, suitcases and backpacks; trunks and traveling bags; umbrellas, walking sticks; luggage, flight bags, tie bags for travel, carrying cases, tote bags, toiletry bags sold empty; shooting sticks; briefcases, attaché cases, document cases, holdalls, pochettes in the nature of a hand held carrying case with compartments for pens, notepads, calendars, money, credit cards and other personal items; suit-carriers, namely garment bags, credit card cases and holders, key cases, wallets, coin purses, personal organizers, handbags; parts and fittings for all the aforesaid goods

**25:** clothing, namely shirts, pants, trousers, suits, jackets, coats, shorts, cardigans, sweaters, waistcoats, t-shirts, polo shirts, dressing gowns, socks, swimwear, sleepwear, underwear, rainwear, raincoats, bandanas, footwear, and headgear in the nature of sun visors, hats and caps; braces, scarves, belts, ties, gloves, cravats |
|  | 2,852,116 | 14 | Watches |
| SENTRYMAN | 3,486,991 | 14, 16, 18, 28 | **14:** jewelry, cufflinks, tie bars

**16:** pens, writing instruments, desk accessories, namely, desk file trays, holders for desk accessories, and letter racks

**18:** large and small leather goods namely, trunks and traveling bags, collars for pets, luggage, bags, and cases, tote bags, beach bags, satchels, toiletry bags sold empty, suitcases, briefcases, attaché cases, holdalls, pochettes, namely a handheld |

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| | | | carrying case with compartments for pens, notepads, calendars, money, credit cards, and other personal items; garment bags for travel, backpacks, credit card cases, credit card holders, wallets, coin purses, handbags |
| | | | **28:** gifts and games, namely, playing cards, back gammon sets, chess sets, dice sets, bridge card boxes, jigsaw puzzles, and a poker and roulette kit for use in travel or recreational settings comprising a mini-roulette wheel, a chip holder, betting chips, a chip sweeper, a printed roulette playing mat, playing mat, playing cards poker dice and a holding case for storing the same |
| SIDECAR | 2,893,171 | 18 | Umbrellas, briefcases, attaché cases, document cases; wallets, pochettes, namely, a hand held carrying case with compartments for pens, notepads, calendars, money, credit cards and other personal items; credit card cases; key cases; coin purses |

47.   Attached hereto as collective Exhibit 2 are true and correct copies of the United States Patent and Trademark Office certificates of registration listed above that, in accordance with §§ 7(b) and 22 of the Federal Trademark Act, 15 U.S.C. §§ 7(b) and 1072, constitute constructive notice of Plaintiff Alfred Dunhill's ownership of these trademarks.  All of the registrations set forth in Exhibit 2 are valid, subsisting, and owned by Plaintiff.

48.   Registration Nos. 1,172,665, 843,178, 540,389, 1,799,883, 1,734,900, and 1,322,065, have achieved incontestable status and accordingly are conclusive evidence of the validity of and Plaintiff's exclusive right to use the marks shown therein in commerce as provided by §§ 15 and 33(b) of the Federal Trademark Act, 15 U.S.C. §§ 1065 and 1115(b), respectively.

WAI-3015917v3

49. Plaintiff Alfred Dunhill also owns common law rights in the above-identified marks for use in connection with menswear and wallets among other goods.

50. Plaintiff is also the owner of the trade name "ALFRED DUNHILL," under which it has offered for sale, promoted, and advertised Plaintiff's products in the United States.

51. California is the second ranked state in the United States for Alfred Dunhill brand sales, and Los Angeles ranks second in sales for the Alfred Dunhill brand out of all the cities in the United States. Sales in California are through over 10 authorized Alfred Dunhill retailers, the largest number of authorized dealers for any state in the United States. Consumers in California can also purchase Alfred Dunhill brand products through the brand's website at www.dunhill.com/en-us/shoponline/.

52. In the last year alone, sales of Alfred Dunhill brand products in the United States exceeded $2 million, with over 30% percent of total U.S. sales occurring in California and nearly 30% of Alfred Dunhill sales in California occurring in Los Angeles.

53. Plaintiff's mark ALFRED DUNHILL has been widely promoted in California, the United States and throughout the world, and is widely recognized. Plaintiff displays the mark ALFRED DUNHILL in many advertising and promotional materials. To date, Plaintiff has spent millions of dollars in advertising and promoting the mark ALFRED DUNHILL in connection with menswear and accessories, and Plaintiff, its predecessors-in-interest and its affiliated companies have achieved hundreds of millions of dollars in sales.

54. Plaintiff's extensive and continuous use of the mark ALFRED DUNHILL has enabled Plaintiff to achieve fame and celebrity in the menswear and leather goods market. Plaintiff's reputation is a direct result of Plaintiff's quality

WAI-3015917v3

standards, extensive advertising, promotion, widespread sales, and exclusive sale
through boutiques and limited authorized distributors.

55.    Based on the extensive sales and wide popularity of Plaintiff's
menswear and accessories, the mark ALFRED DUNHILL has developed
significance in the minds of the relevant purchasing public, including in the United
States and California, and the products and services utilizing and/or bearing this
mark are singularly associated and identified by the purchasing public as
originating with Plaintiff.

## THE PANERAI BUSINESS AND MARKS

56.    The PANERAI brand dates back to 1860 and is well-known for high
precision mechanisms and instruments and professional divers' instruments.
Panerai has for many years been the supplier of high precision underwater
instruments to the Royal Italian Navy.  Certain Panerai brand timepieces can
withstand pressure equivalent to depth of 1000 meters.  The well-known PANERAI
brand includes such famous marks as Radiomir and Luminor.

57.    Panerai also produces limited and special editions of PANERAI brand
timepieces.  A special edition called "Slytech" was created for Sylvestor Stallone,
an admirer of the brand, which was used during the shooting of the movie Daylight.
Watches bearing the mark PANERAI have come to be well-known by the
purchasing public throughout the United States and worldwide as products of high
technical quality exclusively originating from Plaintiff Panerai.

58.    Over the years, millions of consumers have been exposed to the mark
PANERAI through advertising campaigns, in mainstream and fashion magazines
and other periodicals, as depicted on television and in motion pictures, on the
Internet, and in other forms of unsolicited media coverage.  As a result, Plaintiff's
mark PANERAI is a widely-recognized trademark in the United States, and popular
with consumers, which add enormous value to the officially manufactured and
authorized watches that bear Plaintiff's luxury mark PANERAI.

29

59.   Plaintiff Panerai has long distributed its watches and timepieces under the mark PANERAI only through authorized retailers in the United States.

60.   Plaintiff Panerai is the owner of the right, title, and interest in and to, *inter alia*, the following trademarks and/or service marks that are  federally registered , collectively referred to as the "Panerai Marks":

| Mark | Reg. No. | Int'l Class | Goods |
|------|----------|-------------|-------|
| PANERAI | 2,340,290 | 14 | Chronometers, watches |
| PANERAI | 2,673,704 | 16, 18, 25 | **16:** pencils<br>**18:** handbags<br>**25:** shirts, tee-shirts; belts, caps and hats |
| PANERAI COMPOSITE | 3,947,004 | 14 | Watches, chronometers, watch straps, watch bracelets, boxes of precious metal for watches |
| LUMINOR | 2,516,018 | 14 | Chronometers, watches and clocks |
| LUMINOR COMPOSITE | 3,889,408 | 14 | Watches, chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and jewellery |
| LUMINOR DAYLIGHT | 3,035,995 | 14 | Watches, chronometers, wall clocks, watchbands, boxes of precious metal for watches and jewelry |
|  | 3,178,943 | 14 | Watches |
| RADIOMIR | 2,418,830 | 14 | Chronometers; watches and clocks |
| RADIOMIR COMPOSITE | 3,882,739 | 14 | Watches, chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and jewellery |

| Mark | Reg. No. | Int'l Class | Goods |
|------|----------|-------------|-------|
|  | 3,756,691 | 14 | Watches |
| ARKTOS | 2,731,719 | 14 | Chronometers, watches, clocks |
| BLACK SEAL | 2,864,075 | 14 | Boxes and cases for watches; chronometers; watches and clocks |
|  | 2,323,571 | 14 | Chronometers; watches |
| L'ASTRONOMO | 3,947,005 | 14 | Watches, stopwatches, wall clocks, watch straps, boxes of precious metal for watches |
| LO SCIENZIATO | 3,927,967 | 14 | Watches, stopwatches, wall clocks, watch straps, boxes of precious metal for watches and jewelry |
| MARE NOSTRUM | 2,362,908 | 14 | Chronometers and watches |
| MARINA MILITARE | 3,174,281 | 14 | Watches, chronometers, clocks, watchbands, wristwatches, boxes of precious metal for watches and jewelry |
|  | 3,004,529 | 14 | Boxes and cases for watches; chronometers, watches and wall clocks |
| SEAL | 2,288,561 | 14 | Chronometers, and watches |
| SEALAND | 2,624,232 | 14 | Cases of precious metals for watches, chronometers, watches |
| SLYTECH | 3,046,425 | 14 | Watches, chronometers, wall clocks, watch straps, boxes of precious metal for watches and jewelry |
| ZEROGRAPH | 3,857,560 | 14 | Watches and chronometers |

WAI-3015917v3

FIRST AMENDED COMPLAINT

1        61.     Attached hereto as collective Exhibit 3 are true and correct copies of

2   the United States Patent and Trademark Office certificates of registration listed

3   above that, in accordance with §§ 7(b) and 22 of the Federal Trademark Act, 15

4   U.S.C. §§ 7(b) and 1072, constitute constructive notice of Plaintiff's ownership of

5   these trademarks.  All of the registrations set forth in Exhibit 3 are valid, subsisting,

6   and owned by Plaintiff.

7        62.     Registration Nos. 2,340,290, 2,516,018, 2,418,830, 2,731,719,

8   2,864,075, 2,323,571, 2,362,908, 2,288,561, and 2,624,232, have achieved

9   incontestable status and accordingly are conclusive evidence of the validity of and

10   Plaintiff's exclusive right to use the marks shown therein in commerce as provided

11   by §§ 15 and 33(b) of the Federal Trademark Act, 15 U.S.C. §§ 1065 and 1115(b),

12   respectively.

13        63.     Plaintiff Panerai also owns common law rights in the above-identified

14   marks for use in connection with watches and timepieces among other goods.

15        64.     Plaintiff Panerai is also the owner of the trade name "PANERAI,"

16   under which it has offered for sale, promoted, and advertised Plaintiff's products in

17   the United States.

18        65.     California is the second ranked state in the United States for Panerai

19   brand sales, and Los Angeles ranks second in sales for the Panerai brand out of all

20   the cites in the United States.  Sales in California are through the Panerai boutique,

21   located in Beverly Hills, as well as over 10 authorized dealers of Panerai products.

22        66.     To date, Plaintiff, its predecessors-in-interest and its affiliated

23   companies have achieved hundreds of millions of dollars in sales.  In fiscal year

24   2011 sales of Panerai brand products in the United States exceeded $50 million,

25   with sales in California alone in excess of $10 million, and 70% of all California

26   sales in Los Angeles.

27        67.     Plaintiff's mark PANERAI has been widely promoted in California,

28   the United States and throughout the world, and is widely recognized.  Plaintiff

displays the mark PANERAI in many advertising and promotional materials. To date, Plaintiff has spent millions of dollars in advertising and promoting the mark PANERAI in connection with watches and timepieces. In fiscal year 2011 in excess of $1 million was spent advertising Panerai brand products in the United States, including advertising directed toward consumers in California.

68. Plaintiff's extensive and continuous use of the mark PANERAI has enabled Plaintiff to achieve fame and celebrity in the watches and timepieces market. Plaintiff's reputation is a direct result of the robustness, high technical quality and craftsmanship of Plaintiff's timepieces and watches, Plaintiff's extensive advertising, promotion, sales, and exclusive sales through boutiques and authorized distributors. Indeed, Plaintiff has experienced extensive sales and fame as a result of the popularity of a number of highly sought-after watches, including but not limited to the "Luminor" and "Radiomir" style PANERAI watches that are enormously popular with celebrities and the consuming public.

69. Based on the foregoing, the mark PANERAI has developed significance in the minds of the relevant purchasing public, and the watches bearing the PANERAI mark are singularly associated with and identified by the purchasing public as originating with Plaintiff.

## THE MONTBLANC BUSINESS AND MARKS

70. Since at least as early as 1913, Plaintiff Montblanc has manufactured and distributed writing instruments under the mark MONTBLANC, and over time has expanded the products offered under the mark MONTBLANC to include leather goods, jewelry and watches. Montblanc has become well-known in the United States and worldwide for quality design, tradition and master craftsmanship in connection with luxury writing instruments, watches, jewelry, and leather goods bearing the mark MONTBLANC and as originating exclusively from Plaintiff.

71. Over the years, this famous, arbitrary and fanciful mark has received enormous exposure in the marketplace. Millions of consumers have been exposed

to the mark MONTBLANC through advertising campaigns, in mainstream and fashion magazines and other periodicals, as depicted on television and in motion pictures, on the Internet, and in other forms of unsolicited media coverage. Montblanc also produces special editions of its products associated with celebrities such as Ingrid Bergman and John Lennon.  As a result, Plaintiff's mark MONTBLANC is a widely-recognized trademark in the United States, and popular with consumers, which add enormous value to the officially manufactured fountain pens, writing instruments, watches, jewelry and leather goods that bear Plaintiff's mark MONTBLANC.

72.    Plaintiff Montblanc has long distributed its products under the mark MONTBLANC to its boutiques and authorized retailers in the United States.

73.    Plaintiff Montblanc is the owner of the right, title, and interest in and to, *inter alia*, the following trademarks and/or service marks that are  federally registered , collectively referred to as the "Montblanc Marks":

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| MONTBLANC | 776,208 | 16 | Fountain pens, cases for fountain pens, ball point pens, ball point cartridges, ball point paste, mechanical pencils, lead for mechanical pencils |
| MONTBLANC | 1,884,842 | 14, 18 | **14:** jewelry; watches and time pieces<br><br>**18:** purses, handbags, small leather articles and accessories, namely wallets and billfolds, and luggage |
| MONTBLANC | 2,820,561 | 37, 42 | **37:** maintenance and repair of writing instruments and accessories for writing instruments<br><br>**42:** retail store services for luxury items, namely, stationery, desk sets, jewelry, watches, eyewear, leather goods, writing instruments and parts and fittings therefor; design services for others for luxury items, namely, stationery, leather goods, writing instruments and parts and |

**FIRST AMENDED COMPLAINT**

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| | | | fittings therefor |
| MONTBLANC | 2,415,189 | 25 | Clothing accessories, namely, dress belts made of leather with belt buckles of precious and semi-precious metals distributed in channels of commerce where luxury articles are sold and promoted |
| MONT BLANC | 2,515,092 | 16 | Stationery, namely, envelopes, writing paper, writing cards |
| MONT BLANC | 3,059,776 | 6, 8, 9, 21, 25, | **6:** money clips, key rings, knife handles, all being made of metal<br><br>**8:** pocket-knives, razors; cases for pocket knives, cases for razors<br><br>**9:** graduated rulers, barometers<br><br>**21:** drinking flasks not of precious metal; serving trays, butlers trays, cups, all being not of precious metal; shaving brushes, shaving brush stand<br><br>**25:** clothing accessories, namely, neckties, scarves and shawls distributed in channels of commerce where luxury articles are sold and promoted |
| MONTBLANC NIGHTFLIGHT | 3,251,925 | 18 | Leather and imitation leather and goods made of these materials, namely, wallets, purses, credit card holders, briefcases, attaché cases, handbags, pouches and bags made of leather, travelling bags, key cases, backpacks, leather bands and shoulder straps for handbags and luggage, boxes made of leather; small leather goods, namely, name card cases, vanity cases sold empty, suitcases and school bags |
| MONTBLANC | 2,717,140 | 14 | Watches, clocks |

WAI-3015917v3

**FIRST AMENDED COMPLAINT**

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| PROFILE | | | |
| MONTBLANC SUMMIT | 2,738,532 | 14 | Watches and chronometers |
|  | 839,016 | 2, 16 | **2**: fountain pen ink<br>**16**: fountain pens, cases for fountain pens, ball point pens, ball point cartridges, mechanical pencils, lead for mechanical pencils, desk stands for pens |
|  | 1,878,584 | 14, 18 | **14**: jewelry; watches and timepieces<br>**18**: purses, handbags, small leather articles and accessories, namely wallets and billfolds, and luggage |
|  | 2,346,953 | 25 | Accessories for clothing, namely belts |
| SOLITAIRE | 1,347,728 | 16 | Writing instruments-namely, pens |
|  | 1,891,033 | 16 | Writing instruments; namely, pens and pencils |
|  | 1,723,665 | 16 | Writing instruments; namely, pens and pencils |
| BLACK MYSTERY | 3,752,471 | 16 | Writing instruments, in particular fountain pens, ball-point pens, pencils, felt-tip pens, document markers, pouches for writing instrument, gift cases for writing instruments, writing instrument inks and refills, stationery, diaries, paperweights, desk sets, desk stands for writing instruments and office implements, pen and pencil holders and |

36

**FIRST AMENDED COMPLAINT**

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| | | | parts and fittings for all the aforesaid goods |
| BOHÉME | 2,688,023 | 14, 16 | **14:** jewelry articles, namely, jewelry clips, brooches, pins, earrings, ear studs, rings, bracelets, chains, necklaces<br><br>**16:** Writing instruments, namely, fountain pens, ball-point pens, pencils, felt-tip pens; fountain pen ink cartridges and writing ink; ballpoint pen refills, felt tip pen refills |
| ETOILE DE MONTBLANC | 3,606,193 | 16 | Writing utensils, namely, fountain pens, ballpoint pens, pencils, felt-tipped pens, roller ball pens, and text markers; pouches for writing utensils; gift cases for writing utensils; inks and cartridges, namely, writing inks, pen ink refills, and pen ink cartridges; stationery, diaries, paperweights, desk sets; holders for writing and office utensils, namely, pen holders, pencil holders, and holders for desk accessories; and structural parts for all aforesaid goods included in this class |
| ETOILE SECRETE | 3,454,035 | 14 | Cufflinks; tiepins; jewelry, including rings, bracelets, earrings, necklaces, and brooches; wristwatches; chronometers; clocks and alarm clocks; watch straps; jewelry boxes and watch boxes made of precious metal for storing watches and jewellery |
| LA DAME BLANCHE | 3,366,186 | 14 | Watches and clocks; timekeepers, namely, chronometers; and jeweller's wares, namely, jewellery, and precious stones |
| LADYSTAR | 3,127,144 | 18 | Wallets, identity card and credit card cases, purses, briefcases, attaché cases; handbags, rucksacks, suitcases, travelling bags, walking sticks, whips, harness for horses, saddlery |
| LEONARDO | 2,875,587 | 16 | Pencils |

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| MAGIE EN BLANC ET NOIR | 3,453,962 | 14 | Watches and clocks; timekeepers, namely, chronometers; and jeweller's wares, namely, jewellery, and precious stones |
| MEISTERSTUCK | 1,324,392 | 16 | Fountain pens, ballpoint pens and mechanical pencils including sets thereof, all made partially with precious metals and sold in specialty stores |
| SIGNATURE FOR GOOD | 3,933,739 | 16, 18 | **16:** writing instruments, including fountain pens, ball-point pens, pencils, felt-tip pens, roller ball pens, document markers; pouches for writing instrument; gift boxes for writing instruments; writing inks and pen ink refills for writing instruments; stationery; diaries; paperweights; desk sets; desk stands in the nature of holders for writing instruments and office implements; pen and pencil holders; and parts and fittings for all of the aforesaid goods, namely, fountain pen nibs, pen and pencil clips, pen and pencil bodies, and pen and pencil caps<br><br>**18:** wallets, purses, credit card holders, pouches of leather, pouches for holding make-up, travel documents, business papers, monies, and keys and other personal items; briefcases, attaché cases, handbags, travelling bags and all purpose carrying bags |
| STARISMA | 2,788,900 | 18 | Wallets, purses, credit card holders, briefcases, attache-cases, handbags, pouches of leather, travelling bags |
| STARWALKER | 2,759,073 | 16 | Fountain pens, ball-point pens, pencils, felt-tip pens, rollerballs, gift cases for writing instruments |
| ▬▬▬▬▬ | 3,659,753 | 16 | Writing instruments, namely, pens |

| Mark | Reg. No. | Int'l Class | Goods |
|------|----------|-------------|-------|
|  | 2,975,592 | 16 | Writing instruments |

74.     Attached hereto as collective Exhibit 4 are true and correct copies of the United States Patent and Trademark Office certificates of registration listed above that, in accordance with §§ 7(b) and 22 of the Federal Trademark Act, 15 U.S.C. §§ 7(b) and 1072, constitute constructive notice of Plaintiff's ownership of these trademarks.  All of the registrations set forth in Exhibit 4 are valid, subsisting, and owned by Plaintiff.

75.     Registration Nos. 776,208, 1,884,842, 2,820,561, 2,415,189, 2,515,092, 2,717,140, 2,738,532, 839,016, 1,878,584, 2,346,953, 1,891,033,  1,723,665, 2,688,023, 2,875,587, 1,324,392, 2,788,900, and 2,759,073 have achieved incontestable status and accordingly are conclusive evidence of the validity of and Plaintiff's exclusive right to use the marks shown therein in commerce as provided by §§ 15 and 33(b) of the Federal Trademark Act, 15 U.S.C. §§ 1065 and 1115(b), respectively.

76.     Plaintiff Montblanc also owns common law rights in the above-identified marks for use in connection with same goods.

77.     Plaintiff is also the owner of the trade name "MONTBLANC," under which it has offered for sale, promoted, and advertised Plaintiff's products in the United States.

78.     California is the top ranked state in the United States for Montblanc brand sales, and Los Angeles ranks seventh in sales for the Montblanc brand out of all the cities in the United States.  Sales in California are through six Montblanc boutiques located in Los Angeles, Beverly Hills, San Diego, San Francisco, Santa Clara, and Costa Mesa as well as over 90 authorized retailers of Montblanc

1  products, the largest number of any state in the United States. Consumers in
2  California can also purchase Montblanc brand products through the brand's website
3  at www.montblanc.com/shop.

4       79.   For fiscal year 2010-2011, sales of Montblanc brand products in the
5  United States exceeded $70 million, with over $10 million in sales in California,
6  and over $2 million in sales in Los Angeles.

7       80.   Plaintiff's extensive and continuous use of the mark MONTBLANC
8  has enabled Plaintiff to achieve fame and celebrity in the writing instrument market
9  and in connection with watches, jewelry and leather goods in California, the United
10  States and throughout the world. Plaintiff's reputation and association of the
11  MONTBLANC brand with perfection, achievement and quality is a direct result of
12  Plaintiff's high quality standards, and extensive advertising and promotion. Indeed,
13  Plaintiff has experienced extensive sales and fame as a result of the popularity of a
14  number of highly sought-after writing instruments, including but not limited to the
15  "MEISTERSTÜCK" style MONTBLANC fountain pen that is enormously popular
16  with the consuming public.

17       81.   Based on the extensive sales and wide popularity of Plaintiff
18  Montblanc's writing instruments, watches, jewelry, and leather goods with
19  celebrities and the consuming public, the mark MONTBLANC has developed
20  significance in the minds of the relevant purchasing public, and the products
21  bearing the MONTBLANC mark are singularly associated with and identified by
22  the purchasing public as originating with Plaintiff.

23  ## THE CARTIER BUSINESS AND MARKS

24       82.   The Cartier brand dates back to 1859 and is well-known for high
25  quality and expertly crafted artistic jewelry. The well-known CARTIER brand
26  includes such famous marks as Trinity and Love Bracelet. The original,
27  provocative Love Bracelet, created in the 1970's, could only be opened with a tiny
28  screwdriver and has become a piece of cult jewelry for modern day lovers.

83.    The Cartier Collection, containing more than 1,360 pieces illustrating the changes in design styles and techniques in Cartier's creations and reflecting the historical and stylistic importance of Cartier's jewelry has been displayed in major retrospectives at internationally renowned museums, such as the Petit Palais in Paris, the Museum of Hermitage in St Petersbourg, the Metropolitan Museum of Art in New York, the Bristish Museum in London, and the Legion of Honor, Fine Arts Museums of San Francisco.

84.    Jewelry, watches, leather goods, writing instruments and accessories bearing the mark CARTIER have come to be well-known by the purchasing public throughout the United States and worldwide as products of high technical quality exclusively originating from Plaintiff Cartier.

85.    Over the years, millions of consumers have been exposed to the mark CARTIER through advertising campaigns, in mainstream and fashion magazines and other periodicals, as depicted on television and in motion pictures, on the Internet, and in other forms of unsolicited media coverage.

86.    Legendary Hollywood actress Gloria Swanson appeared in the motion picture Sunset Boulevard wearing CARTIER bracelets.  Cartier loaned its Art Deco jewelry collection to the filming of The Great Gatsby starring Robert Redford and Mia Farrow.  Cartier jewelry has also been featured in popular television series including Gossip Girl and HBO's Entourage series.  Actresses such as Renée Zellweger, Helen Mirren, Amy Adams and Jessica Alba have highlighted Cartier jewelry as part of their ensembles for the Oscars.  Kate Middleton wore the Cartier "halo" tiara for her wedding to Prince William.

87.    In June 2003, the City of New York officially renamed the intersection of Fifth Avenue and 52nd Street, the location of Cartier's New York landmark boutique since 1917, "Place de Cartier".  In 2009, Cartier celebrated its 100 year anniversary in America with a star-studded gala at the New York boutique which featured photographs from famed photographer Bruce Weber's book "Cartier, I

Love You," and with guests including Elton John, Anne Hathaway, Justin Timberlake, and Demi Moore.

88.   As a result, Plaintiff's mark CARTIER is a widely-recognized trademark in the United States, and popular with consumers, which add enormous value to the officially manufactured and authorized jewelry, watches, leather goods, writing instruments and accessories that bear Plaintiff's luxury mark CARTIER.

89.   Plaintiff Cartier has long distributed its jewelry, watches, leather goods, writing instruments and accessories under the mark CARTIER only through authorized retailers in the United States.

90.   Plaintiff Cartier is the owner of the right, title, and interest in and to, *inter alia*, the following trademarks and/or service marks that are federally registered, collectively referred to as the "Cartier Marks":

| Mark | Reg. No. | Int'l Class | Goods |
|------|----------|-------------|-------|
| CARTIER | 759,201 | 14 | Watches and clocks |
| CARTIER | 759,202 | 14 | Articles of jewelry for personal wear, not including watches; and the following goods of solid or plated silverware-namely, table flatware and hollow-ware, toilet articles, candelabra, bonbon-cases, jewelry cases, ((crosses, rosaries, ))and buckles |
| CARTIER | 414,435 | 18 | Combination pocketbooks and shopping bags, wallets, billfolds, key cases, card cases, leather clock cases, traveling cases, and overnight bags, both fitted and unfitted |
| CARTIER | 414,604 | 16 | Writing and letter paper-namely, letterheads, correspondence cards, envelopes with and without return address, envelope openers, ink stands, desk sets,, desk pads, desk calendars, address books, writing cases, memorandum books, pads, |

WAI-3015917v3

**FIRST AMENDED COMPLAINT**

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| | | | and fountain pens |
| CARTIER | 758,858 | 16 | Lead-pencils, magazine lead-pencils and pen holders |
| *Cartier* | 3,832,004 | 18 | Leather and imitation leather goods, namely, suitcases, traveling bags, briefcases, wallets, change purses, clutch bags, handbags, chests in the nature of luggage and suitcases, sets of traveling bags, trunks and suitcases, skins; umbrellas; small leather bags in the nature of sleeves and pouches for merchandise packaging |
| *Cartier* | 2,801,764 | 16 | Books and magazines in the field of applied arts, art, horology, jewelry |
| CALIBRE DE CARTIER | 3,864,499 | 14 | Cuff-links, tie clips, rings, bracelets, earrings, necklaces, brooches being jewellery, key rings of precious metal or coated therewith; watches, chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and jewellery |
| ROTONDE DE CARTIER | 3,418,630 | 14 | Cuff-links, tie clips, rings, bracelets, earrings, necklaces, brooches; watches, chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and jewellery |
| AGRAFE | 2,699,360 | 14 | Jewelry |
| ASTROTOURBILLON | 3,953,567 | 14 | Watches, chronometers, clocks; watchbands, cases of precious metal for watches; all the aforesaid goods of Swiss origin |
| BAIGNOIRE | 2,092,409 | 14 | Jewelry, precious stones, watches and clocks |

43

**FIRST AMENDED COMPLAINT**

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| BALLERINE | 3,059,210 | 14 | Timepieces and jewelry products, particularly cuff links, tie clips, rings, bracelets, earrings, necklaces, brooches; watches, chronometers, clocks, watchbands, boxes of precious metal for watches and jewelry |
| BALLON BLEU | 3,476,888 | 14, 16, 18, 25 | **14:** Goods in precious metals and coated therewith, namely, cuff-links, tie clips, rings being jewelry, bracelets, earrings, necklaces, brooches; watches, chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and jewellery<br><br>**16:** Pens, fountain pens, ball-point pens, pencils, mechanical pencils, felt-tip pens, rollerball pens, document markers, writing brushes; sealing waxes; pouches, cases and boxes for writing instruments; inks for writing instruments and ink refills for writing instruments; note paper, writing paper, note pads, memo pads; name cards, envelopes, diaries; calendars; paperweights, erasers, pencil sharpeners, paper knives, pen and pencil holders; paintings, engravings<br><br>**18:** Leatherware, namely, briefcases, travelling sets in the nature of sets of suitcases and travelling bags, vanity cases sold empty, key cases; goods made of leather and imitations of leather, not included in other classes, namely, attaché cases, wallets, handbags, backpacks, travelling bags, wheeled tote bags, trunks, suitcases, purses not of precious metal, credit and business card cases, pouches; bands of leather in the nature of leather straps for use with bags; umbrellas, parasols, walking sticks, whips and saddlery<br><br>**25:** Clothing, namely, bathing suits, coats, cummerbunds, dressing gowns, fur coats and stoles, hosiery, |

44

**FIRST AMENDED COMPLAINT**

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| | | | jackets, pullovers, pajamas, robes, shirts, skirts, suits, sweaters, trousers, underwear, belts, braces in the nature of suspenders, gloves, mufflers, sashes for wear, scarves, shawls, suspenders, ties, bow ties; boots, shoes and slippers, caps and hats |
| CABOCHON | 3,032,397 | 18 | Goods made of leather or imitation leather, not included in other classes particularly document cases, wallets, handbags, back packs, traveling bags, suitcases, trunks, and carrying cases for a wide variety of goods; saddlery |
| DIAMANTS LEGERS | 3,814,704 | 14 | Cuff-links, tie clips, rings, bracelets, earrings, necklaces, brooches being jewellery, key rings, watches, chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and jewellery, with all of the aforementioned goods featuring and/or incorporating diamonds |
|  | 2,322,769 | 14 | Watches |
|  | 2,436,100 | 14 | Watches |
| HAPPY BIRTHDAY | 2,247,421 | 18 | Leather goods, namely, handbags, and travelling bags |
| HAPPY BIRTHDAY | 2,666,131 | 14 | Rings, clocks |
| HAPPY BIRTHDAY | 3,418,755 | 16 | Pens, fountain pens, ball-point pens, pencils, mechanical pencils, felt-tip pens, rollerballs, pouches, cases and boxes for writing instruments; note |

WAI-3015917v3

**FIRST AMENDED COMPLAINT**

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| | | | paper, note pads, memo pads, diaries; paperweights, paper knives, pens and pencil holders |
| HIMALIA | 2,934,297 | 14 | Cuff-links, rings, bracelets, earrings, necklaces, brooches; chronometers, watches and clocks |
| INDE MYSTERIEUSE | 3,708,882 | 14 | Goods of precious metals or coated therewith, namely, cuff-links, key rings, tie clips, and jewelry, including rings, bracelets, earrings, necklaces, and brooches; watches, chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and jewellery |
| L'OFFICIER | 3,906,980 | 18 | Leatherwear, namely, briefcases, traveling sets comprising luggage, unfitted vanity cases, key cases, goods made of leather and imitations of leather not included in other classes, namely, attaché-cases, wallets, handbags, shopping bags, belt bags, backpacks, travelling bags, wheeled bags, trunks, suitcases, purses not of precious metal, card cases, pouches of leather; bands of leather, umbrellas, parasols, walking sticks, whips and saddlery |
| LE CIRQUE ANIMALIER | 3,537,349 | 14 | Cuff-links, tie clips, rings, bracelets, earrings, necklaces, brooches; key rings of precious metal; watches, chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and jewellery |
| L⊖V⊖ | 3,637,776 | 14, 16, 18, 25 | 14: Goods of precious metals and coated therewith, namely, cuff-links, tie clips, rings, bracelets, earrings, necklaces, brooches, and key rings; watches, chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and jewelry  16: Money clips, pens, fountain |

WAI-3015917v3

FIRST AMENDED COMPLAINT

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| | | | pens, ball-point pens, pencils, mechanical pencils, felt-tip pens, roller ball pens, document markers, pouches, cases and boxes for writing instruments, writing inks and pen ink refills, diaries, calendars, paperweights, paper knives, pen and pencil holders<br><br>**18:** Leatherware, namely, briefcases, traveling luggage sets, unfitted vanity cases, and key cases, goods made of leather and imitations of leather, namely, attache-cases, wallets, handbags, backpacks, traveling bags, wheeled bags, trunks, suitcases, purses, name card cases, credit card cases, and pouches; umbrellas<br><br>**25:** Clothing, namely, bathing suits, coats, cummerbunds, dressing gowns, fur coats, hosiery, jackets, pullovers, pyjamas, robes, shirts, skirts, suits, sweaters, trousers, underwear, belts, braces, gloves, mufflers, scarves, shawls, ties, bow ties, boots, shoes, slippers, caps, and hats |
| LOVE BRACELET | 1,005,286 | 14 | Jewelry-namely, bracelets |
| Love Bracelet Design <br>  | 3,776,794 | 14 | Jewelry, namely, rings, bracelets, charms, earrings, made of precious metals |
|  | 3,898,366 | 14 | Horologic and chronometric instruments, namely, watches |

WAI-3015917v3

**FIRST AMENDED COMPLAINT**

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| Pasha de Cartier | 3,557,455 | 14 | Jewelry and horological instruments |
| PASHA SEATIMER | 3,318,649 | 14 | Cuff-links, tie clips, rings, bracelets, earrings, necklaces, brooches; watches, chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and jewellery |
|  | 3,211,038 | 14 | Horologic and chronometric instruments, namely, watches |
|  | 3,208,458 | 14 | Horologic and chronometric instruments, namely, watches |
| SUPERSTITIONS | 3,956,751 | 14 | Cuff-links, tie clips, rings, bracelets, earrings, necklaces, brooches, jewellery, key rings of precious metal, watches, chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and jewellery |
|  | 3,282,739 | 14 | Horologic and chronometric instruments, namely, watches |
|  | 3,282,847 | 14 | Horologic and chronometric instruments, namely, watches |

WAI-3015917v3

48

FIRST AMENDED COMPLAINT

| Mark | Reg. No. | Int'l Class | Goods |
|------|----------|-------------|-------|
| TRINITY | 1,927,987 | 14 | Jewelry made of precious metal or coated therewith |
| YOU'RE MINE | 3,133,225 | 14 | Cuff links, tie pins, rings, bracelets, earrings, necklaces, brooches; watches, chronometers, pendulum clocks, watchstraps, boxes of precious metal for watches and jewellery |

91.     Attached hereto as collective Exhibit 5 are true and correct copies of

the United States Patent and Trademark Office certificates of registration listed

above that, in accordance with §§ 7(b) and 22 of the Federal Trademark Act, 15

U.S.C. §§ 7(b) and 1072, constitute constructive notice of Plaintiff's ownership of

these trademarks.  All of the registrations set forth in Exhibit 5 are valid, subsisting,

and owned by Plaintiff.

92.     Registration Nos. 759,201, 759,202, 414,435, 414,604, 758,858,

2,801,764,  2,699,360, 2,092,409, 2,322,769,  2,436,100, 2,247,421, 2,666,131,

1,005,286 and 1,927,987  have achieved incontestable status and accordingly are

conclusive evidence of the validity of and Plaintiff's exclusive right to use the

marks shown therein in commerce as provided by §§ 15 and 33(b) of the Federal

Trademark Act, 15 U.S.C. §§ 1065 and 1115(b), respectively.

93.     Plaintiff Cartier also owns common law rights in the above-identified

marks for use in connection with same goods.

94.     Plaintiff is also the owner of the trade name "CARTIER," under which

it has offered for sale, promoted, and advertised Plaintiff's products in the United

States.

95.     California is the second ranked state in the United States for Cartier

brand sales, and Los Angeles ranks second in sales for the Cartier brand out of all

the cites in the United States.  Sales in California are through six Cartier boutiques