1   MARK A. FINKELSTEIN (State Bar No. 173851)
    mafinkelstein@jonesday.com
2   JONES DAY
    3161 MICHELSON DRIVE, SUITE 800
3   IRVINE, CA 92612-4408
    949.851.3939
4   949.553.7539 (Facsimile)

5   SUSAN M. KAYSER (admitted *pro hac vice*)
    skayser@jonesday.com
6   JESSICA D. BRADLEY (admitted *pro hac vice*)
    jbradley@jonesday.com
7   JONES DAY
    51 LOUISIANA AVE, NW
8   WASHINGTON, DC 20001
    202.879.3939
9   202.626.1700 (Facsimile)

10  Attorneys for Plaintiffs Chloé SAS, Alfred Dunhill Limited, Officine Panerai AG,
    Montblanc-Simplo GmbH, Cartier International A.G., and Lange Uhren GmbH

11

12              **UNITED STATES DISTRICT COURT**

13       **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

14  CHLOE SAS, a French Corporation,  |  Case No. 11-cv-4147 GAF (MANx)
    et al.,
15

16             Plaintiffs,            |  **ORDER FOR DEFAULT JUDGMENT
                                         AND PERMANENT INJUNCTION
17  vs.                                  AGAINST DEFENDANTS CCTRUE
                                         INTERNATIONAL TRADE CO., LTD.,
18  SAWABEH INFORMATION                  FANCYSALER TRADING CO., FUZHOU
    SERVICES CO.(d/b/a "SISCOM",         SUNSHINE TRADE CO., LTD.,
19  tradekey.com, saudicommerce.com,     HENGTAI INTERNATIONAL, KK
    and b2bfreezone.com), et al.,        FASHION LOVE ZONE, LOVE IN
20                                       APPAREL TRADE CO., LTD., MELCHIC
                                         INTERNATIONAL TRADE CO, LTD.,
21             Defendants.               MYSTOCKWATCH CO., LTD., SEVEN
                                         STAR REPLICASS, SHANGHAI
22                                       TAOLAN INTERNATIONAL TRADE
                                         LIMITED COMPANY, SINOESTAR CO.,
23                                       LTD, V52 INTERNATIONAL TRADE
                                         CO., LTD., WIN-WIN TRADE CO., LTD.,
24                                       WWW.ECWATCH.NET, EUROMED
                                         INTERNATIONAL TRADING CO.,
25                                       LIMITED, ORIENT-ONLINE CO. LTD.,
                                         RICHEN-ONLINE CO., LTD, AND WIN
26                                       INTERNATIONAL TRADE; EXHIBIT 1**

27                                    **FILED UNDER SEAL**

28

                                            NOTICE OF LODGING
                                            Case No. 11-cv-4147 GAF (MANx)

1  MARK A. FINKELSTEIN (State Bar No. 173851)
   mafinkelstein@jonesday.com
2  JONES DAY
   3161 MICHELSON DRIVE, SUITE 800
3  IRVINE, CA 92612-4408
   949.851.3939
4  949.553.7539 (Facsimile)

5  SUSAN M. KAYSER (admitted *pro hac vice*)
   skayser@jonesday.com
6  JESSICA D. BRADLEY (admitted *pro hac vice*)
   jbradley@jonesday.com
7  JONES DAY
   51 LOUISIANA AVE, NW
8  WASHINGTON, DC 20001
   202.879.3939
9  202.626.1700 (Facsimile)

10  Attorneys for Plaintiffs Chloé SAS, Alfred Dunhill Limited, Officine Panerai AG,
    Montblanc-Simplo GmbH, Cartier International A.G., and Lange Uhren GmbH
11

12              **UNITED STATES DISTRICT COURT**
              **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
13

14  CHLOE SAS, a French Corporation,   Case No. 11-cv-4147 GAF (MANx)
    et al.,
15                                     **ORDER FOR DEFAULT**
                Plaintiffs,            **JUDGMENT AND PERMANENT**
16                                     **INJUNCTION AGAINST DEFENDANTS**
    vs.                                **CCTRUE INTERNATIONAL TRADE**
17                                     **CO., LTD., FANCYSALER TRADING**
    SAWABEH INFORMATION               **CO., FUZHOU SUNSHINE TRADE CO.,**
18  SERVICES CO.(d/b/a "SISCOM",       **LTD., HENGTAI INTERNATIONAL,**
    tradekey.com, saudicommerce.com,   **KK FASHION LOVE ZONE, LOVE IN**
19  and b2bfreezone.com), et al.,      **APPAREL TRADE CO., LTD.,**
                                       **MELCHIC INTERNATIONAL TRADE**
20                                     **CO, LTD., MYSTOCKWATCH CO.,**
                Defendants             **LTD., SEVEN STAR REPLICASS,**
21                                     **SHANGHAI TAOLAN**
                                       **INTERNATIONAL TRADE LIMITED**
22                                     **COMPANY, SINOESTAR CO., LTD, V52**
                                       **INTERNATIONAL TRADE CO., LTD.,**
23                                     **WIN-WIN TRADE CO., LTD.,**
                                       **WWW.ECWATCH.NET, EUROMED**
24                                     **INTERNATIONAL TRADING CO.,**
                                       **LIMITED, ORIENT-ONLINE CO. LTD.,**
25                                     **RICHEN-ONLINE CO., LTD, AND WIN**
                                       **INTERNATIONAL TRADE; EXHIBIT 1**
26
                                       **FILED UNDER SEAL**
27

28
                                       PROPOSED] ORDER FOR DEFAULT JUDGMENT
                                       AND PERMANENT INJUNCTION
                                       Case No. 11-cv-4147 GAF (MANx)

1   After consideration of Plaintiffs' Motion for Default Judgment, the

2   Memorandum of Points and Authorities in support thereof, the Declaration of Susan

3   M. Kayser and exhibits attached thereto, and the pleadings, files and records of this

4   matter, the Court issues the following Order for Default Judgment and Permanent

5   Injunction.

6   **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that

7   Judgment be entered for the Plaintiffs Chloé SAS, Alfred Dunhill Limited, Officine

8   Panerai AG, Montblanc-Simplo GmbH, Cartier International A.G. and Lange

9   Uhren GmbH on each of their claims for relief.

10   **IT IS FURTHER ORDERED** that:

11   (a)   the Defaulting Defendants, their officers, agents, servants, employees, and

12   attorneys, and all other persons acting in concert and participation with any of them,

13   including but not limited to Internet Service Providers ("ISPs"), and any successor

14   in interest or future owners of the Defaulting Defendants, who receive actual notice

15   of this Order, are restrained and enjoined from:

16   (1)   using any of Plaintiffs' Marks,[1] or any colorable imitation thereof or

17   any mark confusingly similar thereto or likely to dilute by blurring and/or

18   tarnishing any of Plaintiffs' Marks, or counterfeit reproductions thereof, in

19   advertising, marketing, promoting, selling, offering for sale, designing, creating,

20   manufacturing, distributing, delivering, shipping, importing, or exporting any goods

21   or services or facilitating, inducing, or assisting any of the activity set forth above;

22   (2)   using any of Plaintiffs' Marks, or any colorable imitation thereof or

23   any mark confusingly similar thereto or likely to dilute by blurring and/or

24   tarnishing any of Plaintiffs' Marks, or counterfeit reproductions thereof, in any text

25   or content including, without limitation, as or part of keywords; mobile application

26   or optimization; applications (apps); metatags; metadata; creating, buying or selling

27   ─────────────────────

28   [1] *See* Exhibit 1 attached hereto and incorporated herein.

1   of links; blogs; on-line postings; domain names; forums; social media; or otherwise

2   in any way that directs customers to Defaulting Defendants or Defaulting

3   Defendants' web sites including search engine optimization; or in any way that

4   constitutes or leads to advertising or optimizing;

5        (3)    operating or hosting any websites used by the Defaulting Defendants

6   to sell or offer to sell goods using any of Plaintiffs' Marks or any colorable

7   imitation thereof or any mark confusingly similar thereto or likely to dilute by

8   blurring and/or tarnishing any of Plaintiffs' Marks, or counterfeit reproductions

9   thereof;

10        (4)    making or employing any other use of Plaintiffs' Marks, or any

11   colorable imitation thereof or any mark confusingly similar thereto or likely to

12   dilute by blurring and/or tarnishing any of Plaintiffs' Marks, or counterfeit

13   reproductions thereof;

14        (5)    using any false designation of origin, false description or

15   representation, or any other thing calculated or likely to cause confusion or mistake

16   in the mind of the trade or public or to deceive the trade or public into believing that

17   the Defaulting Defendants' activities, including the sale of goods bearing

18   counterfeit Plaintiffs' Marks, are in any way sponsored, licensed, endorsed,

19   authorized, affiliated, or connected with and/or originated from Plaintiffs;

20        (6)    doing any other acts or things calculated or likely to cause confusion

21   or mistake in the mind of the public or to lead purchasers, consumers, or investors

22   into the belief that the products or services promoted, offered, or sponsored by

23   Defaulting Defendants emanate from or originate with Plaintiffs or their licensees,

24   or are somehow sponsored, licensed, endorsed, authorized, affiliated, or connected

25   with Plaintiffs and/or originate from Plaintiffs;

26        (7)    secreting, destroying, altering, removing, deleting any electronic

27   copies, or otherwise dealing with the unauthorized products or offers to sell or

28   means of making such marks and products, or any books, documentation or records

1   thereto (electronic or otherwise) which contain any information relating to selling,

2   marketing, offering for sale, advertising, promoting, displaying, designing, creating,

3   importing, manufacturing, producing, distributing, or circulating of all unauthorized

4   products which infringe Plaintiffs' marks;

5          (8)    otherwise competing unfairly with Plaintiffs or any of their authorized

6   retailers or dealers in any manner; and

7          (9)    facilitating, inducing, assisting, aiding, abetting, or supplying the

8   means for any other person or business entity to engage in or perform any of the

9   activities referred to in the above subparagraphs (1) through (8), or effecting any

10  assignments or transfers, forming new entities or associations or utilizing any other

11  device for the purpose of circumventing or otherwise avoiding the prohibitions set

12  forth in subparagraphs (1) through (8).

13  **IT IS FURTHER ORDERED** that:

14  (b)    The following domain names:

15      www.cctrue.com;

16      www.fancysaler.com;

17      www.sweetywoman.com;

18      www.watches138.com;

19      www.melchic.com;

20      www.fumingapparel.com;

21      www.v52trade.com;

22      www.51winwintrade.com;

23      www.ecwatch.net;

24      www.goecwatch.net;

25      www.winfashionbiz.com;

26      www.goec5.com;

27      www.gowatch321.com;

28      www.hrywide.com ("Subject Domain Names"); and

1      (1)    any other domain name registered by or on behalf of the Defaulting

2   Defendants for the purpose of evading this Order shall be canceled by the Registry

3   and/or Registrar or, at Plaintiffs' election, transferred to one of the Plaintiffs;

4      (2)    In accordance with this Court's inherent equitable powers and its

5   power to coerce compliance with its lawful orders, and due to Defaulting

6   Defendants' ongoing counterfeiting activities:

7        (a)    As Plaintiffs discover new domain names, registered by

8   Defaulting Defendants, containing Plaintiffs' Marks or marks confusingly

9   similar thereto, and/or used in conjunction with the sale of counterfeit goods

10   (whether or not the newly-detected domains contain Plaintiffs' Marks or

11   marks confusingly similar thereto) ("Newly-Detected Domains"), Plaintiffs

12   shall have the ongoing authority to provide notice of this Order for Default

13   Judgment and Permanent Injunction on the domain name registries and/or the

14   individual registrars holding and/or listing one or more of the Newly-

15   Detected Domains; and

16        (b)    The domain name registries and/or the individual registrars

17   holding and/or listing one or more of the Newly-Detected Domains, within

18   two (2) days after having been provided notice shall temporarily disable any

19   Newly Detected Domains and make them inactive and untransferable; and

20        (c)    Within two (2) days after any Newly-Detected Domains are

21   disabled, Plaintiffs shall serve this Order for Default Judgment and

22   Permanent Injunction by email or other reasonable means to the contact

23   information associated with that domain name in the WhoIs database,

24   containing a notification that the Newly-Detected Domains have been

25   disabled pursuant to this Order for Default Judgment and Permanent

26   Injunction; and

27        (d)    After ten (10) business days following the service of this Order

28   for Default Judgment and Permanent Injunction, the registries and/or the

1  individual registrars shall transfer the Newly Detected Domains to the
2  ownership and control of Plaintiffs, through the registrar of Plaintiffs'
3  choosing, unless Plaintiffs request that such Newly Detected Domains be
4  released rather than transferred or the registries and/or the individual
5  registrars file a motion with this Court objecting to such transfer.

6      (3)    In accordance with this Court's inherent equitable powers and its
7  power to coerce compliance with its lawful orders, and due to Defaulting
8  Defendants' ongoing proliferation of web sites for operation of their counterfeiting
9  activities:

10      (a)    As Plaintiffs discover new counterfeiting websites operated by
11  Defaulting Defendants, Plaintiffs shall have the ongoing authority to provide
12  notice of this Order for Default Judgment and Permanent Injunction on any
13  third party providing services in connection with any Defaulting Defendant
14  and/or Defaulting Defendants' web sites, including without limitation ISPs,
15  back-end service providers, web designers, sponsored search engine or ad-
16  word providers, payment providers and any parties delegating IP addresses
17  ("Internet Providers"); and

18      (b)    The Internet Providers shall within two (2) days discontinue all
19  services for Defaulting Defendants' website(s).

20      (4)    Ecommerce and auction websites having notice of this Order for
21  Default Judgment and Permanent Injunction permanently delete and remove any
22  and all accounts and listings associated with Defaulting Defendants.

23      **IT IS FURTHER ORDERED** that:

24  (c)    Defaulting Defendants are directed to:

25      (1)    permanently delete, remove and recall from all web sites, blogs, online
26  auctions, stores, shops, markets, outlets, catalogues, or other channels of commerce
27  (and all of the foregoing applying to electronic forms in addition to brick and
28  mortar or paper), any listings for goods bearing Plaintiffs' Marks, or replicas/copies

1  of goods bearing Plaintiffs' Marks, or that otherwise bear, contain, display, or

2  utilize Plaintiffs' Marks, or any mark confusingly similar thereto, or likely to dilute

3  by blurring and/or tarnishing any of Plaintiffs' Marks, or counterfeit reproductions

4  thereof;

5       (2)   in accordance with § 36 of the Federal Trademark Act, 15 U.S.C.

6  § 1118, deliver up for destruction all counterfeit goods that bear Plaintiffs' Marks,

7  and/or any replicas/copies of goods bearing Plaintiffs' Marks, or that otherwise bear,

8  contain, display, or utilize Plaintiffs' Marks, or any mark confusingly similar

9  thereto, or likely to dilute by blurring and/or tarnishing any of Plaintiffs' Marks, or

10  counterfeit reproductions thereof, that are in Defaulting Defendants' possession,

11  custody, or control and all means of making the same;

12       (3)   in accordance with § 36 of the Federal Trademark Act, 15 U.S.C.

13  § 1118, deliver up for destruction any and all guarantees, circulars, price lists, labels,

14  signs, prints, packages, wrappers, receptacles, advertising and promotional matter,

15  electronic files, and other materials in the possession or control of Defaulting

16  Defendants (and all of the foregoing applying to electronic files and copies in

17  addition to paper copies) bearing Plaintiffs' Marks, or any mark confusingly similar

18  thereto, or likely to dilute by blurring and/or tarnishing any of Plaintiffs' Marks, or

19  counterfeit reproductions thereof;

20      **IT IS FURTHER ORDERED** that:

21  (d)   Defaulting Defendants shall file with the Court and serve on counsel for

22  Plaintiffs within thirty (30) days after service on the Defaulting Defendants of this

23  Order, a report in writing under oath, setting forth in detail the manner and form in

24  which each of the Defaulting Defendants has complied with the injunction,

25  pursuant to 15 U.S.C. § 1116(a).

26      **IT IS FURTHER ORDERED** that:

27  (e)   statutory damages pursuant to § 35(c) of the Federal Trademark Act, 15

28  U.S.C. § 1117(c) be awarded to Plaintiffs and against Defendants Cctrue

1    International Trade Co., Ltd., Fancysaler Trading Co., Fuzhou Sunshine Trade Co.,

2    Ltd., Hengtai International, Kk Fashion Love Zone, Love In Apparel Trade Co.,

3    Ltd., Melchic International Trade Co, Ltd., Mystockwatch Co., Ltd., Seven Star

4    Replicass, Shanghai Taolan International Trade Limited Company, Sinoestar Co.,

5    Ltd, V52 International Trade Co., Ltd., Win-Win Trade Co., Ltd.,

6    Www.Ecwatch.Net, Euromed International Trading Co., Limited, Orient-Online Co.

7    Ltd., Richen-Online Co., Ltd, and Win International Trade (collectively, the

8    "Defaulting Defendants") as follows:

9

| Defendant | Cartier | Chloé | Alfred Dunhill | Panerai | Lange Uhren | Mont blanc | Total Per Defendant |
|---|---|---|---|---|---|---|---|
| Cctrue International Trade Co. Ltd. | N/A | $60,000 | $240,000 | $60,000 | $60,000 | $60,000 | $480,000 |
| Fancysaler Trading Co. | $60,000 | $60,000 | $60,000 | N/A | N/A | $60,000 | $240,000 |
| Fuzhou Sunshine Trade Co. Ltd. | N/A | $60,000 | $60,000 | $300,000 | N/A | $180,000 | $600,000 |
| Hengtai International | $60,000 | $60,000 | N/A | $240,000 | N/A | $120,000 | $480,000 |
| Kk Fashion Love Zone | N/A | $240,000 | N/A | N/A | N/A | N/A | $240,000 |
| Love In Apparel Trade Co. Ltd. | N/A | $120,000 | N/A | $60,000 | N/A | N/A | $180,000 |
| Melchic International Trade Co. Ltd. | N/A | $60,000 | $300,000 | N/A | N/A | N/A | $360,000 |
| Mystockwatch Co., Ltd. | $60,000 | N/A | N/A | $60,000 | N/A | $60,000 | $180,000 |
| Seven Star Replicass | N/A | $120,000 | N/A | N/A | N/A | N/A | $120,000 |

[PROPOSED] ORDER FOR DEFAULT
JUDGMENT
AND PERMANENT INJUNCTION Case No. 11-cv-

| Defendant | Cartier | Chloé | Alfred Dunhill | Panerai | Lange Uhren | Mont blanc | Total Per Defendant |
|---|---|---|---|---|---|---|---|
| Shanghai Taolan International Trade Limited Company | N/A | $120,000 | N/A | N/A | N/A | N/A | $120,000 |
| Sinoestar Co., Ltd | $60,000 | N/A | $60,000 | $60,000 | N/A | $60,000 | $240,000 |
| V52 International Trade Co., Ltd. | $60,000 | $60,000 | N/A | $60,000 | N/A | $60,000 | $240,000 |
| Win-Win Trade Co., Ltd. | $60,000 | N/A | N/A | $360,000 | N/A | N/A | $420,000 |
| Www.Ecwatch.Net | $180,000 | N/A | $60,000 | $120,000 | N/A | $120,000 | $480,000 |
| Euromed International Trade Co., Ltd. | N/A | N/A | N/A | N/A | $60,000 | N/A | $60,000 |
| Richen-online Co. Ltd. | $180,000 | N/A | $60,000 | $180,000 | N/A | $120,000 | $540,000 |
| Win International Trade | N/A | $60,000 | N/A | N/A | $60,000 | N/A | $120,000 |
| Orient-Online Co. Ltd. | $60,000 | N/A | N/A | $180,000 | N/A | $60,000 | $300,000 |
| Total per Plaintiff | $780,000 | $1.02 million | $840,000 | $1.68 million | $180,000 | $900,000 | $5.4 million total |

**IT IS SO ORDERED.**

Dated: _____6/8_____, 2012

_____
U.S. District Judge Gary A. Feess

[PROPOSED] ORDER FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION Case No. 11-cv-

# EXHIBIT 1

Exhibit 1
Page 10

| Mark | Reg. No. or App. No. | Int'l Class | Goods |
|---|---|---|---|
| CHLOE | 1,491,810 | 18, 25 | **18**: handbags, purses, <br><br>**25**: bathrobes, bathing suits, coats, dresses, hats, jackets, shirts, blouses, trousers, skirts, scarves, shoes |
| CHLOE | 2,745,487 | 14 | Jewelry |
| Chloé | 3,291,996 | 18 | Goods made of leather and imitations of leather, namely, handbags, purses, traveling cases, traveling bags, luggage, backpacks, toiletry cases sold empty, credit card cases and holders, key cases, coin purses |
| Chloé | 1,182,862 | 14, 25 | **14**: jewelry-namely, dress jewelry <br><br>**25**: clothing-namely, belts, scarves, frocks, dresses, coats, costumes, suits, skirts, blouses, vests and pantsuits, hats, fur coats, jackets, stoles, capes |
| Chloé | 950,843 | 25 | Ladies' articles of clothing for outerwear-namely, frocks, dresses, coats, costumes, suits, skirts, blouses, vests and pant-suits; vests, hats and ties; and ladies' shoes |
| EDITH | 3,401,846 | 18 | Handbags purses, wallets |
| PADDINGTON | 3,398,517 | 18 | Handbags, purses, wallets, not intended for children |
| SEE BY CHLOE | 3,696,923 | 25 | Footwear |
| SEE BY CHLOE | 2,641,982 | 18, 25 | **18**: travelling bags, holdalls, tote bags, handbags, credit card case; purses, wallets, key cases, coin purses, parts and fittings for all the aforesaid goods <br><br>**25**: clothing, namely, trousers, skirts, suits, dresses, jackets, blousons, shirts, coats, cardigans, sweaters, blouses, shorts, t-shirts, pullovers, scarves |

Exhibit 1
Page 11

| Mark | Reg. No. or App. No. | Int'l Class | Goods |
|---|---|---|---|
|  | 79/083,749 | 18, 25 | **18:** leather and imitations of leather; goods made of leather and imitations of leather, namely, wallets, coin purses, handbags, suitcases, travelling bags, credit card cases, key cases, backpacks, clutch bags, beach bags, shopping bags, briefcases, sling bags for carrying infants, travelling sets, namely, trunks, vanity cases sold empty, cosmetic bags sold empty; wallets, coin purses, handbags, suitcases, travelling bags, credit card cases, key cases, backpacks, clutch bags, beach bags, canvas, reusable, mesh and textile shopping bags, briefcases, sling bags for carrying infants, travelling sets, namely, trunks, vanity cases sold empty, cosmetic bags sold empty, umbrellas, parasols and walking sticks; hides, skins <br><br> **25:** clothing, namely, jackets, blouses, belts, cloaks, ponchos, jumpers, dresses, leggings, tights, shorts, scarves, jumpsuits, cardigans, suits, capes, jeans, coats, rompers; footwear; headwear |

Exhibit 1
Page 12

| Mark | Reg. No. | Int'l Class | Goods |
|------|----------|-------------|-------|
| CARTIER | 759,201 | 14 | Watches and clocks |
| CARTIER | 759,202 | 14 | Articles of jewelry for personal wear, not including watches; and the following goods of solid or plated silverware-namely, table flatware and hollow-ware, toilet articles, candelabra, bonbon-cases, jewelry cases, ((crosses, rosaries, ))and buckles |
| CARTIER | 414,435 | 18 | Combination pocketbooks and shopping bags, wallets, billfolds, key cases, card cases, leather clock cases, traveling cases, and overnight bags, both fitted and unfitted |
| CARTIER | 414,604 | 16 | Writing and letter paper-namely, letterheads, correspondence cards, envelopes with and without return address, envelope openers, ink stands, desk sets,, desk pads, desk calendars, address books, writing cases, memorandum books, pads, and fountain pens |
| CARTIER | 758,858 | 16 | Lead-pencils, magazine lead-pencils and pen holders |
| *Cartier* | 3,832,004 | 18 | Leather and imitation leather goods, namely, suitcases, traveling bags, briefcases, wallets, change purses, clutch bags, handbags, chests in the nature of luggage and suitcases, sets of traveling bags, trunks and suitcases, skins; umbrellas; small leather bags in the nature of sleeves and pouches for merchandise packaging |
| *Cartier* | 2,801,764 | 16 | Books and magazines in the field of applied arts, art, horology, jewelry |
| CALIBRE DE CARTIER | 3,864,499 | 14 | Cuff-links, tie clips, rings, bracelets, earrings, necklaces, brooches being jewellery, key rings of precious metal or coated therewith; watches, chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and |

Exhibit 1
Page 13

| Mark | Reg. No. | Int'l Class | Goods |
|------|----------|-------------|-------|
| | | | jewellery |
| ROTONDE DE CARTIER | 3,418,630 | 14 | Cuff-links, tie clips, rings, bracelets, earrings, necklaces, brooches; watches, chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and jewellery |
| AGRAFE | 2,699,360 | 14 | Jewelry |
| ASTROTOURBILLON | 3,953,567 | 14 | Watches, chronometers, clocks; watchbands, cases of precious metal for watches; all the aforesaid goods of Swiss origin |
| BAIGNOIRE | 2,092,409 | 14 | Jewelry, precious stones, watches and clocks |
| BALLERINE | 3,059,210 | 14 | Timepieces and jewelry products, particularly cuff links, tie clips, rings, bracelets, earrings, necklaces, brooches; watches, chronometers, clocks, watchbands, boxes of precious metal for watches and jewelry |
| BALLON BLEU | 3,476,888 | 14, 16, 18, 25 | **14:** Goods in precious metals and coated therewith, namely, cuff-links, tie clips, rings being jewelry, bracelets, earrings, necklaces, brooches; watches, chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and jewellery<br><br>**16:** Pens, fountain pens, ball-point pens, pencils, mechanical pencils, felt-tip pens, rollerball pens, document markers, writing brushes; sealing waxes; pouches, cases and boxes for writing instruments; inks for writing instruments and ink refills for writing instruments; note paper, writing paper, note pads, memo pads; name cards, envelopes, diaries; calendars; paperweights, erasers, pencil sharpeners, paper knives, pen and pencil holders; paintings, engravings<br><br>**18:** Leatherware, namely, briefcases, |

Exhibit 1
Page 14

| Mark | Reg. No. | Int'l Class | Goods |
|------|----------|-------------|-------|
| | | | travelling sets in the nature of sets of suitcases and travelling bags, vanity cases sold empty, key cases; goods made of leather and imitations of leather, not included in other classes, namely, attaché cases, wallets, handbags, backpacks, travelling bags, wheeled tote bags, trunks, suitcases, purses not of precious metal, credit and business card cases, pouches; bands of leather in the nature of leather straps for use with bags; umbrellas, parasols, walking sticks, whips and saddlery<br><br>**25:** Clothing, namely, bathing suits, coats, cummerbunds, dressing gowns, fur coats and stoles, hosiery, jackets, pullovers, pajamas, robes, shirts, skirts, suits, sweaters, trousers, underwear, belts, braces in the nature of suspenders, gloves, mufflers, sashes for wear, scarves, shawls, suspenders, ties, bow ties; boots, shoes and slippers, caps and hats |
| CABOCHON | 3,032,397 | 18 | Goods made of leather or imitation leather, not included in other classes particularly document cases, wallets, handbags, back packs, traveling bags, suitcases, trunks, and carrying cases for a wide variety of goods; saddlery |
| DIAMANTS LEGERS | 3,814,704 | 14 | Cuff-links, tie clips, rings, bracelets, earrings, necklaces, brooches being jewellery, key rings, watches, chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and jewellery, with all of the aforementioned goods featuring and/or incorporating diamonds |
|  | 2,322,769 | 14 | Watches |
|  | 2,436,100 | 14 | Watches |

Exhibit 1
Page 15

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
|  |  |  |  |
| HAPPY BIRTHDAY | 2,247,421 | 18 | Leather goods, namely, handbags, and travelling bags |
| HAPPY BIRTHDAY | 2,666,131 | 14 | Rings, clocks |
| HAPPY BIRTHDAY | 3,418,755 | 16 | Pens, fountain pens, ball-point pens, pencils, mechanical pencils, felt-tip pens, rollerballs, pouches, cases and boxes for writing instruments; note paper, note pads, memo pads, diaries; paperweights, paper knives, pens and pencil holders |
| HIMALIA | 2,934,297 | 14 | Cuff-links, rings, bracelets, earrings, necklaces, brooches; chronometers, watches and clocks |
| INDE MYSTERIEUSE | 3,708,882 | 14 | Goods of precious metals or coated therewith, namely, cuff-links, key rings, tie clips, and jewelry, including rings, bracelets, earrings, necklaces, and brooches; watches, chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and jewellery |
| L'OFFICIER | 3,906,980 | 18 | Leatherwear, namely, briefcases, traveling sets comprising luggage, unfitted vanity cases, key cases, goods made of leather and imitations of leather not included in other classes, namely, attaché-cases, wallets, handbags, shopping bags, belt bags, backpacks, travelling bags, wheeled bags, trunks, suitcases, purses not of precious metal, card cases, pouches of leather; bands of leather, umbrellas, parasols, walking sticks, whips and saddlery |
| LE CIRQUE ANIMALIER | 3,537,349 | 14 | Cuff-links, tie clips, rings, bracelets, earrings, necklaces, brooches; key rings of precious metal; watches, chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and jewellery |

Exhibit 1
Page 16

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| LOVE | 3,637,776 | 14, 16, 18, 25 | **14:** Goods of precious metals and coated therewith, namely, cuff-links, tie clips, rings, bracelets, earrings, necklaces, brooches, and key rings; watches, chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and jewelry<br><br>**16:** Money clips, pens, fountain pens, ball-point pens, pencils, mechanical pencils, felt-tip pens, roller ball pens, document markers, pouches, cases and boxes for writing instruments, writing inks and pen ink refills, diaries, calendars, paperweights, paper knives, pen and pencil holders<br><br>**18:** Leatherware, namely, briefcases, traveling luggage sets, unfitted vanity cases, and key cases, goods made of leather and imitations of leather, namely, attache-cases, wallets, handbags, backpacks, traveling bags, wheeled bags, trunks, suitcases, purses, name card cases, credit card cases, and pouches; umbrellas<br><br>**25:** Clothing, namely, bathing suits, coats, cummerbunds, dressing gowns, fur coats, hosiery, jackets, pullovers, pyjamas, robes, shirts, skirts, suits, sweaters, trousers, underwear, belts, braces, gloves, mufflers, scarves, shawls, ties, bow ties, boots, shoes, slippers, caps, and hats |
| LOVE BRACELET | 1,005,286 | 14 | Jewelry-namely, bracelets |
| Love Bracelet Design | 3,776,794 | 14 | Jewelry, namely, rings, bracelets, charms, earrings, made of precious metals |
|  | 3,898,366 | 14 | Horologic and chronometric instruments, namely, watches |

Exhibit 1
Page 17

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
|  | | | |
| **Pasha de Cartier** | 3,557,455 | 14 | Jewelry and horological instruments |
| PASHA SEATIMER | 3,318,649 | 14 | Cuff-links, tie clips, rings, bracelets, earrings, necklaces, brooches; watches, chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and jewellery |
|  | 3,211,038 | 14 | Horologic and chronometric instruments, namely, watches |
|  | 3,208,458 | 14 | Horologic and chronometric instruments, namely, watches |
| SUPERSTITIONS | 3,956,751 | 14 | Cuff-links, tie clips, rings, bracelets, earrings, necklaces, brooches, jewellery, key rings of precious metal, watches, chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and jewellery |
|  | 3,282,739 | 14 | Horologic and chronometric instruments, namely, watches |

Exhibit 1
Page 18

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
|  | 3,282,847 | 14 | Horologic and chronometric instruments, namely, watches |
| TRINITY | 1,927,987 | 14 | Jewelry made of precious metal or coated therewith |
| YOU'RE MINE | 3,133,225 | 14 | Cuff links, tie pins, rings, bracelets, earrings, necklaces, brooches; watches, chronometers, pendulum clocks, watchstraps, boxes of precious metal for watches and jewellery |

Exhibit 1
Page 19

| Mark | Reg. No. | Int'l Class | Goods |
|------|----------|-------------|-------|
| DUNHILL | 1,172,665 | 42 | Retail store services featuring the sale of smokers' accessories, man's clothing, haberdashery, toiletries, jewelry, leather goods, gift items, and many other items of various descriptions |
| DUNHILL | 843,270 | 18 | Umbrellas |
| DUNHILL | 843,178 | 14 | Watches |
| DUNHILL | 858,928 | 14 | Men's jewelry-namely, cuff links, tie bars, tie clasps, key chains, key rings |
| DUNHILL | 858,964 | 16 | Pens and pencils |
| dunhill | 540,389 | 18 | Billfolds, document cases and wallets, all being goods made of leather |
| dunhill | 1,799,883 | 14, 18 | **14:** Jewelry and watches<br><br>**18:** Luggage and small leather goods; namely, wallets, card cases, attaché cases |
| dunhill | 1,734,900 | 24, 25 | **24:** handkerchiefs<br><br>**25:** men's clothing, namely, ties, cravats, dress shirts, sport shirts, sweaters, belts, suspenders, gloves, hats, scarves, leather and suede coats and jackets, wool jackets, rainwear, underwear, sleepwear and robes |
| dunhill LINKS | 3,423,210 | 18, 24, 25, 28 | **18:** goods made of leather and imitations of leather, namely, luggage, trunks, traveling bags, bags, namely, carry-on bags, all purpose sports bags, flight bags, travel bags, tie bags for travel, shopping bags, holdalls, suit bags, backpacks, knapsacks, tote bags, shaving bags sold empty, duffle bags, overnight bags, shoe bags, cases, namely, suitcases, credit card cases, travel attaché cases designed to organize and hold passports, plane tickets and currency, and toiletry cases sold empty, attaché cases, briefcases, key cases, pouchettes, namely, a handheld carrying case with compartments for |

Exhibit 1
Page 20

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| | | | pens, notepads, calendars, money, credit cards and other personal items; suit bags, backpacks, knapsacks, wallets, purses, leather key fobs, notepad holders, umbrellas, walking sticks<br><br>**24:** textile fabrics for the manufacture of clothing, towels, golf towels, textile clothing labels, handkerchiefs, lap rugs<br><br>**25:** clothing, namely, shirts, jackets, blousons, trousers, pants, shorts, t-shirts, polo shirts, socks; knitwear, namely, sweaters, cardigans, fleece pullovers; waterproof clothing, namely, waterproof jackets and trousers; belts, gloves, training sneakers, scarves, ties, headwear, sun visors, hats, caps; footwear<br><br>**28:** Golf clubs, golf club covers, golf balls, golf tees, bags specifically adapted for sports equipment, golf club protectors, golf markers and golf gloves, golf score pads |
| **dunhill**<br>LONDON | 3,629,424 | 14, 16, 18, 25, 34 | **14:** key rings and key chains of precious metals or coated therewith; jewelry, cufflinks, tie bars, tie clips, necktie clips, tie pins, lapel pins, and collar and shirt studs; precious stones; horological and chronometric instruments, watches, clocks, watch straps, watch bracelets; key holders of precious metal; parts and fittings for all the aforesaid goods<br><br>**16:** writing instruments, pouches for writing instruments; gift cases for writing instruments; ink and refills for writing instruments, stationery; writing utensil cases; personal organizers; desk sets; pens, pencils; pen and pencil holders; paperweights, diaries; inkwells and ink stands; passport holders, check book holders, check book covers; pen and pencil cases; document holders, photo albums; bookends; pen nibs; money clips; parts and fittings for all the aforesaid goods<br><br>**18:** trunks and traveling bags; umbrellas, collars for pets; luggage, bags, namely, tote bags, beach bags, satchels, toiletry bags sold empty; cases, namely, suitcases; briefcases, attaché cases, holdalls, pouchettes, garment bags for travel, backpacks, credit card cases, key cases, wallets, coin purses, handbags<br><br>**25:** clothing, namely, shirts, pants, trousers, |

Exhibit 1<br>Page 21

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| | | | jackets, evening jackets, tuxedos, blazers, windcheaters, blousons, fleece pullovers, quilted vests, suits, raincoats, coats, shorts, cardigans, sweaters, tank tops, waistcoats, t-shirts, polo shirts, casual shirts, business shirts, bathrobes, dressing gowns, socks, golf shirts, golf sweaters, golf trousers, golf shoes, swimwear, sleepwear, underwear, rainwear, waterproof jackets, sweat shirts, sweat pants, cummerbunds, gloves, footwear, hats, caps, sun visors, scarves, belts, ties |
| DUNHILL FACET | 3,763,362 | 14, 18 | **14:** Goods in precious metals or coated therewith, namely, key fobs, key rings, and key chains; cufflinks; horological and chronometric instruments, watches, clocks, watch straps, watch bracelets; parts and fittings for all the aforesaid goods<br><br>**18:** Goods made of leather and imitations of leather, namely, key chains, key cases, pocket wallets, coin purses, luggage tags; trunks and traveling bags, umbrellas, parasols and walking sticks; shooting sticks, namely, a combined walking stick and seat; canes; collars for pets; luggage; tote bags, duffle bags, carry on bags, all purpose sports bags, flight bags, tie bags for travel, barrel bags, shaving bags sold empty, overnight bags, business card cases, beach bags, satchels, toiletry bags sold empty, suitcases; briefcases, attaché cases, aftershave cases sold empty, document cases, pochettes, namely, hand-held carrying cases for documents and personal items; garment bags for travel, knapsacks, backpacks, credit card cases, key cases not made of leather, key wallets, wallets, coin purses not made of leather, handbags |
|  | 3,763,494 | 14, 16, 18, 25 | **14:** Key fobs, key rings and key chains of precious metals or coated therewith; household containers of precious metals or coated therewith; jewellery; cufflinks; tie bars; tie clips; necktie clips; tie pins; lapel pins; collar and shirt studs; precious stones; horological and chronometric instruments, watches, clocks, watch straps, watch bracelets; key holders of precious metals; parts and fittings for all the aforesaid goods<br><br>**16:** Writing instruments, pouches for writing instruments; gift boxes for writing instruments; |

Exhibit 1
Page 22

| Mark | Reg. No. | Int'l Class | Goods |
|------|----------|-------------|-------|
| | | | ink and refills for writing instruments, stationery; personal organisers, desk sets, pens, pencils; pen and pencil holders; paperweights, diaries; inkwells and ink stands; passport holders, cheque book holders, cheque book covers; pen and pencil cases; document holders and cases, albums for photographs; bookends; pen nibs; money clips; parts and fittings for all the aforesaid goods<br><br>**18:** Trunks and travelling bags; umbrellas, parasols and walking sticks; canes; collars for pets; luggage, bags and cases, tote bags, beach bags, satchels, toiletry bags sold empty; suitcases; briefcases, attaché cases, holdalls; pochettes, namely, hand-held carrying cases for documents and personal items; garment bags for travel, backpacks, credit card cases and holders, key cases, wallets, coin purses, handbags; parts and fittings for all the aforesaid goods<br><br>**25:** Clothing, namely, shirts, pants, trousers, jackets, evening jackets, tuxedoes, blazers, windcheaters, blousons, fleece pullovers, quilted vests, suits, raincoats, coats, shorts, cardigans, sweaters, tank tops, waistcoats, t-shirts, polo shirts, casual shirts, business shirts, bathrobes, dressing gowns, socks, golf shirts, golf sweaters, golf trousers, golf shoes, swimwear, sleepwear, underwear, rainwear, waterproof jackets, sweat shirts, sweat pants, cummerbunds, gloves, scarves, belts, ties; footwear and headgear, namely, hats, caps and sun visors |
|  | 1,322,065 | 14 | Men's jewelry, all made of precious metal-namely, cuff links, money clips, tie clasps |
|  | 3,748,138 | 14, 16, 18, 25 | **14:** goods in precious metals or coated therewith, namely, key rings and key chains of precious metals or coated therewith; jewelry; cufflinks; tie bars; tie clips; necktie clips; tie pins; lapel pins; collar and shirt studs; precious stones; horological and chronometric instruments, watches, clocks, watch straps, watch bracelets<br><br>**16:** writing instruments, pouches for writing instruments; gift cases for writing instruments; pen ink and refills, stationery; writing utensil cases; personal organizers; desk sets; pens; pencils; pen and pencil holders; paperweights; diaries; inkwells and ink stands; passport |

Exhibit 1
Page 23

| Mark | Reg. No. | Int'l Class | Goods |
|------|----------|-------------|-------|
| | | | holders; check book holders; check book covers; pen and pencil cases; document holders and cases; picture albums; bookends; pen nibs; money clips<br><br>**18:** trunks and traveling bags; umbrellas; collars for pets; luggage; travel bags and travel cases; tote bags; beach bags; satchels; toiletry bags sold empty; suitcases; briefcases; attaché cases; holdalls; pouchettes, namely, hand held carrying cases for documents and personal items; garment bags for travel; backpacks; credit card cases and holders; leather key cases; wallets; coin purses; handbags<br><br>**25:** Clothing, namely, shirts, pants, trousers, jackets, evening jackets, tuxedos, blazers, windcheaters, blousons, fleece pullovers, quilted vests, suits, raincoats, coats, shorts, cardigans, sweaters, tank tops, waistcoats, t-shirts, polo shirts, casual shirts, business shirts, bathrobes, dressing gowns, sock, golf shirts, golf sweaters, golf trousers, golf shoes, swimwear, sleepwear, underwear, rainwear, waterproof jackets, sweat shirts, sweat pants, cummerbunds, gloves, footwear, hats, caps, sun visors, scarves, belts, ties |
| D-EIGHT | 3,053,189 | 14, 16, 18, 25, 34 | **14:** Goods, made all or in part of precious metals or coated therewith, namely, flasks, cups, key rings, key fobs and key chains, smokers' articles of precious metals or coated therewith, namely ashtrays, cigar and cigarette lighters, cigar cutters, cigar and cigarette cases; belt buckles of precious metals or coated therewith; jewelry, cufflinks; tie bars; tie clips; tie pins, lapel pins; horological and chronometric instruments, watches, clocks, watch straps, watch bracelets; parts and fittings for all the aforesaid goods<br><br>**16:** Writing instruments, pouches for writing instruments, gift cases for writing instruments, ink and refills, stationery; personal organizers, fountain pens, ball-point pens and pencils, pen and pencil holders; paperweights, diaries, inkwells and ink stands; passport holders, checkbook holders, document holders; parts and fittings for all the aforesaid goods<br><br>**18:** Goods made of leather and imitations of |

Exhibit 1<br>Page 24

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| | | | leather, namely, leather key fobs, satchels, suitcases and backpacks; trunks and traveling bags; umbrellas, walking sticks; luggage, flight bags, tie bags for travel, carrying cases, tote bags, toiletry bags sold empty; shooting sticks; briefcases, attaché cases, document cases, holdalls, pochettes in the nature of a hand held carrying case with compartments for pens, notepads, calendars, money, credit cards and other personal items; suit-carriers, namely garment bags, credit card cases and holders, key cases, wallets, coin purses, personal organizers, handbags; parts and fittings for all the aforesaid goods<br><br>**25:** clothing, namely shirts, pants, trousers, suits, jackets, coats, shorts, cardigans, sweaters, waistcoats, t-shirts, polo shirts, dressing gowns, socks, swimwear, sleepwear, underwear, rainwear, raincoats, bandanas, footwear, and headgear in the nature of sun visors, hats and caps; braces, scarves, belts, ties, gloves, cravats |
|  | 2,852,116 | 14 | Watches |
| SENTRYMAN | 3,486,991 | 14, 16, 18, 28 | **14:** jewelry, cufflinks, tie bars<br><br>**16:** pens, writing instruments, desk accessories, namely, desk file trays, holders for desk accessories, and letter racks<br><br>**18:** large and small leather goods namely, trunks and traveling bags, collars for pets, luggage, bags, and cases, tote bags, beach bags, satchels, toiletry bags sold empty, suitcases, briefcases, attaché cases, holdalls, pochettes, namely a handheld carrying case with compartments for pens, notepads, calendars, money, credit cards, and other personal items; garment bags for travel, backpacks, credit card cases, credit card holders, wallets, coin purses, handbags<br><br>**28:** gifts and games, namely, playing cards, back gammon sets, chess sets, dice sets, bridge card boxes, jigsaw puzzles, and a poker and roulette kit for use in travel or recreational settings comprising a mini-roulette wheel, a chip holder, betting chips, a chip sweeper, a printed roulette playing mat, playing mat, playing cards poker |

Exhibit 1
Page 25

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| | | | dice and a holding case for storing the same |
| SIDECAR | 2,893,171 | 18 | Umbrellas, briefcases, attaché cases, document cases; wallets, pochettes, namely, a hand held carrying case with compartments for pens, notepads, calendars, money, credit cards and other personal items; credit card cases; key cases; coin purses |

Exhibit 1
Page 26

| Mark | Reg. No. | Int'l Class | Goods |
|------|----------|-------------|-------|
| A. LANGE & SOHNE | 2,430,848 | 14 | Watches, watch movements, watch cases, and watch bracelets |
| A. LANGE & SÖHNE | 1,723,054 | 14 | Watches and chronographics; watch movements; watch cases and watch bracelets |
| A. LANGE & SÖHNE | 3,071,207 | 14 | Cuff links, tie clips, rings, bracelets, earrings, necklaces, brooches; watches, chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and jewelry |
| LANGE | 2,448,703 | 14 | Watches, watch movements, watch cases, and watch bracelets |
| 1815 | 2,837,595 | 14 | Chronometric instruments, namely, watches, watch bracelets |
| CABARET | 3,010,578 | 14 | Cuff-links, tie clips, rings, bracelets, earrings, necklaces, brooches; watches, chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and jewellery |
| DATOGRAPH | 2,364,492 | 14 | Chronometers, parts for chronometers and watch bands |
|  | 2,730,858 | 14 | Chronometers, chronographs for use as watches |
| DOUBLE SPLIT | 2,852,979 | 14 | Watches, clocks, chronographs for use as watches and chronometers |
| LANGE ZEITWERK | 3,835,352 | 14 | Cuff-links, tie clips, rings, bracelets, earrings, necklaces, brooches, key rings made of precious metal, watches, |

Exhibit 1
Page 27

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
|  |  |  | chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and jewellery |
| TOURBOGRAPH | 2,410,312 | 14 | Chronometric instruments, namely, watches, watch bands and parts for watches |
| ZERO-RESET | 2,422,336 | 14 | Chronometers, namely, parts of watches |

Exhibit 1
Page 28

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| MONTBLANC | 776,208 | 16 | Fountain pens, cases for fountain pens, ball point pens, ball point cartridges, ball point paste, mechanical pencils, lead for mechanical pencils |
| MONTBLANC | 1,884,842 | 14, 18 | **14:** jewelry; watches and time pieces<br><br>**18:** purses, handbags, small leather articles and accessories, namely wallets and billfolds, and luggage |
| MONTBLANC | 2,820,561 | 37, 42 | **37:** maintenance and repair of writing instruments and accessories for writing instruments<br><br>**42:** retail store services for luxury items, namely, stationery, desk sets, jewelry, watches, eyewear, leather goods, writing instruments and parts and fittings therefor; design services for others for luxury items, namely, stationery, leather goods, writing instruments and parts and fittings therefor |
| MONTBLANC | 2,415,189 | 25 | Clothing accessories, namely, dress belts made of leather with belt buckles of precious and semi-precious metals distributed in channels of commerce where luxury articles are sold and promoted |
| MONT BLANC | 2,515,092 | 16 | Stationery, namely, envelopes, writing paper, writing cards |
| MONT BLANC | 3,059,776 | 6, 8, 9, 21, 25, | **6:** money clips, key rings, knife handles, all being made of metal<br><br>**8:** pocket-knives, razors; cases for pocket knives, cases for razors<br><br>**9:** graduated rulers, barometers<br><br>**21:** drinking flasks not of precious metal; serving trays, butlers trays, cups, all being not of precious metal; shaving brushes, shaving brush stand |

Exhibit 1
Page 29

| Mark | Reg. No. | Int'l Class | Goods |
|------|----------|-------------|-------|
| | | | **25:** clothing accessories, namely, neckties, scarves and shawls distributed in channels of commerce where luxury articles are sold and promoted |
| MONTBLANC NIGHTFLIGHT | 3,251,925 | 18 | Leather and imitation leather and goods made of these materials, namely, wallets, purses, credit card holders, briefcases, attaché cases, handbags, pouches and bags made of leather, travelling bags, key cases, backpacks, leather bands and shoulder straps for handbags and luggage, boxes made of leather; small leather goods, namely, name card cases, vanity cases sold empty, suitcases and school bags |
| MONTBLANC PROFILE | 2,717,140 | 14 | Watches, clocks |
| MONTBLANC SUMMIT | 2,738,532 | 14 | Watches and chronometers |
|  | 839,016 | 2, 16 | **2:** fountain pen ink<br><br>**16:** fountain pens, cases for fountain pens, ball point pens, ball point cartridges, mechanical pencils, lead for mechanical pencils, desk stands for pens |
|  | 1,878,584 | 14, 18 | **14:** jewelry; watches and timepieces<br><br>**18:** purses, handbags, small leather articles and accessories, namely wallets and billfolds, and luggage |
|  | 2,346,953 | 25 | Accessories for clothing, namely belts |
| SOLITAIRE | 1,347,728 | 16 | Writing instruments-namely, pens |

Exhibit 1
Page 30

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
|  | 1,891,033 | 16 | Writing instruments; namely, pens and pencils |
|  | 1,723,665 | 16 | Writing instruments; namely, pens and pencils |
| BLACK MYSTERY | 3,752,471 | 16 | Writing instruments, in particular fountain pens, ball-point pens, pencils, felt-tip pens, document markers, pouches for writing instrument, gift cases for writing instruments, writing instrument inks and refills, stationery, diaries, paperweights, desk sets, desk stands for writing instruments and office implements, pen and pencil holders and parts and fittings for all the aforesaid goods |
| BOHÉME | 2,688,023 | 14, 16 | **14:** jewelry articles, namely, jewelry clips, brooches, pins, earrings, ear studs, rings, bracelets, chains, necklaces<br><br>**16:** Writing instruments, namely, fountain pens, ball-point pens, pencils, felt-tip pens; fountain pen ink cartridges and writing ink; ballpoint pen refills, felt tip pen refills |
| ETOILE DE MONTBLANC | 3,606,193 | 16 | Writing utensils, namely, fountain pens, ballpoint pens, pencils, felt-tipped pens, roller ball pens, and text markers; pouches for writing utensils; gift cases for writing utensils; inks and cartridges, namely, writing inks, pen ink refills, and pen ink cartridges; stationery, diaries, paperweights, desk sets; holders for writing and office utensils, namely, pen holders, pencil holders, and holders for desk accessories; and structural parts for all aforesaid goods included in this class |
| ETOILE SECRETE | 3,454,035 | 14 | Cufflinks; tiepins; jewelry, including rings, bracelets, earrings, necklaces, and brooches; wristwatches; chronometers; clocks and alarm clocks; watch straps; jewelry boxes and watch boxes made of precious metal for storing |

Exhibit 1
Page 31

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| | | | watches and jewellery |
| LA DAME BLANCHE | 3,366,186 | 14 | Watches and clocks; timekeepers, namely, chronometers; and jeweller's wares, namely, jewellery, and precious stones |
| LADYSTAR | 3,127,144 | 18 | Wallets, identity card and credit card cases, purses, briefcases, attaché cases; handbags, rucksacks, suitcases, travelling bags, walking sticks, whips, harness for horses, saddlery |
| LEONARDO | 2,875,587 | 16 | Pencils |
| MAGIE EN BLANC ET NOIR | 3,453,962 | 14 | Watches and clocks; timekeepers, namely, chronometers; and jeweller's wares, namely, jewellery, and precious stones |
| MEISTERSTUCK | 1,324,392 | 16 | Fountain pens, ballpoint pens and mechanical pencils including sets thereof, all made partially with precious metals and sold in specialty stores |
| SIGNATURE FOR GOOD | 3,933,739 | 16, 18 | **16:** writing instruments, including fountain pens, ball-point pens, pencils, felt-tip pens, roller ball pens, document markers; pouches for writing instrument; gift boxes for writing instruments; writing inks and pen ink refills for writing instruments; stationery; diaries; paperweights; desk sets; desk stands in the nature of holders for writing instruments and office implements; pen and pencil holders; and parts and fittings for all of the aforesaid goods, namely, fountain pen nibs, pen and pencil clips, pen and pencil bodies, and pen and pencil caps<br><br>**18:** wallets, purses, credit card holders, pouches of leather, pouches for holding make-up, travel documents, business papers, monies, and keys and other personal items; briefcases, attaché cases; handbags, travelling bags and all purpose carrying bags |
| STARISMA | 2,788,900 | 18 | Wallets, purses, credit card holders, briefcases, attache-cases, handbags, pouches of leather, travelling bags |

Exhibit 1
Page 32

| Mark | Reg. No. | Int'l Class | Goods |
|------|----------|-------------|-------|
| STARWALKER | 2,759,073 | 16 | Fountain pens, ball-point pens, pencils, felt-tip pens, rollerballs, gift cases for writing instruments |
|  | 3,659,753 | 16 | Writing instruments, namely, pens |
|  | 2,975,592 | 16 | Writing instruments |

Exhibit 1
Page 33

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| PANERAI | 2,340,290 | 14 | Chronometers, watches |
| PANERAI | 2,673,704 | 16, 18, 25 | **16:** pencils<br><br>**18:** handbags<br><br>**25:** shirts, tee-shirts; belts, caps and hats |
| PANERAI COMPOSITE | 3,947,004 | 14 | Watches, chronometers, watch straps, watch bracelets, boxes of precious metal for watches |
| LUMINOR | 2,516,018 | 14 | Chronometers, watches and clocks |
| LUMINOR COMPOSITE | 3,889,408 | 14 | Watches, chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and jewellery |
| LUMINOR DAYLIGHT | 3,035,995 | 14 | Watches, chronometers, wall clocks, watchbands, boxes of precious metal for watches and jewelry |
|  | 3,178,943 | 14 | Watches |
| RADIOMIR | 2,418,830 | 14 | Chronometers; watches and clocks |
| RADIOMIR COMPOSITE | 3,882,739 | 14 | Watches, chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and jewellery |
|  | 3,756,691 | 14 | Watches |
| ARKTOS | 2,731,719 | 14 | Chronometers, watches, clocks |
| BLACK SEAL | 2,864,075 | 14 | Boxes and cases for watches; chronometers; watches and clocks |

Exhibit 1
Page 34

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
|  | 2,323,571 | 14 | Chronometers; watches |
| L'ASTRONOMO | 3,947,005 | 14 | Watches, stopwatches, wall clocks, watch straps, boxes of precious metal for watches |
| LO SCIENZIATO | 3,927,967 | 14 | Watches, stopwatches, wall clocks, watch straps, boxes of precious metal for watches and jewelry |
| MARE NOSTRUM | 2,362,908 | 14 | Chronometers and watches |
| MARINA MILITARE | 3,174,281 | 14 | Watches, chronometers, clocks, watchbands, wristwatches, boxes of precious metal for watches and jewelry |
|  | 3,004,529 | 14 | Boxes and cases for watches;  chronometers, watches and wall clocks |
| SEAL | 2,288,561 | 14 | Chronometers, and watches |
| SEALAND | 2,624,232 | 14 | Cases of precious metals for watches, chronometers, watches |
| SLYTECH | 3,046,425 | 14 | Watches, chronometers, wall clocks, watch straps, boxes of precious metal for watches and jewelry |
| ZEROGRAPH | 3,857,560 | 14 | Watches and chronometers |

Exhibit 1
Page 35

**PROOF OF SERVICE**

1

2      I am a citizen of the United States and employed in Los Angeles County,

3 California. I am over the age of eighteen years and not a party to the within-entitled

4 action. My business address is 555 South Flower Street, Fiftieth Floor,

5 Los Angeles, California 90071-2300. On June 6, 2012, I served a copy of the

6 within document(s):

7      **NOTICE OF LODGING OF [PROPOSED] ORDER FOR DEFAULT**

8 **JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS CCTRUE INTERNATIONAL TRADE CO., LTD., FANCYSALER TRADING**

9 **CO., FUZHOU SUNSHINE TRADE CO., LTD., HENGTAI INTERNATIONAL, KK FASHION LOVE ZONE, LOVE IN APPAREL**

10 **TRADE CO., LTD., MELCHIC INTERNATIONAL TRADE CO, LTD., MYSTOCKWATCH CO., LTD., SEVEN STAR REPLICASS, SHANGHAI**

11 **TAOLAN INTERNATIONAL TRADE LIMITED COMPANY, SINOESTAR CO., LTD, V52 INTERNATIONAL TRADE CO., LTD., WIN-WIN TRADE**

12 **CO., LTD., WWW.ECWATCH.NET, EUROMED INTERNATIONAL TRADING CO., LIMITED, ORIENT-ONLINE CO. LTD., RICHEN-ONLINE**

13 **CO., LTD, AND WIN INTERNATIONAL TRADE; EXHIBIT 1**

14     ☒     by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

15

16 Laurence F. Pulgram, Esq.
lpulgram@fenwick.com

17 Tyler G. Newby, Esq.
tnewby@fewwick.com

18 Leslie A. Kramer, Esq.

19 lkramer@fenwick.com
Fenwick & West LLP

20 555 California Street, 12th Floor

21 San Francisco, California 94104

22      I am readily familiar with the firm's practice of collection and processing

23 correspondence for mailing. Under that practice it would be deposited with the

24 U.S. Postal Service on that same day with postage thereon fully prepaid in the

25 ordinary course of business. I am aware that on motion of the party served, service

26 is presumed invalid if postal cancellation date or postage meter date is more than

27 one day after date of deposit for mailing an affidavit.

28

LAI-3163316v1                                            Proof of Service

1    I declare that I am employed in the office of a member of the bar of this court

2  at whose direction the service was made.

3    Executed on June 6, 2012, at Los Angeles, California.

4

5

6                                                            Grace M. Salter

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28