MARK A. FINKELSTEIN (State Bar No. 173851)
mafinkelstein@jonesday.com
JONES DAY
3161 MICHELSON DRIVE, SUITE 800
IRVINE, CA 92612-4408
949.851.3939
949.553.7539 (Facsimile)

SUSAN M. KAYSER (admitted *pro hac vice*)
skayser@jonesday.com
JESSICA D. BRADLEY (admitted *pro hac vice*)
jbradley@jonesday.com
JONES DAY
51 LOUISIANA AVE, NW
WASHINGTON, DC 20001
202.879.3939
202.626.1700 (Facsimile)

Attorneys for Plaintiffs Chloé SAS, Alfred Dunhill Ltd., Officine Panerai AG, Montblanc-Simplo GmbH, Cartier International A.G., and Lange Uhren GmbH

LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
LESLIE A. KRAMER (CSB No. 253313)
lkramer@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415-875-2300
Facsimile: 415-281-1350

Attorneys for Defendants Sawabeh Information Services Co., TradeKey (Pvt) Ltd., Waleed Abalkhail, and Junaid Mansoor

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHLOÉ SAS, *et al.*,<br><br>　　Plaintiffs – Counter-Defendants,<br><br>vs.<br><br>SAWABEH INFORMATION SERVICES CO, *et al.*,<br><br>　　Defendants – Counter-Claimants. | Case No: 11-CV-04147 GAF(MANx)<br><br>PLAINTIFFS' NOTICE OF MOTION TO COMPEL DEFENDANTS' RESPONSES TO PLAINTIFFS' REQUESTS FOR PRODUCTION FOR JURISDICTIONAL DISCOVERY<br><br>FILED UNDER SEAL<br><br>Discovery Cutoff: August 31, 2012<br>Hearing: August 21, 2012<br>Time: 10:00 AM<br>Courtroom: 580 |

1    TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF
2  RECORDS:
3    PLEASE TAKE NOTICE that on August 21, 2012, or as soon thereafter as
4  the matter may be heard, in Courtroom 580 of the above-referenced court, Plaintiffs
5  Chloé SAS, Alfred Dunhill Limited, Officine Panerai AG, Montblanc-Simplo
6  GmbH, Cartier International A.G., and Lange Uhren GmbH will and do hereby
7  move, pursuant to Rule 34 of the Federal Rules of Civil Procedure and Local Rule
8  37-2, for an Order compelling Defendants Sawabeh Information Services Co.,
9  TradeKey (Pvt) Ltd., Waleed Abalkhail, and Junaid Mansoor  ("Defendants") to
10  produce documents in response to Plaintiffs' First Set of Requests for Production.
11    Plaintiff brings this motion based on this Notice of Motion, the attached Joint
12  Stipulation and the exhibits thereto, the record in this action, and any additional
13  matters of which the Court properly may take judicial notice or that may otherwise
14  be presented to the Court before or at the hearing on this matter.
15    This motion is made following a letter from Plaintiffs enumerating the
16  deficiencies with Defendants' responses and requesting a meet and confer on July
17  9, 2012 and a conference of counsel pursuant to Local Rule 37-1, which took place
18  on  July 19, 2012.  At present no scheduling order has been issued in this case
19  setting a pretrial conference or trial date, however, the Order setting the deadline for
20  jurisdictional discovery as August 31, 2012 is attached to the Joint Stipulation as
21  Exhibit E.
22
23  Dated: July 31, 2012                      Respectfully submitted,
24
25                                            JONES DAY
26                                            By: _____
27                                                     Susan M. Kayser
28

NOTICE OF MOTION TO COMPEL                                    Case No: 11-CV-04147 GAF(MANx)
                                           - 1 -
3081824v1

**PROOF OF SERVICE**

1

2      I am a citizen of the United States and employed in Los Angeles County,

3  California.  I am over the age of eighteen years and not a party to the within-entitled

4  action.  My business address is 555 South Flower Street, Fiftieth Floor,

5  Los Angeles, California  90071-2300.  On July 31, 2012, I served a copy of the

6  within document(s):

7      **PLAINTIFFS' NOTICE OF MOTION TO COMPEL DEFENDANTS'**
       **RESPONSES TO PLAINTIFFS' REQUEST FOR PRODUCTION FOR**
8              **JURISDICTIONAL DISCOVERY**

9      ☒      by transmitting via e-mail or electronic transmission the document(s)
10             listed above to the person(s) at the e-mail address(es) set forth below.

11  Laurence F. Pulgram, Esq.
    lpulgram@fenwick.com
12  Tyler G. Newby, Esq.
    tnewby@fewwick.com
13  Leslie A. Kramer, Esq.
    lkramer@fenwick.com
14
    Fenwick & West LLP
15  555 California Street, 12th Floor
16  San Francisco, California  94104

17      I am readily familiar with the firm's practice of collection and processing

18  correspondence for mailing.  Under that practice it would be deposited with the

19  U.S. Postal Service on that same day with postage thereon fully prepaid in the

20  ordinary course of business.  I am aware that on motion of the party served, service

21  is presumed invalid if postal cancellation date or postage meter date is more than

22  one day after date of deposit for mailing an affidavit.

23      I declare that I am employed in the office of a member of the bar of this court

24  at whose direction the service was made.

25      Executed on July 31, 2012, at Los Angeles, California.

26

27

28                                           Grace M. Salter

LAI-3163316v1                                    Proof of Service