| | |
|---|---|
| 1 | Mark A. Finkelstein (State Bar No. 173851) |
|   | mafinkelstein@jonesday.com |
| 2 | JONES DAY |
|   | 3161 Michelson Drive, Suite 800 |
| 3 | Irvine, CA  92612-4408 |
|   | 949-851-3939 |
| 4 | 949-553-7539 (Facsimile) |
| 5 | Susan M. Kayser (admitted *pro hac vice*) |
|   | skayser@jonesday.com |
| 6 | JESSICA D. BRADLEY (admitted *pro hac vice*) |
|   | jbradley@jonesday.com |
| 7 | JONES DAY |
|   | 51 Louisiana Ave., NW |
| 8 | Washington, DC 20001 |
|   | 202-879-3939 |
| 9 | 202-626-1700 (Facsimile) |
| 10 | Attorneys for Plaintiffs Chloé SAS, Alfred Dunhill Limited, |
|    | Officine Panerai AG, Montblanc-Simplo GmbH, Cartier |
| 11 | International A.G., and Lange Uhren GmbH and Counterclaim |
|    | Defendants Lance Sloves, Computer Forensic Services, Inc., |
| 12 | Richemont International Limited, and Jones Day |
| 13 | LAURENCE F. PULGRAM (CSB No. 115163) |
|    | lpulgram@fenwick.com |
| 14 | TYLER G. NEWBY (CSB No. 205790) |
|    | tnewby@fenwick.com |
| 15 | FENWICK & WEST LLP |
|    | 555 California Street, 12th Floor |
| 16 | San Francisco, CA  94104 |
|    | Telephone:  415-875-2300 |
| 17 | Facsimile:   415-281-1350 |
| 18 | Attorneys for Defendants and Counterclaimants Sawabeh |
|    | Information Services Co. and TradeKey (Pvt) Ltd., and |
| 19 | Defendants Waleed Abalkhail and Junaid Mansoor |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHLOE SAS, a French Corporation, *et al.*, | Case No. 11-CV-04147 GAF (MANx) |
| Plaintiffs, | |
| v. | **STIPULATION CONTINUING HEARINGS ON MOTIONS CURRENTLY SET FOR NOVEMBER 19, 2012** |
| SAWABEH INFORMATION SERVICES CO., *et al.*, | |
| Defendants. | |

| | |
|---|---|
| SAWABEH INFORMATION SERVICES CO., TRADEKEY (PVT) LTD., | |
| Counterclaimants, | |
| v. | |
| RICHEMONT INTERNATIONAL LIMITED; CHLOE SAS; ALFRED DUNHILL LIMITED; OFFICINE PANERAI AG, and MONTBLANC-SIMPLO GMBH; LANCE ELIOT SLOVES; COMPUTER FORENSIC SERVICES, INC.; JONES DAY; and Does 1 Through 10, inclusive, | |
| Counterclaim Defendants. | |

## STIPULATION

WHEREAS, the date for hearing on Defendants' Motion to Disqualify Jones Day as Counsel for Plaintiffs is currently set for November 19, 2012;

WHEREAS, the date for hearing on Counterclaim Defendants' Motion to Dismiss Lance Eliot Sloves, Computer Forensic Services, Inc., and Richemont International Limited for Lack of Personal Jurisdiction is currently set for November 19, 2012;

WHEREAS, the date for hearing on all Counterclaim Defendants' Rule 12(b)(6) Motions to Dismiss the Counterclaims is currently set for November 19, 2012;

WHEREAS, Defendants – Counterclaimants' counsel in this matter, Tyler Newby, is also co-lead counsel for one of 18 defendants in *Opperman, et al. v. Path, Inc., et al.*, Case No. 1:12-CV-00219-SS, a multi-party putative class action currently pending in the Western District of Texas;

WHEREAS, on October 18, 2012, the *Opperman* court issued an order setting a hearing for November 19, 2012 at 2:00 p.m., stating that "the Court will not allow any telephonic appearances and all parties must be represented by lawyers with full authority from their clients;"

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

WHEREAS, because the November 19 hearing dates in the *Opperman* matter and this matter create an irreconcilable calendar conflict for Defendant – Counterclaimant's counsel, Mr. Newby, Defendants – Counterclaimants respectfully request to reschedule the November 19 hearing date in this matter for December 3, 2012;

WHEREAS, Plaintiffs, as a matter of courtesy, are amenable to rescheduling the matters currently set for hearing on November 19 to December 3, 2012; and

WHEREAS, the Parties do not intend to alter the briefing schedules for the motions currently set for hearing on November 19, and request that this proposed modification will not alter the date of any event or deadline already fixed by Court Order.

THE PARTIES HEREBY STIPULATE and, through their attorneys of record in this matter, agree to the following:

The hearing for all motions currently set for November 19, 2012 shall be reset for December 3, 2012.  The dates for parties to file their replies, if any, in support of the pending motions will remain unchanged as November 5, 2012.

Dated:  October 29, 2012

Respectfully,

FENWICK & WEST LLP

By:  /s/ Tyler G. Newby
     Tyler G. Newby

     Attorneys for Defendants and Counterclaimants

STIPULATION CONTINUING HEARINGS
ON CURRENTLY PENDING MOTIONS

2

CASE NO. 11-CV-04147 GAF (MANx)

Dated: October 29, 2012

Respectfully,

JONES DAY

By: */s/ Mark A. Finkelstein*
Mark A. Finkelstein

Attorneys for Plaintiffs and Counterclaim Defendants

### ATTORNEY ATTESTATION

I hereby attest that the concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (/s/) within this document.

*/s/ Tyler G. Newby*
Tyler G. Newby