1 LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
2 TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
3 SEBASTIAN E. KAPLAN (CSB No. 248206)
skaplan@fenwick.com
4 DAVID C. MARTY (CSB No. 273417)
dmarty@fenwick.com
5 FENWICK & WEST LLP
555 California Street, 12th Floor
6 San Francisco, CA  94104
Telephone:  415.875.2300
7 Facsimile:   415.281.1350

8 Attorneys for Defendants and Counterclaimants
Sawabeh Information Services Co. and
9 TradeKey (Pvt) Ltd., and Defendants Waleed Abalkhail
and Junaid Mansoor

10

11 UNITED STATES DISTRICT COURT

12 CENTRAL DISTRICT OF CALIFORNIA − WESTERN DIVISION

| | |
|---|---|
| 13  CHLOE SAS, et al., | Case No. 11-CV-04147 GAF (MANx) |
| 14          Plaintiffs, | **[PROPOSED] ORDER GRANTING FENWICK & WEST'S MOTION TO WITHDRAW** |
| 15   v. | |
| 16  SAWABEH INFORMATION SERVICES CO., et al., | Date:       February 25, 2013
Time:       9:30 a.m.
Courtroom: 740 − Roybal
Judge:       Hon. Gary A. Feess |
| 17          Defendants. | |
| 18 | |
| 19  SAWABEH INFORMATION SERVICES CO., TRADEKEY (PVT) LTD., | |
| 20 | |
| 21          Counterclaimants, | |
| 22   v. | |
| 23  RICHEMONT INTERNATIONAL LIMITED; CHLOE SAS; ALFRED DUNHILL LIMITED; OFFICINE PANERAI AG, and MONTBLANC-SIMPLO GMBH; LANCE ELIOT SLOVES; COMPUTER FORENSIC SERVICES, INC.; JONES DAY; and Does 1 Through 10, inclusive, | |
| 27          Counterclaim Defendants. | |

# ORDER

Having considered Fenwick & West's Motion to Withdraw, the concurrently filed Memorandum of Points and Authorities, arguments of counsel, and the record in this action, and good cause appearing therefore, the Court hereby holds that Fenwick & West's Motion is **GRANTED**. Defendants/Counterclaimants shall appear through substitute counsel, or in the case of Mr. Abalkhail or Mr. Mansoor pro se or through substitute counsel, filing an appearance no later than _____, 2013.

**IT IS SO ORDERED.**

Dated: _____, 2012

The Honorable Gary A. Feess
United States District Court Judge