ERIK S. SYVERSON (221933)
esyverson@millerbarondess.com
STEVEN T. GEBELIN (261507)
sgebelin@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendants and Counterclaimants
Sawabeh Information Services Co. and
TradeKey (Pvt) Ltd., and Defendants Waleed Abalkhail
and Junaid Mansoor

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CHLOE SAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SAWABEH INFORMATION SERVICES CO., *et al.*, <br><br> Defendants. <br><br> SAWABEH INFORMATION SERVICES CO., *et al.*, <br><br> Counterclaimants, <br><br> v. <br><br> RICHEMONT INTERNATIONAL LIMITED, *et al.*, <br><br> Counter Defendants. | CASE NO. 11-CV-04147 GAF (MANx) <br><br> [Assigned to the Honorable Gary A. Feess] <br><br> **JOINT NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT PURSUANT TO 28 U.S.C. § 1292(a)(1)** <br><br> Action Filed: May 13, 2011 <br> Trial Date: Not Set |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

**NOTICE IS HEREBY GIVEN** that pursuant to 28 U.S.C. § 1292(a)(1), Defendants SAWABEH INFORMATION SERVICES CO. and TRADEKEY (PVT) LTD. ("Defendants") jointly appeal to the United States Court of Appeals for the Ninth Circuit from this Court's forthcoming interlocutory order issuing a permanent injunction against Defendants, based on the Plaintiffs' Proposed Permanent Injunction lodged in this case on October 11, 2013 [Docket No. 583-1, attached hereto as Exhibit "A"], and the interlocutory orders: (1) granting partial summary judgment in favor of Plaintiffs Chloe SAS, Alfred Dunhill Limited, Officine Panerai AG, Montblanc-Simplo GmbH, Cartier International A.G., and Lange Uhren GmbH ("Plaintiffs") and against Defendants, entered in this case on October 9, 2013 [Docket No. 582, attached hereto as Exhibit "B"]; and (2) denying Defendants' motion to dismiss the Plaintiffs' claims for lack of personal jurisdiction [Docket No. 293, a public-redacted version attached hereto as Exhibit "C"], which provide the legal authority for the injunction and which are inextricably intertwined with the injunction.

In compliance with Federal Rule of Appellate Procedure 12(b) and Circuit Rules 3-2 and 12-2, also attached on the next page is Defendants' representation statement identifying all parties to the action and the names, addresses, and telephone numbers of their attorneys of record.

DATED: November 7, 2013         Respectfully submitted,

MILLER BARONDESS, LLP

By: /s/
ERIK S. SYVERSON
STEVEN T. GEBELIN
Attorneys for Defendants and Counterclaimants Sawabeh Information Services Co. and TradeKey (Pvt) Ltd., and Defendants Waleed Abalkhail and Junaid Mansoor

# REPRESENTATION STATEMENT

In compliance with Federal Rules of Appellate Procedure 12(b) and Circuit Rule 3-2 and 12-2, Defendants/Counterclaimants/Appellants Sawabeh Information Services Co. and Tradekey (PVT) Ltd ("Defendants") hereby submit this Representation Statement:

1. Defendants/Counterclaimants/Appellants Sawabeh Information Services Co. and Tradekey (PVT) Ltd; and Defendants Abalkhail Waleed and Junaid Mansoor are represented by:

**MILLER BARONDESS, LLP**
ERIK S. SYVERSON
    esyverson@millerbarondess.com
STEVEN T. GEBELIN
    sgebelin@millerbarondess.com
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:   (310) 552-8400

2. Plaintiffs/Counterclaim-Defendants/Respondents Chloé SAS, Alfred Dunhill Limited, Officine Panerai AG, Montblanc-Simplo GmbH, Cartier International A.G., and Lange Uhren GmbH and Counterclaim Defendants Lance Sloves, Computer Forensic Services, Inc., Richemont International Limited, and Jones Day are represented by:

**JONES DAY**
SUSAN M. KAYSER (admitted pro hac vice)
    skayser@jonesday.com
JESSICA D. BRADLEY (admitted pro hac vice)
    jbradley@jonesday.com
LUCY JEWETT WHEATLEY
    lwheatley@jonesday.com
51 LOUISIANA AVE, NW
WASHINGTON, DC 20001
202.879.3939
202.626.1700 (Facsimile)
MARK A. FINKELSTEIN (State Bar No. 173851)
    mafinkelstein@jonesday.com
3161 MICHELSON DRIVE, SUITE 800
IRVINE, CA 92612-4408
949.851.3939
949.553.7539 (Facsimile)

3.  Defendants Bosun International Trade Co.; Cctrue International Trade Co., Ltd.; Euromed International Trading Co., Limited; Fancysaler Trading Co.; Fuzhou Sunshine Trade Co., Ltd; Hengtai International; Jamilah Mroueh; Kk Fashion Love Zone; Love In Apparel Trade Co., Ltd.; Melchic International Trade Co, .Ltd; Mystockwatch Co., Ltd; Orient-Online Co., Ltd; Park Co. Ltd; Richen-Online Co., Ltd; Season-Online Co., Ltd; Seasons-Online Co. Ltd-Elaine; Seven Star Replicass; Shanghai Taolan International Trade Limited Company; Sinoestar Co., Ltd; Superoceans Co., Ltd.; V52 International Trade Co., Ltd; Vertex Online Co., Ltd.; Win International Trade; Win-Win Trade Co., Ltd.; Www.Ecwatch.Net; Yongchuang Trade Corp; Zhongsheng Trade Co., Ltd have not appeared through counsel in this action.

DATED:  November 7, 2013          Respectfully submitted,

MILLER BARONDESS, LLP

By: /s/
    ERIK S. SYVERSON
    STEVEN T. GEBELIN
Attorneys for Defendants and Counterclaimants Sawabeh Information Services Co. and TradeKey (Pvt) Ltd., and Defendants Waleed Abalkhail and Junaid Mansoor