```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3    _____
                                         )
 4    CHLOE SAS, ET AL.,                 )
                                         )
 5              Plaintiffs,              )    Case No.
                                         )    11:CV-04147 GAF (MANx)
 6         vs.                           )
                                         )
 7    SAWABEH INFORMATION                )
      SERVICES CO., ET AL.,              )
 8                                       )
                Defendants.              )    REDACTED TEXT
 9    _____)
                                         )
10    SAWABEH INFORMATION                )
      SERVICES CO., TRADEKEY             )
11    (PVT) LTD,                         )
                                         )
12              Counterclaimants,        )
                                         )
13         vs.                           )
                                         )
14    CHLOE SAS; ALFRED DUNHILL          )
      LIMITED; OFFICINE PANERAI          )
15    AG, AND MONTBLANC-SIMPLO           )
      GMBH,                              )
16                                       )
           Counterclaim Defendants.      )
17    _____)
18
19         VIDEOTAPED DEPOSITION OF WESTON ANSON
20                  San Diego, California
21              Wednesday, December 18, 2013
22                       Volume I
23    Reported By:
      CATHERINE A-M GAUTEREAUX
24    CSR No. 3122
      Job No. 1784158
25    PAGES 1 - 272
```

Page 1