

EXHIBIT B, PAGE 91

........................................................................................ Table of Contents

# Table of Contents

| | | |
|---|---|---|
| 1 | **FOREWORD** | **2** |
| 2 | **APPROACH** | **4** |
| | 2.1 Structure of the Report | 4 |
| | 2.2 Source of Information and Methodology | 4 |
| | 2.3 Missing Information and Way Forward | 6 |
| 3 | **GLOBAL OVERVIEW OF COUNTERFEITING AND PIRACY IN 2011** | **7** |
| 4 | **REVIEW OF COUNTERFEITING AND PIRACY BY COMMODITY TYPE** | **16** |
| | 4.1 Accessories | 16 |
| | 4.2 Clothing | 19 |
| | 4.3 Pharmaceutical products | 21 |
| | 4.4 Phonographic products | 24 |
| | 4.5 Electronic appliances | 26 |
| | 4.6 Mobile phones and accessories | 28 |
| | 4.7 Toiletries / Cosmetics | 31 |
| | 4.8 Watches | 32 |
| | 4.9 Computers and accessories | 34 |
| | 4.10 Games and toys | 36 |
| | 4.11 Footwear | 38 |
| | 4.12 Beverages and foodstuff, spare parts, textile products and tobacco products | 41 |
| | 4.13 Other | 42 |
| 5 | **REGIONAL REVIEW OF COUNTERFEITING AND PIRACY** | **43** |
| | 5.1 Central Africa | 43 |
| | 5.2 North Africa | 43 |
| | 5.3 Eastern and Southern Africa | 43 |
| | 5.4 North America | 44 |
| | 5.5 Central America and the Caribbean | 46 |
| | 5.6 South America | 46 |
| | &lt;Operation Tigre 2&gt; | 48 |
| | 5.7 Asia-Pacific | 50 |
| | 5.8 Commonwealth of Independent States (CIS) | 53 |
| | 5.9 Eastern and Central Europe | 54 |
| | 5.10 Western Europe | 57 |
| | 5.11 Middle East | 61 |
| 6 | **SPECIAL ITEMS** | **62** |
| | 6.1 WCO operational exercises | 62 |
| | 6.2 Operation Global Hoax II | 62 |
| | 6.3 WCO Counterfeiting and Piracy (CAP) Group | 63 |
| | 6.4 IPM (Interface Public-Members) | 64 |
| 7 | **ANNEXES** | **65** |
| 8 | **CONTACTS** | **82** |
| 9 | **WCO MISSION STATEMENT** | **83** |
| 10 | **WCO VISION STATEMENT** | **83** |
| 11 | **ACKNOWLEDGEMENTS** | **83** |

Copyright © 2012 World Customs Organization.
All rights reserved. Requests and inquiries concerning translation, reproduction and adaptation rights should be addressed to copyright@wcoomd.org
D/2012/0448/8


Foreword



# 1. FOREWORD

I am pleased to announce the publication of the latest edition of the WCO's Customs and IPR Report in this special year for the WCO, its 60th Anniversary, that is designated as the Year of Connectivity with the slogan "Borders divide, Customs connects". This theme of the year encapsulates what is required for combating counterfeiting and piracy, i.e. strengthened coordination, cooperation and communication between Customs administrations, with other government agencies and institutions, and with the private sector, at national, regional and international levels.

In order to assist Members to effectively perform their role and address the challenges in combating counterfeiting and piracy, the WCO has continued to provide its capacity building activities to Members requesting assistance. One of the most recent actions was Operation TIGRE 2, for which 12 Customs administrations from Central America, South America and the Caribbean worked together to coordinate, cooperate and communicate with each other and with relevant players during a one-week operation in December 2011. As a result, hundreds of containers were inspected, 191 of which were found to contain nearly 7 million counterfeit articles and almost 500,000 kg of precursor chemicals.

With the aim of quantifying and qualifying the trafficking of counterfeit and pirated goods in small parcels, the WCO ran Operation Global Hoax II, a five-day global operation between 1 November and 31 December 2011, with the participation of 43 Member Customs administrations around the world. During the Operation, more than 30,000 parcels were detained and over 150,000 counterfeit or pirated items of various kinds were seized. The use of small parcels for conveying counterfeit and pirated goods has increased considerably with the growth in purchases via the Internet, allowing criminals to exploit the potential to reach consumers throughout the world in order to market their counterfeit products.

The WCO's IPM (Interface Public-Members) tool has been extensively deployed both with Customs and with rights holders as a means of "connecting" the two key players in combating counterfeiting and piracy. IPM enables rights holders to communicate their updated product information to Customs officers, this being critical for effective and efficient Customs intervention at the border. It also enables these officers to contact rights holders immediately in order to verify their suspicions and to initiate follow-up legal action. This tool was tested in real-life conditions during the above-mentioned Operation TIGRE 2 and was proven to be very effective.

The WCO's Customs Enforcement Network (CEN), continues to be an extremely useful platform to "connect" law enforcement agencies. In particular, the introduction of the new CEN application in June 2011 has facilitated the input of 'quality' data by Members through a number of 'quality check' features. This has enhanced the accuracy of the data used for the analysis throughout this Report.

CHLOE039892

EXHIBIT B, PAGE 93

# Foreword

For this year's IPR Report, data covering more than 25,500 cases were provided by 54 Member Customs administrations, from all 6 WCO Regions. A number of Members also shared their national reports, and additional data from the WCO operations has been used to enrich this Report. In total, 68 Customs administrations contributed to the preparation of this Report in one way or another.

This highlights the importance of the role of Customs in combating fake products that could endanger the lives of citizens and the challenge Customs faces in dealing with the ever-changing environment surrounding counterfeiting and piracy. This year for the first time, the Report provides information on seizures outside the limits set for the analysis (50 articles or a value of 10,000 euro), in order to show certain new trends in this changing environment. Two significant developments have been observed : (1) an increase in the seizures of counterfeit pharmaceutical products both with respect to the number of cases (33.1 % increase) and to the quantity (129 % increase); and (2) an increase in counterfeit items moved by means of small parcels (55 % increase in terms of seizures made at mail centres).

I would like to take this opportunity to express my gratitude to the WCO Members and other contributors for the data and information they have communicated to the Secretariat, thus making it possible to compile this Report, which is in five parts, with statistical Annexes. The first part provides a detailed explanation of the source of information and methodologies used to analyse the data. The second part provides a global overview of counterfeiting and piracy, which is followed by the third part describing the counterfeiting and piracy phenomenon by types of commodities. The fourth part focuses on the issue from a regional perspective and the last part outlines major initiatives and activities by the WCO and its partners in this field.

The WCO and its Members stand ready to work in cooperation with other agencies and in partnership with the private sector to carry out effective border enforcement against counterfeiting and piracy. The WCO also continues to be a catalyst to connect all the stakeholders involved in the fight against this serious crime by providing the necessary tools and assistance. I hope that this Report will serve as a useful source of reference.

**Kunio Mikuriya**
*Secrétaire général*
*Organisation mondiale des douanes*


Approach

# 2. APPROACH

## 2.1. Structure of the Report

The WCO has published seven volumes of its annual Customs and IPR Report since 2004. The objectives of this eighth volume are 1) to highlight the significant efforts by Member Customs administrations to combat counterfeiting and piracy, 2) to identify emerging trends both at global and regional levels, 3) to provide information to help Customs to develop policies against counterfeiting and piracy, and 4) to raise awareness of the issues surrounding counterfeiting and piracy.

This Report is in five parts, with statistical Annexes.

The first part of the report provides a detailed explanation of the source of information, methodologies that were used to analyze the data, and gaps we need to understand when reading this report.

The second part provides a global overview of counterfeiting and piracy. This part highlights the issue from the broader point of view and includes information, such as the top 15 seizure / detention cases and commodities, the number of seizures / detentions by region, frequently observed routings, direction (e.g. import, export, etc.) and locations (e.g. airport, seaport, mail centre, etc.).

The third part describes counterfeiting and piracy by types of commodities, which are in accordance with commodity categories set out in the Customs Enforcement Network (CEN). Each type of commodity is explained from various perspectives, including quantity, value, region and country, commercial brand, route followed and seizure locations. Significant and / or exceptional cases have been added for respective commodity types where appropriate.

The fourth part focuses on regional breakdown in accordance with the structure of the RILO network (as explained towards the last part of the report) where applicable. This part follows a similar structure to the second part (global overview) but provides a more in-depth analysis of the situation in each region.

The fifth part outlines major initiatives and activities by the WCO and its partners in this field.

The Annex includes seizure statistics which were not included in the main body of the report, such as seizures / detentions by every reporting country and by each type of commodity.

## 2.2. Source of Information and Methodology

The seizure / detention data in this Report has basically been compiled from the CEN database (operational since July 2000). Some relevant information submitted by Member Customs that was not in the CEN (for some reason) has been taken into account when it could shed light on, or add value to, the preparation of this report. For example, the Secretariat processed and uploaded national data received by Excel spreadsheet from Members onto the CEN database. Members also submitted their national reports with descriptive explanations on their significant cases, some of which were quoted in the relevant sections of this report. This year, for the first time, data from a WCO operational exercise (Operation TIGRE 2 in December 2011) has been provided for inclusion in this report. The data itself has not been uploaded onto the CEN database due to the fact that it has not been validated by individual Members who submitted the data, but detailed data analyses are included where appropriate.

This Report covers seizures / detentions made between 1 January and 31 December 2011. Only those seizures reported and validated before 31 March 2012 have been used for analysis. Data provided later than that could not be included in this Report, but will be updated and taken into consideration for the preparation of the next annual Report.

As a general rule, the CEN database considers one case as one seizure / detention on one occasion. Therefore, one case may include multiple lines of commodities.

Analysis only takes account of cases where Customs services were involved, which includes not only seizures / detentions by Customs but also joint cases by Customs and other law enforcement agencies (e.g. Police) regarding importation, exportation, in transit, in the marketplace, or in the context of an investigation into organized crime. Information for the year 2010 has also been taken into account, for the purposes of comparison and to help identify any major variations or developments.

For the submission of information to the CEN database, different reporting limits are set by different RILO regions (See Table: Reporting limits (IPR commodity) by region). These limits are used for the purpose of enabling Member Customs to effectively provide their cases to the CEN within their limited human resources. It should be noted that these limits are optional and Members can report cases that fall outside the limits. In order to allow consistent comparison amongst the different regions, however, the minimum common limit of all RILO regions has been taken into consideration, i.e. cases involving a minimum of 50 articles, or the value of goods at least 10,000 euros (or equivalent US dollar value based on the value of the genuine articles). This means that if one case involves multiple commodities, the total quantity or the total value of these commodities are checked against the limits. Based on these criteria, out of the 25,530 cases involving 143,197,392 pieces and 1,830,982 kg of

CHLOE039894

EXHIBIT B, PAGE 95

........................................................................................... Approach

items reported to the CEN in 2011, 20,932 cases involving 143,159,532 pieces and 1,830,698 kg have been used for analysis in this Report. This year for the first time, information on the cases beyond the minimum common limit is provided separately, considering the added value it may have, in particular, looking at the recent increase in counterfeit and pirated goods sent by small parcels.

Unless otherwise specified, market price of genuine goods in US dollars (as of July 15 2010 for 2010 data and April 2011 for 2011 data) is used to estimate the value of counterfeited / pirated items. For certain reported cases, no price or inadequate price information was provided (price information is provided for 82.6% of total lines of commodities in 2011, for 20,405 out of 24,705 lines) and prices for the same type of goods vary in different regions / countries. The value, therefore, is used for information only and has no official status.

Various units (e.g. piece, unit, pair, kg, litre, drum, carton, box, set, etc.) are used to report quantity of seized / detained goods. For the convenience of the analysis, these units have been converted into (1) pieces and (2) kg, following the rules as specified in the Annex. For tobacco products, 1 packet of cigarettes (= 20 sticks) is counted as 1 piece, or for cigars, 1 cigar is counted as 1 piece in this Report. Details for calculating units for tobacco products are also explained in the same Annex.

As for the categories of counterfeited goods, there are two levels set in the CEN database. With the introduction of the new CEN in 2011, there have been a few changes in terms of categories of commodity type, e.g. 'Textile and textile articles' are split into 'clothing' and 'textiles other than clothing' (towels, bed sheets etc.). In order to more accurately capture the phenomena of counterfeiting and piracy, the Secretariat further reviewed these categories and modified the existing levels of categories wherever deemed appropriate. These new categories will be explained further in detail in the third part of this report where counterfeiting and piracy are discussed by types of commodities. As these new rules applied not only to 2011 data but to the 2010 data as well for consistency, in some cases, comparison of figures in this report with the ones in previous reports may not be appropriate.

The term country or Member State in this Report refers to the WCO Member Customs administration responsible for the jurisdiction within one independent Customs territory, rather than a sovereign territory.

In general, the regions being compared correspond to the geographical area which falls under the competence of a given RILO. North America (Canada and the USA) and Central America and the Caribbean (Costa Rica, Dominican Republic, El Salvador, Guatemala, Honduras, Jamaica, Mexico, Nicaragua, and Panama) regions were used for the purpose of this report.

Origin in this report is the country where the goods were produced / manufactured as reported by Member Customs administrations. It should be noted that the country of departure is not necessarily the country of origin. In some cases where articles were seized / detained inland or internally, no information on departure or destination is available.

In the new CEN database, a new reporting category was added, namely, 'status of goods' where Members can specify whether the item in question was 'stopped' (or detained), 'seized' or 'returned'. This takes into account the varying legal competence of Member Customs administrations in terms of IPR infringing cases and allows

| Reporting limits (IPR commodity) by region | |
|---|---|
| Asia / Pacific | No limit |
| Central America and the Caribbean | No limit |
| Central Africa | No limit |
| Commonwealth of Independent States (CIS) | No limit |
| Eastern and Central Europe | All items above 50 pieces or a minimum value of the genuine goods of 10,000 Euros |
| Eastern and Southern Africa | 50 pieces or 2,000 USD per seizure (value of the genuine goods) |
| Middle East | No limit |
| North Africa | No limit |
| North America | No limit |
| South America | No limit |
| Western Africa | No limit |
| Western Europe | 50 items or a minimum value of the genuine goods of 10,000 Euro or the lowest national reporting limit. NO LIMIT in case of fake medicines. |

**EXHIBIT B, PAGE 96**

 **Approach**

·················································································

Members more flexibility in reporting them. The CEN database is constantly being updated. The figures in the present report may therefore be different from those taken into account in previous reports and are subject to checking and constant review.

### 2.3. Missing Information and Way forward

In early 2012, the WCO Secretariat sent out letters to all the Directors General of Customs and RILOs, inviting them to input data on their cases, submit brief descriptions of the trends identified, and to provide original or digital photographs to illustrate any particularly interesting cases in 2011.

As a result, 54 out of 177 WCO Member Customs administrations reported more than 25,500 cases in 2011 relating to counterfeiting and piracy. This figure includes the submission of national data to the Secretariat by Excel spreadsheet (10 countries). 21 Customs administrations provided their statistics and additional information to enrich the contents of the report. It should also be noted that data from the WCO operation is provided as an additional source of information. In total, 68 Customs administrations contributed to the preparation of this report in one way or another. It is nevertheless believed that lack of data in some regions has prevented us from compiling a more comprehensive global picture, and has limited the preparation of in-depth analysis.

The Secretariat wishes to thank all the countries participating in this endeavour and invites them to pursue further efforts to benefit the international Customs community and its partners.

We believe it is essential to collect comprehensive data from Members on seizures / detentions in order to more accurately assess the scale of the phenomenon worldwide, to be able to produce accurate analytical reports and to enhance the credibility of this Report with all the stakeholders and parties interested in the problem of counterfeiting and piracy, ranging from Customs administrations to the private sector, from regional, national and also international communities.

In addition to entering cases directly, regular and timely submission of national data by means of a spreadsheet file (e.g. MS Excel) to the Secretariat for uploading onto the CEN database is highly recommended as it will enable Members to share their information in a more effective and efficient manner, while at the same time enlarging the pool of data for better analysis.

With more sharing of information and more information accumulation in the CEN database, a more accurate picture of the phenomenon may be obtained and a better risk analysis carried out. This will bring about further improvement in the decision-making process and increased efficiency and effectiveness in combating counterfeiting and piracy.

CHLOE039896

EXHIBIT B, PAGE 97

# 3. GLOBAL OVERVIEW OF COUNTERFEITING AND PIRACY IN 2011

### Introduction

This section provides an overview of the global situation concerning counterfeiting and piracy from various perspectives, including cases and quantity by region, counterfeited goods by category and by brand, departure / transit / destination countries, directions (importation, exportation, transit, etc.) and seizure location types.

As explained in the previous section, this report is based on the contributions from Member Customs administrations, i.e. CEN data from 54 members, individual report provided by 21 Members and data from a WCO Operation for which 12 Customs administrations participated. Out of these contributions, 20,932 cases, amounting to 143 million pieces and 1.8 million kg are used for data analysis. Individual reports are mainly used to highlight Members' efforts in relevant sections, and data from the WCO operation is included in the section dedicated to regional review.

### Reported agencies

Nearly 95 % of all the cases were made and reported by Customs administrations and approximately 5 % are the result of the joint efforts by Customs and other enforcement agencies, such as the police, army, border guard and anti-counterfeiting agency. In terms of quantity, joint efforts account for about 9% of all the cases.

### Regions and countries

Regionally, in terms of number of cases, the North America region reported about 47% of all the cases, followed by Western Europe (30%), Middle East (9.5%), Asia / Pacific (5.8%) and then Eastern and Central Europe (3.3%), all of which amounts to more than 95% of reported cases in 2011. This picture slightly changes when we look at the reported quantity (in pieces) by region. Western Europe comes first (43.5%), followed by Eastern and Central Europe (16.4%), Middle East (14.1%), North America (13.1%) and Central America and

#### Number of reported cases by region

| Region | 2010 | 2011 |
|---|---|---|
| Asia/Pacific | 6,084 | 1,212 |
| Central Africa | | 2 |
| Central America and the Caribbean | 1,072 | 309 |
| CIS | 178 | 362 |
| Eastern and Central Europe | 886 | 693 |
| Eastern and Southern Africa | 245 | 24 |
| Middle East | 1,232 | 1,992 |
| North Africa | 20 | 76 |
| North America | 10,950 | 9,762 |
| South America | 194 | 219 |
| West Africa | 1 | |
| Western Europe | 6,744 | 6,281 |
| **Grand Total** | **27,606** | **20,932** |

#### Quantity of seized / detained commodities by region

| Region | 2010 Pieces | 2010 Kg | 2011 Pieces | 2011 Kg | Unknown |
|---|---|---|---|---|---|
| Asia/Pacific | 64,369,232 | 16,000 | 3,241,266 | | |
| Central Africa | | | 205 | 20,240 | |
| Central America and the Caribbean | 16,398,310 | | 6,358,355 | 263 | |
| CIS | 893,522 | 46,468 | 5,831,707 | 218,027 | |
| Eastern and Central Europe | 6,842,156 | 67,502 | 23,471,681 | 900 | |
| Eastern and Southern Africa | 910,008 | | 48,771 | | |
| Middle East | 25,963,947 | 173,954 | 20,191,190 | 1,579,283 | 5 |
| North Africa | 3,531,438 | 19,210 | 2,745,826 | | |
| North America | 28,926,449 | | 18,747,706 | | |
| South America | 2,556,474 | 163 | 308,351 | 10,985 | |
| West Africa | 2,100,000 | | | | |
| Western Europe | 59,853,077 | 61,975 | 62,214,473 | 1,000 | |
| **Grand Total** | **212,325,749** | **385,272** | **143,159,532** | **1,830,698** | **5** |

#### TOP 15 countries in terms of the number of reported cases

| Country | 2010 | % in total | 2011 | % in total |
|---|---|---|---|---|
| United States | 10,950 | 39.67% | 9,761 | 46.63% |
| Germany | 1,647 | 5.97% | 1,935 | 9.24% |
| France | 1,213 | 4.39% | 1,819 | 8.69% |
| Saudi Arabia | 885 | 3.21% | 1,608 | 7.68% |
| Japan | 912 | 3.30% | 1,031 | 4.93% |
| Italy | 860 | 3.12% | 811 | 3.87% |
| Spain | 811 | 2.94% | 493 | 2.36% |
| Russian Federation | 178 | 0.64% | 362 | 1.73% |
| Ireland | 279 | 1.01% | 277 | 1.32% |
| Mexico | 1,072 | 3.88% | 259 | 1.24% |
| Czech Republic | 246 | 0.89% | 256 | 1.22% |
| Kuwait | 319 | 1.16% | 248 | 1.18% |
| Portugal | 467 | 1.69% | 248 | 1.18% |
| Poland | 252 | 0.91% | 243 | 1.16% |
| Hungary | 217 | 0.79% | 216 | 1.03% |

## Global Overview of Counterfeiting and Piracy in 2011



**Reported cases by commodity category 2010**

| Accessories | 4,565 |
|---|---|
| Beverages | 12 |
| Clothing | 3,117 |
| Computers and accessories | 1,499 |
| Electronic appliances | 2,064 |
| Foodstuff | 81 |
| Footwear | 1,693 |
| Games and toys | 1,107 |
| Mobile phones and accessories | 2,092 |
| Other | 3,054 |
| Pharmaceutical Products | 1,398 |
| Phonographic products | 2,871 |
| Spare parts | 512 |
| Textiles other than clothing (towels, bed sheets etc.) | 381 |
| Tobacco | 100 |
| Toiletries / cosmetics | 1,724 |
| Watches | 1,336 |
| **Grand Total** | **27,606** |

**Reported cases by commodity category 2011**

| Accessories | 3,195 |
|---|---|
| Beverages | 2 |
| Clothing | 3,026 |
| Computers and accessories | 1,015 |
| Electronic appliances | 1,551 |
| Foodstuff | 174 |
| Footwear | 850 |
| Games and toys | 864 |
| Mobile phones and accessories | 1,551 |
| Other | 2,003 |
| Pharmaceutical Products | 1,861 |
| Phonographic products | 1,750 |
| Spare parts | 288 |
| Textiles other than clothing (towels, bed sheets etc.) | 138 |
| Tobacco | 111 |
| Toiletries / cosmetics | 1,347 |
| Watches | 1,206 |
| **Grand Total** | **20,932** |

**Quantity of seized / detained commodities by commodity category - 2010**

| Accessories | 14,659,161 |
|---|---|
| Beverages | 50,374 |
| Clothing | 15,119,707 |
| Computers and accessories | 10,187,472 |
| Electronic appliances | 8,525,067 |
| Foodstuff | 4,697,537 |
| Footwear | 10,512,174 |
| Games and toys | 8,224,736 |
| Mobile phones and accessories | 3,187,107 |
| Other | 69,479,280 |
| Pharmaceutical Products | 11,553,626 |
| Phonographic products | 8,269,050 |
| Spare parts | 10,302,313 |
| Textiles other than clothing (towels, bed sheets etc.) | 3,070,708 |
| Tobacco | 19,272,683 |
| Toiletries / cosmetics | 13,701,310 |
| Watches | 1,313,444 |
| **Grand Total** | **212,325,749** |

**TOP 15 countries in terms of the quantity of seized / detained commodities (pieces)**

| Country | 2010 Pieces | 2010 % in total | 2011 Pieces | 2011 % in total |
|---|---|---|---|---|
| Italy | 15,029,350 | 7.08% | 39,204,254 | 27.39% |
| Bulgaria | 13,872 | 0.01% | 20,634,910 | 14.41% |
| United States | 28,926,449 | 13.62% | 18,747,608 | 13.10% |
| Saudi Arabia | 17,420,883 | 8.20% | 18,301,234 | 12.78% |
| France | 3,083,463 | 1.45% | 6,678,199 | 4.66% |
| Mexico | 16,398,310 | 7.72% | 5,998,690 | 4.19% |
| Russian Federation | 893,522 | 0.42% | 5,831,707 | 4.07% |
| Spain | 14,391,932 | 6.78% | 5,661,401 | 3.95% |
| Morocco | 3,531,438 | 1.66% | 2,745,826 | 1.92% |
| Malta | 1,619,249 | 0.76% | 2,697,822 | 1.88% |
| Hong Kong, China | 1,795,748 | 0.85% | 2,556,870 | 1.79% |
| Germany | 3,747,767 | 1.77% | 2,418,306 | 1.69% |
| Czech Republic | 1,713,016 | 0.81% | 1,596,320 | 1.12% |
| Ireland | 6,726,025 | 3.17% | 1,484,941 | 1.04% |
| Kuwait | 1,685,323 | 0.79% | 1,339,310 | 0.94% |

the Caribbean (4.4%), occupying almost 92 % of all the reported quantity (in pieces).

The United States is the country that reported the most cases in 2011 (9,761 cases). This is followed by Germany, France, Saudi Arabia and Japan. 15 countries from the top of the list account for more than 92 % of all the cases reported globally.

Italy reported the largest quantity of items (in pieces: 39.2 million or 27.3 % of aggregate quantity), then follow Bulgaria (20.6 million, 14.4%), the United States (18.7 million, 13.1%), Saudi Arabia (18.3 million, 12.8%) and France (6.7 million, 4.7%). Top 15 countries reported 91.8 % of total global quantity (in pieces).

CHLOE039898

**EXHIBIT B, PAGE 99**

Global Overview of Counterfeiting and Piracy in 2011



**Quantity of seized / detained commodities by commodity category - 2011**

| Accessories | 11,146,534 |
| --- | --- |
| Beverages | 10,843 |
| Clothing | 13,445,904 |
| Computers and accessories | 3,055,797 |
| Electronic appliances | 4,236,532 |
| Foodstuff | 2,911,983 |
| Footwear | 4,491,695 |
| Games and toys | 5,216,519 |
| Mobile phones and accessories | 6,869,239 |
| Other | 45,026,960 |
| Pharmaceutical Products | 26,685,168 |
| Phonographic products | 2,683,902 |
| Spare parts | 1,457,125 |
| Textiles other than clothing (towels, bed sheets etc.) | 861,306 |
| Tobacco | 7,397,868 |
| Toiletries / cosmetics | 7,021,039 |
| Watches | 641,119 |
| **Grand Total** | **143,159,532** |



**Value of seized / detained commodities by commodity category (in USD) - 2010**

| Accessories | 279,743,816 |
| --- | --- |
| Beverages | 237,624 |
| Clothing | 226,074,726 |
| Computers and accessories | 19,475,172 |
| Electronic appliances | 45,826,689 |
| Foodstuff | 2,307,239 |
| Footwear | 214,242,355 |
| Games and toys | 30,143,982 |
| Mobile phones and accessories | 43,770,678 |
| Other | 88,562,515 |
| Pharmaceutical Products | 20,506,967 |
| Phonographic products | 13,503,896 |
| Spare parts | 15,930,216 |
| Textiles other than clothing (towels, bed sheets etc.) | 28,500,232 |
| Tobacco | 676,450,919 |
| Toiletries / cosmetics | 49,254,107 |
| Watches | 132,217,713 |
| **Grand Total** | **1,886,748,856** |



**Value of seized / detained commodities by commodity category (in USD) - 2011**

| Accessories | 686,004,859 |
| --- | --- |
| Beverages | 516,502 |
| Clothing | 190,868,316 |
| Computers and accessories | 42,237,574 |
| Electronic appliances | 57,735,771 |
| Foodstuff | 8,672,279 |
| Footwear | 198,802,542 |
| Games and toys | 23,729,485 |
| Mobile phones and accessories | 104,795,538 |
| Other | 81,747,565 |
| Pharmaceutical Products | 20,149,197 |
| Phonographic products | 7,717,463 |
| Spare parts | 36,190,728 |
| Textiles other than clothing (towels, bed sheets etc.) | 10,301,548 |
| Tobacco | 26,029,950 |
| Toiletries / cosmetics | 71,589,294 |
| Watches | 215,680,858 |
| **Grand Total** | **1,782,769,468** |

## Commodities

The cases involving commodities belonging to "Accessories" category are the most frequently reported in 2011 (3,194 cases or 15.3%). This is followed by Clothing (3,027 cases, 14.5%), Pharmaceutical products (1,856 cases, 8.9%), Phonographic products (1,750 cases, 8.4%) and Mobile Phones and Accessories (1,551 cases, 7.4 %). It is noteworthy that despite the fact that total number of reported cases declined, cases involving pharmaceutical products increase both in the number of cases (1,398 cases in 2010) and in the proportion of this category to all the categories (5.1% in 2010 to 8.9% in 2011).

**TOP 15 counterfeited brands by number of cases**

| Brand | 2010 | % in total | 2011 | % in total |
| --- | --- | --- | --- | --- |
| Apple | 719 | 3.45% | 685 | 3.55% |
| Mac | 263 | 1.26% | 540 | 2.80% |
| Viagra | 430 | 2.07% | 532 | 2.76% |
| Power Balance | 375 | 1.80% | 447 | 2.32% |
| Louis Vuitton | 571 | 2.74% | 409 | 2.12% |
| Sanrio Hello Kitty | 420 | 2.02% | 392 | 2.03% |
| Cialis | 160 | 0.77% | 321 | 1.66% |
| Chanel | 356 | 1.71% | 290 | 1.50% |
| Nike | 687 | 3.30% | 290 | 1.50% |
| Adidas | 585 | 2.81% | 266 | 1.38% |
| Calvin Klein | 231 | 1.11% | 247 | 1.28% |
| Blackberry | 118 | 0.57% | 245 | 1.27% |
| Rolex | 304 | 1.46% | 237 | 1.23% |
| Walt Disney | 281 | 1.35% | 230 | 1.19% |
| Nokia | 607 | 2.92% | 210 | 1.09% |
| **Total** | **20,815** | **100%** | **19,298** | **100%** |

CHLOE039899

**EXHIBIT B, PAGE 100**

## Global Overview of Counterfeiting and Piracy in 2011

In terms of the quantity of seized / detained items (in pieces), pharmaceutical products are ahead of all the other commodities (26.7 million pieces or 18.6%). Other categories in top 5 are: clothing (13.4 million, 9.4%), accessories (11.1 million, 7.8%), tobacco (7.4 million, 5.2%), and toiletries / cosmetics (7.0 million, 4.9%). Pharmaceutical products and mobile phones (and accessories) show steep increase (more than doubled) from the previous year in terms of seized / detained quantity, although the total quantity (in pieces) has decreased by 32.6% (212 million pieces in 2010 to 143 million in 2011.)

Kg is used for reporting seizure / detention of most of the categories except for beverages, computers and accessories, pharmaceutical products, phonographic products, tobacco and watches. Top 5 categories in terms of reported weight of the seized / detained products are foodstuff (39.9%), games and toys (4.8%), footwear (2.3%), clothing (1.7%) and spare parts (1.2%).

The top 5 reported values (retail price in US dollars) of commodities are: accessories (686 millions USD or 38.5%), watches (215.7 million USD, 12.1%), footwear (198.8 million USD, 11.2%), clothing (190.9 million USD, 10.7%) and mobile phones and accessories (104.8 million USD, 5.9%). Thanks to Members' significant contribution, reporting of the value of seized / detained items has improved for the year 2011. While price information was provided for 58.4% of total lines of reported commodities in 2010, Members reported 82.6% of the total lines in 2011. Bearing in mind the fact that pricing for different commodities varies among different countries, and that for certain cases, inadequate price information was provided, the above statistics must be interpreted with caution.

### Brands

In 2011, Members reported nearly 980 brands having been counterfeited, although information on brand is either not available or not applicable in approximately 37% or 7,836 cases. In 488 cases, different types of items and brands were mixed together in one shipment.

In terms of number of cases, Apple (mainly in mobile phones and accessories as well as computers and accessories) is reported as most frequently counterfeited (685 cases, 3.6%), followed by MAC (540 cases, 2.8% in cosmetics), Viagra (532 cases, 2.8%, drug for the treatment of erectile dysfunction), Power Balance (447 cases, 2.3% in accessories), and Louis Vuitton (409 cases, 2.1% mainly in accessories).

TOP 15 counterfeited brands by quantity (pieces)

| Brand | 2010 | | 2011 | |
|---|---|---|---|---|
| | Pieces | % in total | Pieces | % in total |
| Viagra | 9,294,702 | 5.00% | 22,242,009 | 16.28% |
| Nike | 5,838,727 | 3.14% | 5,814,907 | 4.26% |
| Marlboro | 6,327,104 | 3.40% | 3,189,311 | 2.34% |
| Bic | 18,288,986 | 9.83% | 3,184,121 | 2.33% |
| Nesmark | | | 3,072,000 | 2.25% |
| Duracell | 1,191,062 | 0.64% | 1,812,802 | 1.33% |
| Nokia | 1,667,312 | 0.90% | 1,669,542 | 1.22% |
| Smiley World | 15,367 | 0.01% | 1,547,333 | 1.13% |
| LM | 905,041 | 0.49% | 1,192,960 | 0.87% |
| Yes Love | | | 1,099,017 | 0.80% |
| Sharples | | | 996,477 | 0.73% |
| Gillette | 1,632,230 | 0.88% | 955,758 | 0.70% |
| Walt Disney | 2,218,432 | 1.19% | 908,963 | 0.67% |
| Benson&Hedges | 2,963,980 | 1.59% | 803,521 | 0.59% |
| Ben 10 | 713,188 | 0.38% | 772,994 | 0.57% |
| Grand Total | 185,962,677 | 100% | 136,583,003 | 100% |

TOP 15 counterfeited brands in USD

| Brand | 2010 | | 2011 | |
|---|---|---|---|---|
| | Pieces | % in total | Pieces | % in total |
| Nike | 82,060,189 | 4.47% | 462,271,572 | 26.86% |
| Louis Vuitton | 79,979,316 | 4.36% | 136,157,557 | 7.91% |
| Tag Heuer | 1,439,222 | 0.08% | 84,516,670 | 4.91% |
| Nokia | 29,210,636 | 1.59% | 44,775,862 | 2.60% |
| Burberry | 30,011,303 | 1.63% | 42,077,600 | 2.44% |
| Rolex | 38,676,117 | 2.11% | 32,669,118 | 1.90% |
| Cartier | 8,374,936 | 0.46% | 27,289,392 | 1.59% |
| Adidas | 45,137,081 | 2.46% | 25,261,032 | 1.47% |
| Bulgari | 5,437,950 | 0.30% | 19,445,389 | 1.13% |
| Omega | 964,416 | 0.05% | 19,042,477 | 1.11% |
| Hermes | 411,602 | 0.02% | 18,882,176 | 1.10% |
| Sony | 3,585,792 | 0.20% | 18,695,786 | 1.09% |
| Christian Louboutin | | | 17,854,924 | 1.04% |
| Chanel | 31,140,274 | 1.70% | 17,739,596 | 1.03% |
| Breitling | 3,394,963 | 0.18% | 16,795,331 | 0.98% |
| Grand Total | 1,835,836,897 | 100% | 1,721,062,745 | 100% |

CHLOE039900

**Global Overview of Counterfeiting and Piracy in 2011**

### Departure countries by number of cases

| Country | 2010 | % in total | 2011 | % in total |
|---|---|---|---|---|
| China | 17,644 | 63.91% | 10,561 | 50.45% |
| Hong Kong, China | 4,383 | 15.88% | 4,954 | 23.67% |
| India | 881 | 3.19% | 1,045 | 4.99% |
| Unknown | 1,793 | 6.49% | 1,007 | 4.81% |
| Thailand | 196 | 0.71% | 222 | 1.06% |
| N/A | 4 | 0.01% | 212 | 1.01% |
| Turkey | 199 | 0.72% | 209 | 1.00% |
| United Arab Emirates | 333 | 1.21% | 185 | 0.88% |
| Singapore | 122 | 0.44% | 181 | 0.86% |
| United States | 191 | 0.69% | 174 | 0.83% |
| Greece | 97 | 0.35% | 160 | 0.76% |
| Switzerland | 31 | 0.11% | 146 | 0.70% |
| Egypt | 44 | 0.16% | 118 | 0.56% |
| Peru | 54 | 0.20% | 117 | 0.56% |
| Korea, Republic Of | 166 | 0.60% | 110 | 0.53% |
| **Grand Total** | **27,606** | **100%** | **20,932** | **100%** |

### Departure countries by quantity of seized / detained commodity

| Country | 2010 Pieces | % in total | 2011 Pieces | % in total |
|---|---|---|---|---|
| China | 162,899,899 | 76.71% | 66,469,814 | 46.43% |
| United Arab Emirates | 2,188,442 | 1.03% | 22,416,175 | 15.66% |
| Bulgaria | 64,952 | 0.03% | 20,217,388 | 14.12% |
| Unknown | 22,744,642 | 10.71% | 11,714,020 | 8.18% |
| Hong Kong, China | 6,065,328 | 2.86% | 9,127,721 | 6.38% |
| India | 1,149,291 | 0.54% | 1,931,905 | 1.35% |
| Iran, Islamic Republic Of | 48,921 | 0.02% | 1,580,191 | 1.10% |
| Malaysia | 689,384 | 0.32% | 906,327 | 0.63% |
| United States | 180,242 | 0.08% | 870,302 | 0.61% |
| Turkey | 1,321,612 | 0.62% | 857,268 | 0.60% |
| Hungary | 2,143 | | 779,944 | 0.54% |
| N/A | 11,336 | 0.01% | 682,551 | 0.48% |
| Egypt | 854,032 | 0.40% | 546,188 | 0.38% |
| Syrian Arab Republic | 40,381 | 0.02% | 461,659 | 0.32% |
| Belgium | 61,408 | 0.03% | 424,208 | 0.30% |
| **Grand Total** | **212,344,613** | **100%** | **143,159,532** | **100%** |

### Destination countries by number of cases

| Country | 2010 | % in total | 2011 | % in total |
|---|---|---|---|---|
| United States | 10,795 | 39.10% | 9,111 | 43.53% |
| Germany | 1,554 | 5.63% | 1,716 | 8.20% |
| Saudi Arabia | 924 | 3.35% | 1,605 | 7.67% |
| France | 1,072 | 3.88% | 1,501 | 7.17% |
| Japan | 1,092 | 3.96% | 1,036 | 4.95% |
| Italy | 675 | 2.45% | 684 | 3.27% |
| Spain | 889 | 3.22% | 533 | 2.55% |
| Russian Federation | 308 | 1.12% | 387 | 1.85% |
| Mexico | 1,065 | 3.86% | 333 | 1.59% |
| Poland | 299 | 1.08% | 332 | 1.59% |
| Czech Republic | 253 | 0.92% | 308 | 1.47% |
| Ireland | 303 | 1.10% | 281 | 1.34% |
| Portugal | 485 | 1.76% | 255 | 1.22% |
| Kuwait | 326 | 1.18% | 248 | 1.18% |
| Venezuela | 78 | 0.28% | 243 | 1.16% |
| **Grand Total** | **27,606** | **100%** | **20,932** | **100%** |

In terms of quantity, nearly 39 % out of 137 million pieces (reported by Members as Trademark infringement) does not have or are not applicable for information on brands and mixed brands in one shipment amount to nearly 8.6 million pieces. Viagra is on top of the list and 22.2 million pieces, or 16.3%, were reported to be found in 2011. The remaining brands in top 5 list are Nike (5.8 million pieces, 4.3% in sports bags, sports shoes and clothing), Marlboro (3.2 million pieces (packets), 2.3%), BIC (3.2 million pieces, 2.3%, mainly in stationery), and Nesmark (3.1 million pieces, 2.3% in contraceptive products. This is the result of 1 huge seizure case by Italy.)

In terms of the value of the product, Nike comes as the first brand on the list (462 million US dollars, 26.9%), followed by Louis Vuitton (136 million USD, 7.9%), Tag Heuer (84.5 million USD, 4.9% in watches), Nokia (44.8 million USD, 2.6% in mobile phones and accessories), and Burberry (42.1 million USD, 2.4 % mainly in accessories and clothing).

### Departure

The information on departure countries is reported as unknown for 1,007 out of 20,932 cases, but 128 countries were indicated as the countries of departure. More than 50%, or 15,561 cases out of all the cases were reported as departed from China. This is followed by Hong Kong, China (4,954 cases or 23.7%), India (1,045 cases or 5%), Thailand (222 cases, 1.1%) and Turkey (209 cases, 1%).

When we take into account the quantity (in pieces) of seized / detained items, 66.5 million pieces, or 46.4%, were departed from China, followed by United Arab Emirates (UAE) (22.4 million pieces, 15.7%), Bulgaria (20.2 million pieces, 14.1%. Note: almost all of the items (99.8%) were seized by Bulgarian Customs at export.), Hong

CHLOE039901

**EXHIBIT B, PAGE 102**