1  MARK A. FINKELSTEIN (State Bar No. 173851)
2  mafinkelstein@jonesday.com
   JONES DAY
3  3161 MICHELSON DRIVE, SUITE 800
   IRVINE, CA 92612-4408
4  949.851.3939
   949.553.7539 (Facsimile)
5  SUSAN M. KAYSER (admitted *pro hac vice*)
6  skayser@jonesday.com
   JESSICA D. BRADLEY (admitted *pro hac vice*)
7  jbradley@jonesday.com
   LUCY JEWETT WHEATLEY (admitted *pro hac vice*)
8  lwheatley@jonesday.com
   JONES DAY
9  51 LOUISIANA AVE, NW
   WASHINGTON, DC 20001
10 202.879.3939
   202.626.1700 (Facsimile)

11 Attorneys for Plaintiffs Chloé SAS, Alfred Dunhill Limited, Officine Panerai
   AG, Montblanc-Simplo GmbH, Cartier International A.G., and Lange Uhren
12 GmbH and Counterclaim Defendants

13

               **UNITED STATES DISTRICT COURT**
14        **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

15
   | CHLOÉ SAS, *et al.*, | Case No: 11-CV-04147 GAF(MANx) |
16 | | |
   | Plaintiffs, | |
17 | | |
   | vs. | **[PROPOSED] PERMANENT** |
18 | | **INJUNCTION AGAINST** |
   | SAWABEH INFORMATION | **DEFENDANTS SAWABEH** |
19 | SERVICES CO, *et al.*, | **INFORMATION SERVICES CO.,** |
   | | **TRADEKEY (PVT) LTD.,** |
20 | Defendants. | **WALEED ABALKHAIL AND** |
   | | **JUNAID MANSOOR** |
21 | SAWABEH INFORMATION | |
   | SERVICES CO., TRADEKEY (PVT) | |
22 | LTD | |
23 | Counterclaimants, | |
   | v. | |
24 | | |
   | CHLOE SAS; ALFRED DUNHILL | |
25 | LIMITED; OFFICINE PANERAI AG, | |
   | and MONTBLANC-SIMPLO GMBH, | |
26 | | |
27 | Counterclaim Defendants. | |
28

---

[PROPOSED] PERMANENT INJUNCTION                    Case No: 11-CV-04147 GAF(MANx)

Pursuant to this Court's October 8, 2013 (Dkt. 582) and March 18, 2014
(Dkt. 701) Orders granting Plaintiffs Chloé SAS, Alfred Dunhill Limited, Officine
Panerai AG, Montblanc-Simplo GmbH, Cartier International A.G., and Lange
Uhren GmbH's Motions For Partial Summary Judgment against Defendants
TradeKey (Pvt) Ltd., Sawabeh Information Services Co., Waleed Abalkhail and
Junaid Mansoor for (1) Contributory Counterfeiting, (2) Contributory Trademark
Infringement, (3) Federal Unfair Competition, (4) California Trademark
Infringement, and (5) California Unfair Competition, the Court enters the following
Permanent Injunction:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1.    Defendants TradeKey (Pvt) Ltd., Sawabeh Information Services Co.,
Waleed Abalkhail and Junaid Mansoor (collectively "Defendants"), their officers,
agents, servants, employees, and attorneys, and any other persons who are in active
concert or participation with them, or who receive actual notice of this Order by
personal service or otherwise, be immediately and permanently enjoined from:

    (a)    permitting, allowing, or facilitating customers, users, or members of
www.TradeKey.com, www.saudicommerce.com, and
www.b2bfreezone.com, or any other website affiliated with the
Defendants to post or display listings to buy, sell, manufacture or
distribute products bearing Plaintiffs' Marks (set forth in Exhibit 1
attached hereto and incorporated herein) or any "colorable imitation"
of Plaintiffs' Marks,;

    (b)    displaying listings either using the Plaintiffs' Marks or in response to
search queries for Plaintiffs' Marks on the Defendants' websites;

    (c)    using Plaintiffs' Marks as keywords, adwords, or any other type of
metadata; and

    (d)    allowing or advising any person or entity on how to create or post
listings for products Defendants know or have reason to know infringe

1    Plaintiffs' Marks.

2    **IT IS FURTHER ORDERED** that:

3    2.    Defendants must monitor their websites on an on-going basis for

4    compliance and must, upon written notice, remove or disable access to any listing

5    that Plaintiffs identify as infringing, or that otherwise comes to Defendants'

6    attention as infringing Plaintiffs' Marks.

7

8    **IT IS SO ORDERED.**

9

10   Dated: ___7/7___, 2014.

11   U.S. District Judge Gary A. Feess

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

Exhibit 1
Page 3

| Mark | Reg. No. or App. No. | Int'l Class | Goods |
|---|---|---|---|
| CHLOE | 1,491,810 | 18, 25 | **18**: handbags, purses,<br><br>**25**: bathrobes, bathing suits, coats, dresses, hats, jackets, shirts, blouses, trousers, skirts, scarves, shoes |
| CHLOE | 2,745,487 | 14 | Jewelry |
| **Chloé** | 3,291,996 | 18 | Goods made of leather and imitations of leather, namely, handbags, purses, traveling cases, traveling bags, luggage, backpacks, toiletry cases sold empty, credit card cases and holders, key cases, coin purses |
| **Chloé** | 1,182,862 | 14, 25 | **14**: jewelry-namely, dress jewelry<br><br>**25**: clothing-namely, belts, scarves, frocks, dresses, coats, costumes, suits, skirts, blouses, vests and pantsuits, hats, fur coats, jackets, stoles, capes |
| **Chloé** | 950,843 | 25 | Ladies' articles of clothing for outerwear-namely, frocks, dresses, coats, costumes, suits, skirts, blouses, vests and pant-suits; vests, hats and ties; and ladies' shoes |
| EDITH | 3,401,846 | 18 | Handbags purses, wallets |
| PADDINGTON | 3,398,517 | 18 | Handbags, purses, wallets, not intended for children |
| SEE BY CHLOE | 3,696,923 | 25 | Footwear |
| SEE BY CHLOE | 2,641,982 | 18, 25 | **18**: travelling bags, holdalls, tote bags, handbags, credit card case; purses, wallets, key cases, coin purses, parts and fittings for all the aforesaid goods<br><br>**25**: clothing, namely, trousers, skirts, suits, dresses, jackets, blousons, shirts, coats, cardigans, sweaters, blouses, shorts, t-shirts, pullovers, scarves |

Exhibit 1
Page 4

| Mark | Reg. No. or App. No. | Int'l Class | Goods |
|---|---|---|---|
|  | 79/083,749 | 18, 25 | **18:** leather and imitations of leather; goods made of leather and imitations of leather, namely, wallets, coin purses, handbags, suitcases, travelling bags, credit card cases, key cases, backpacks, clutch bags, beach bags, shopping bags, briefcases, sling bags for carrying infants, travelling sets, namely, trunks, vanity cases sold empty, cosmetic bags sold empty; wallets, coin purses, handbags, suitcases, travelling bags, credit card cases, key cases, backpacks, clutch bags, beach bags, canvas, reusable, mesh and textile shopping bags, briefcases, sling bags for carrying infants, travelling sets, namely, trunks, vanity cases sold empty, cosmetic bags sold empty, umbrellas, parasols and walking sticks; hides, skins<br><br>**25:** clothing, namely, jackets, blouses, belts, cloaks, ponchos, jumpers, dresses, leggings, tights, shorts, scarves, jumpsuits, cardigans, suits, capes, jeans, coats, rompers; footwear; headwear |

Exhibit 1
Page 5

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| CARTIER | 759,201 | 14 | Watches and clocks |
| CARTIER | 759,202 | 14 | Articles of jewelry for personal wear, not including watches; and the following goods of solid or plated silverware-namely, table flatware and hollow-ware, toilet articles, candelabra, bonbon-cases, jewelry cases, ((crosses, rosaries, ))and buckles |
| CARTIER | 414,435 | 18 | Combination pocketbooks and shopping bags, wallets, billfolds, key cases, card cases, leather clock cases, traveling cases, and overnight bags, both fitted and unfitted |
| CARTIER | 414,604 | 16 | Writing and letter paper-namely, letterheads, correspondence cards, envelopes with and without return address, envelope openers, ink stands, desk sets,, desk pads, desk calendars, address books, writing cases, memorandum books, pads, and fountain pens |
| CARTIER | 758,858 | 16 | Lead-pencils, magazine lead-pencils and pen holders |
| *Cartier* | 3,832,004 | 18 | Leather and imitation leather goods, namely, suitcases, traveling bags, briefcases, wallets, change purses, clutch bags, handbags, chests in the nature of luggage and suitcases, sets of traveling bags, trunks and suitcases, skins; umbrellas; small leather bags in the nature of sleeves and pouches for merchandise packaging |
| *Cartier* | 2,801,764 | 16 | Books and magazines in the field of applied arts, art, horology, jewelry |
| CALIBRE DE CARTIER | 3,864,499 | 14 | Cuff-links, tie clips, rings, bracelets, earrings, necklaces, brooches being jewellery, key rings of precious metal or coated therewith; watches, chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and |

Exhibit 1
Page 6

| Mark | Reg. No. | Int'l Class | Goods |
|------|----------|-------------|-------|
| | | | jewellery |
| ROTONDE DE CARTIER | 3,418,630 | 14 | Cuff-links, tie clips, rings, bracelets, earrings, necklaces, brooches; watches, chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and jewellery |
| AGRAFE | 2,699,360 | 14 | Jewelry |
| ASTROTOURBILLON | 3,953,567 | 14 | Watches, chronometers, clocks; watchbands, cases of precious metal for watches; all the aforesaid goods of Swiss origin |
| BAIGNOIRE | 2,092,409 | 14 | Jewelry, precious stones, watches and clocks |
| BALLERINE | 3,059,210 | 14 | Timepieces and jewelry products, particularly cuff links, tie clips, rings, bracelets, earrings, necklaces, brooches; watches, chronometers, clocks, watchbands, boxes of precious metal for watches and jewelry |
| BALLON BLEU | 3,476,888 | 14, 16, 18, 25 | **14:** Goods in precious metals and coated therewith, namely, cuff-links, tie clips, rings being jewelry, bracelets, earrings, necklaces, brooches; watches, chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and jewellery<br><br>**16:** Pens, fountain pens, ball-point pens, pencils, mechanical pencils, felt-tip pens, rollerball pens, document markers, writing brushes; sealing waxes; pouches, cases and boxes for writing instruments; inks for writing instruments and ink refills for writing instruments; note paper, writing paper, note pads, memo pads; name cards, envelopes, diaries; calendars; paperweights, erasers, pencil sharpeners, paper knives, pen and pencil holders; paintings, engravings<br><br>**18:** Leatherware, namely, briefcases, |

Exhibit 1
Page 7

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| | | | travelling sets in the nature of sets of suitcases and travelling bags, vanity cases sold empty, key cases; goods made of leather and imitations of leather, not included in other classes, namely, attaché cases, wallets, handbags, backpacks, travelling bags, wheeled tote bags, trunks, suitcases, purses not of precious metal, credit and business card cases, pouches; bands of leather in the nature of leather straps for use with bags; umbrellas, parasols, walking sticks, whips and saddlery<br><br>**25:** Clothing, namely, bathing suits, coats, cummerbunds, dressing gowns, fur coats and stoles, hosiery, jackets, pullovers, pajamas, robes, shirts, skirts, suits, sweaters, trousers, underwear, belts, braces in the nature of suspenders, gloves, mufflers, sashes for wear, scarves, shawls, suspenders, ties, bow ties; boots, shoes and slippers, caps and hats |
| CABOCHON | 3,032,397 | 18 | Goods made of leather or imitation leather, not included in other classes particularly document cases, wallets, handbags, back packs, traveling bags, suitcases, trunks, and carrying cases for a wide variety of goods; saddlery |
| DIAMANTS LEGERS | 3,814,704 | 14 | Cuff-links, tie clips, rings, bracelets, earrings, necklaces, brooches being jewellery, key rings, watches, chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and jewellery, with all of the aforementioned goods featuring and/or incorporating diamonds |
|  | 2,322,769 | 14 | Watches |
|  | 2,436,100 | 14 | Watches |

Exhibit 1
Page 8

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| | | | |
| HAPPY BIRTHDAY | 2,247,421 | 18 | Leather goods, namely, handbags, and travelling bags |
| HAPPY BIRTHDAY | 2,666,131 | 14 | Rings, clocks |
| HAPPY BIRTHDAY | 3,418,755 | 16 | Pens, fountain pens, ball-point pens, pencils, mechanical pencils, felt-tip pens, rollerballs, pouches, cases and boxes for writing instruments; note paper, note pads, memo pads, diaries; paperweights, paper knives, pens and pencil holders |
| HIMALIA | 2,934,297 | 14 | Cuff-links, rings, bracelets, earrings, necklaces, brooches; chronometers, watches and clocks |
| INDE MYSTERIEUSE | 3,708,882 | 14 | Goods of precious metals or coated therewith, namely, cuff-links, key rings, tie clips, and jewelry, including rings, bracelets, earrings, necklaces, and brooches; watches, chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and jewellery |
| L'OFFICIER | 3,906,980 | 18 | Leatherwear, namely, briefcases, traveling sets comprising luggage, unfitted vanity cases, key cases, goods made of leather and imitations of leather not included in other classes, namely, attaché-cases, wallets, handbags, shopping bags, belt bags, backpacks, travelling bags, wheeled bags, trunks, suitcases, purses not of precious metal, card cases, pouches of leather; bands of leather, umbrellas, parasols, walking sticks, whips and saddlery |
| LE CIRQUE ANIMALIER | 3,537,349 | 14 | Cuff-links, tie clips, rings, bracelets, earrings, necklaces, brooches; key rings of precious metal; watches, chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and jewellery |

Exhibit 1
Page 9

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| LOVE | 3,637,776 | 14, 16, 18, 25 | **14:** Goods of precious metals and coated therewith, namely, cuff-links, tie clips, rings, bracelets, earrings, necklaces, brooches, and key rings; watches, chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and jewelry<br><br>**16:** Money clips, pens, fountain pens, ball-point pens, pencils, mechanical pencils, felt-tip pens, roller ball pens, document markers, pouches, cases and boxes for writing instruments, writing inks and pen ink refills, diaries, calendars, paperweights, paper knives, pen and pencil holders<br><br>**18:** Leatherware, namely, briefcases, traveling luggage sets, unfitted vanity cases, and key cases, goods made of leather and imitations of leather, namely, attache-cases, wallets, handbags, backpacks, traveling bags, wheeled bags, trunks, suitcases, purses, name card cases, credit card cases, and pouches; umbrellas<br><br>**25:** Clothing, namely, bathing suits, coats, cummerbunds, dressing gowns, fur coats, hosiery, jackets, pullovers, pyjamas, robes, shirts, skirts, suits, sweaters, trousers, underwear, belts, braces, gloves, mufflers, scarves, shawls, ties, bow ties, boots, shoes, slippers, caps, and hats |
| LOVE BRACELET | 1,005,286 | 14 | Jewelry-namely, bracelets |
| Love Bracelet Design  | 3,776,794 | 14 | Jewelry, namely, rings, bracelets, charms, earrings, made of precious metals |
| | 3,898,366 | 14 | Horologic and chronometric instruments, namely, watches |

Exhibit 1
Page 10

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
|  | | | |
| Pasha de Cartier | 3,557,455 | 14 | Jewelry and horological instruments |
| PASHA SEATIMER | 3,318,649 | 14 | Cuff-links, tie clips, rings, bracelets, earrings, necklaces, brooches; watches, chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and jewellery |
|  | 3,211,038 | 14 | Horologic and chronometric instruments, namely, watches |
|  | 3,208,458 | 14 | Horologic and chronometric instruments, namely, watches |
| SUPERSTITIONS | 3,956,751 | 14 | Cuff-links, tie clips, rings, bracelets, earrings, necklaces, brooches, jewellery, key rings of precious metal, watches, chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and jewellery |
|  | 3,282,739 | 14 | Horologic and chronometric instruments, namely, watches |

Exhibit 1
Page 11

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
|  | 3,282,847 | 14 | Horologic and chronometric instruments, namely, watches |
| TRINITY | 1,927,987 | 14 | Jewelry made of precious metal or coated therewith |
| YOU'RE MINE | 3,133,225 | 14 | Cuff links, tie pins, rings, bracelets, earrings, necklaces, brooches; watches, chronometers, pendulum clocks, watchstraps, boxes of precious metal for watches and jewellery |

Exhibit 1
Page 12

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| DUNHILL | 1,172,665 | 42 | Retail store services featuring the sale of smokers' accessories, man's clothing, haberdashery, toiletries, jewelry, leather goods, gift items, and many other items of various descriptions |
| DUNHILL | 843,270 | 18 | Umbrellas |
| DUNHILL | 843,178 | 14 | Watches |
| DUNHILL | 858,928 | 14 | Men's jewelry-namely, cuff links, tie bars, tie clasps, key chains, key rings |
| DUNHILL | 858,964 | 16 | Pens and pencils |
| dunhill | 540,389 | 18 | Billfolds, document cases and wallets, all being goods made of leather |
| dunhill | 1,799,883 | 14, 18 | **14:** Jewelry and watches<br><br>**18:** Luggage and small leather goods; namely, wallets, card cases, attaché cases |
| dunhill | 1,734,900 | 24, 25 | **24:** handkerchiefs<br><br>**25:** men's clothing, namely, ties, cravats, dress shirts, sport shirts, sweaters, belts, suspenders, gloves, hats, scarves, leather and suede coats and jackets, wool jackets, rainwear, underwear, sleepwear and robes |
| dunhill LINKS | 3,423,210 | 18, 24, 25, 28 | **18:** goods made of leather and imitations of leather, namely, luggage, trunks, traveling bags, bags, namely, carry-on bags, all purpose sports bags, flight bags, travel bags, tie bags for travel, shopping bags, holdalls, suit bags, backpacks, knapsacks, tote bags, shaving bags sold empty, duffle bags, overnight bags, shoe bags, cases, namely, suitcases, credit card cases, travel attaché cases designed to organize and hold passports, plane tickets and currency, and toiletry cases sold empty, attaché cases, briefcases, key cases, pouchettes, namely, a handheld carrying case with compartments for |

Exhibit 1
Page 13

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| | | | pens, notepads, calendars, money, credit cards and other personal items; suit bags, backpacks, knapsacks, wallets, purses, leather key fobs, notepad holders, umbrellas, walking sticks<br><br>**24:** textile fabrics for the manufacture of clothing, towels, golf towels, textile clothing labels, handkerchiefs, lap rugs<br><br>**25:** clothing, namely, shirts, jackets, blousons, trousers, pants, shorts, t-shirts, polo shirts, socks; knitwear, namely, sweaters, cardigans, fleece pullovers; waterproof clothing, namely, waterproof jackets and trousers; belts, gloves, training sneakers, scarves, ties, headwear, sun visors, hats, caps; footwear<br><br>**28:** Golf clubs, golf club covers, golf balls, golf tees, bags specifically adapted for sports equipment, golf club protectors, golf markers and golf gloves, golf score pads |
| **dunhill**<br>LONDON | 3,629,424 | 14, 16, 18, 25, 34 | **14:** key rings and key chains of precious metals or coated therewith; jewelry, cufflinks, tie bars, tie clips, necktie clips, tie pins, lapel pins, and collar and shirt studs; precious stones; horological and chronometric instruments, watches, clocks, watch straps, watch bracelets; key holders of precious metal; parts and fittings for all the aforesaid goods<br><br>**16:** writing instruments, pouches for writing instruments; gift cases for writing instruments; ink and refills for writing instruments, stationery; writing utensil cases; personal organizers; desk sets; pens, pencils; pen and pencil holders; paperweights, diaries; inkwells and ink stands; passport holders, check book holders, check book covers; pen and pencil cases; document holders, photo albums; bookends; pen nibs; money clips; parts and fittings for all the aforesaid goods<br><br>**18:** trunks and traveling bags; umbrellas, collars for pets; luggage, bags, namely, tote bags, beach bags, satchels, toiletry bags sold empty; cases, namely, suitcases; briefcases, attaché cases, holdalls, pouchettes, garment bags for travel, backpacks, credit card cases, key cases, wallets, coin purses, handbags<br><br>**25:** clothing, namely, shirts, pants, trousers, |

Exhibit 1<br>Page 14

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| | | | jackets, evening jackets, tuxedos, blazers, windcheaters, blousons, fleece pullovers, quilted vests, suits, raincoats, coats, shorts, cardigans, sweaters, tank tops, waistcoats, t-shirts, polo shirts, casual shirts, business shirts, bathrobes, dressing gowns, socks, golf shirts, golf sweaters, golf trousers, golf shoes, swimwear, sleepwear, underwear, rainwear, waterproof jackets, sweat shirts, sweat pants, cummerbunds, gloves, footwear, hats, caps, sun visors, scarves, belts, ties |
| DUNHILL FACET | 3,763,362 | 14, 18 | **14:** Goods in precious metals or coated therewith, namely, key fobs, key rings, and key chains; cufflinks; horological and chronometric instruments, watches, clocks, watch straps, watch bracelets; parts and fittings for all the aforesaid goods<br><br>**18:** Goods made of leather and imitations of leather, namely, key chains, key cases, pocket wallets, coin purses, luggage tags; trunks and traveling bags, umbrellas, parasols and walking sticks; shooting sticks, namely, a combined walking stick and seat; canes; collars for pets; luggage; tote bags, duffle bags, carry on bags, all purpose sports bags, flight bags, tie bags for travel, barrel bags, shaving bags sold empty, overnight bags, business card cases, beach bags, satchels, toiletry bags sold empty, suitcases; briefcases, attaché cases, aftershave cases sold empty, document cases, pochettes, namely, hand-held carrying cases for documents and personal items; garment bags for travel, knapsacks, backpacks, credit card cases, key cases not made of leather, key wallets, wallets, coin purses not made of leather, handbags |
|  | 3,763,494 | 14, 16, 18, 25 | **14:** Key fobs, key rings and key chains of precious metals or coated therewith; household containers of precious metals or coated therewith; jewellery; cufflinks; tie bars; tie clips; necktie clips; tie pins; lapel pins; collar and shirt studs; precious stones; horological and chronometric instruments, watches, clocks, watch straps, watch bracelets; key holders of precious metals; parts and fittings for all the aforesaid goods<br><br>**16:** Writing instruments, pouches for writing instruments; gift boxes for writing instruments; |

Exhibit 1<br>Page 15

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| | | | ink and refills for writing instruments, stationery; personal organisers, desk sets, pens, pencils; pen and pencil holders; paperweights, diaries; inkwells and ink stands; passport holders, cheque book holders, cheque book covers; pen and pencil cases; document holders and cases, albums for photographs; bookends; pen nibs; money clips; parts and fittings for all the aforesaid goods<br><br>**18:** Trunks and travelling bags; umbrellas, parasols and walking sticks; canes; collars for pets; luggage, bags and cases, tote bags, beach bags, satchels, toiletry bags sold empty; suitcases; briefcases, attaché cases, holdalls; pochettes, namely, hand-held carrying cases for documents and personal items; garment bags for travel, backpacks, credit card cases and holders, key cases, wallets, coin purses, handbags; parts and fittings for all the aforesaid goods<br><br>**25:** Clothing, namely, shirts, pants, trousers, jackets, evening jackets, tuxedoes, blazers, windcheaters, blousons, fleece pullovers, quilted vests, suits, raincoats, coats, shorts, cardigans, sweaters, tank tops, waistcoats, t-shirts, polo shirts, casual shirts, business shirts, bathrobes, dressing gowns, socks, golf shirts, golf sweaters, golf trousers, golf shoes, swimwear, sleepwear, underwear, rainwear, waterproof jackets, sweat shirts, sweat pants, cummerbunds, gloves, scarves, belts, ties; footwear and headgear, namely, hats, caps and sun visors |
|  | 1,322,065 | 14 | Men's jewelry, all made of precious metal-namely, cuff links, money clips, tie clasps |
|  | 3,748,138 | 14, 16, 18, 25 | **14:** goods in precious metals or coated therewith, namely, key rings and key chains of precious metals or coated therewith; jewelry; cufflinks; tie bars; tie clips; necktie clips; tie pins; lapel pins; collar and shirt studs; precious stones; horological and chronometric instruments, watches, clocks, watch straps, watch bracelets<br><br>**16:** writing instruments, pouches for writing instruments; gift cases for writing instruments; pen ink and refills, stationery; writing utensil cases; personal organizers; desk sets; pens; pencils; pen and pencil holders; paperweights; diaries; inkwells and ink stands; passport |

Exhibit 1
Page 16

| Mark | Reg. No. | Int'l Class | Goods |
|------|----------|-------------|-------|
| | | | holders; check book holders; check book covers; pen and pencil cases; document holders and cases; picture albums; bookends; pen nibs; money clips |
| | | | **18:** trunks and traveling bags; umbrellas; collars for pets; luggage; travel bags and travel cases; tote bags; beach bags; satchels; toiletry bags sold empty; suitcases; briefcases; attaché cases; holdalls; pouchettes, namely, hand held carrying cases for documents and personal items; garment bags for travel; backpacks; credit card cases and holders; leather key cases; wallets; coin purses; handbags |
| | | | **25:** Clothing, namely, shirts, pants, trousers, jackets, evening jackets, tuxedos, blazers, windcheaters, blousons, fleece pullovers, quilted vests, suits, raincoats, coats, shorts, cardigans, sweaters, tank tops, waistcoats, t-shirts, polo shirts, casual shirts, business shirts, bathrobes, dressing gowns, sock, golf shirts, golf sweaters, golf trousers, golf shoes, swimwear, sleepwear, underwear, rainwear, waterproof jackets, sweat shirts, sweat pants, cummerbunds, gloves, footwear, hats, caps, sun visors, scarves, belts, ties |
| D-EIGHT | 3,053,189 | 14, 16, 18, 25, 34 | **14:** Goods, made all or in part of precious metals or coated therewith, namely, flasks, cups, key rings, key fobs and key chains, smokers' articles of precious metals or coated therewith, namely ashtrays, cigar and cigarette lighters, cigar cutters, cigar and cigarette cases; belt buckles of precious metals or coated therewith; jewelry, cufflinks; tie bars; tie clips; tie pins, lapel pins; horological and chronometric instruments, watches, clocks, watch straps, watch bracelets; parts and fittings for all the aforesaid goods |
| | | | **16:** Writing instruments, pouches for writing instruments, gift cases for writing instruments, ink and refills, stationery; personal organizers, fountain pens, ball-point pens and pencils, pen and pencil holders; paperweights, diaries, inkwells and ink stands; passport holders, checkbook holders, document holders; parts and fittings for all the aforesaid goods |
| | | | **18:** Goods made of leather and imitations of |

Exhibit 1
Page 17

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| | | | leather, namely, leather key fobs, satchels, suitcases and backpacks; trunks and traveling bags; umbrellas, walking sticks; luggage, flight bags, tie bags for travel, carrying cases, tote bags, toiletry bags sold empty; shooting sticks; briefcases, attaché cases, document cases, holdalls, pochettes in the nature of a hand held carrying case with compartments for pens, notepads, calendars, money, credit cards and other personal items; suit-carriers, namely garment bags, credit card cases and holders, key cases, wallets, coin purses, personal organizers, handbags; parts and fittings for all the aforesaid goods<br><br>**25:** clothing, namely shirts, pants, trousers, suits, jackets, coats, shorts, cardigans, sweaters, waistcoats, t-shirts, polo shirts, dressing gowns, socks, swimwear, sleepwear, underwear, rainwear, raincoats, bandanas, footwear, and headgear in the nature of sun visors, hats and caps; braces, scarves, belts, ties, gloves, cravats |
|  | 2,852,116 | 14 | Watches |
| SENTRYMAN | 3,486,991 | 14, 16, 18, 28 | **14:** jewelry, cufflinks, tie bars<br><br>**16:** pens, writing instruments, desk accessories, namely, desk file trays, holders for desk accessories, and letter racks<br><br>**18:** large and small leather goods namely, trunks and traveling bags, collars for pets, luggage, bags, and cases, tote bags, beach bags, satchels, toiletry bags sold empty, suitcases, briefcases, attaché cases, holdalls, pochettes, namely a handheld carrying case with compartments for pens, notepads, calendars, money, credit cards, and other personal items; garment bags for travel, backpacks, credit card cases, credit card holders, wallets, coin purses, handbags<br><br>**28:** gifts and games, namely, playing cards, back gammon sets, chess sets, dice sets, bridge card boxes, jigsaw puzzles, and a poker and roulette kit for use in travel or recreational settings comprising a mini-roulette wheel, a chip holder, betting chips, a chip sweeper, a printed roulette playing mat, playing mat, playing cards poker |

Exhibit 1
Page 18

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| | | | dice and a holding case for storing the same |
| SIDECAR | 2,893,171 | 18 | Umbrellas, briefcases, attaché cases, document cases; wallets, pochettes, namely, a hand held carrying case with compartments for pens, notepads, calendars, money, credit cards and other personal items; credit card cases; key cases; coin purses |

Exhibit 1
Page 19

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| A. LANGE & SOHNE | 2,430,848 | 14 | Watches, watch movements, watch cases, and watch bracelets |
| A. LANGE & SÖHNE | 1,723,054 | 14 | Watches and chronographics; watch movements; watch cases and watch bracelets |
| A. LANGE & SÖHNE | 3,071,207 | 14 | Cuff links, tie clips, rings, bracelets, earrings, necklaces, brooches; watches, chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and jewelry |
| LANGE | 2,448,703 | 14 | Watches, watch movements, watch cases, and watch bracelets |
| 1815 | 2,837,595 | 14 | Chronometric instruments, namely, watches, watch bracelets |
| CABARET | 3,010,578 | 14 | Cuff-links, tie clips, rings, bracelets, earrings, necklaces, brooches; watches, chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and jewellery |
| DATOGRAPH | 2,364,492 | 14 | Chronometers, parts for chronometers and watch bands |
|  | 2,730,858 | 14 | Chronometers, chronographs for use as watches |
| DOUBLE SPLIT | 2,852,979 | 14 | Watches, clocks, chronographs for use as watches and chronometers |
| LANGE ZEITWERK | 3,835,352 | 14 | Cuff-links, tie clips, rings, bracelets, earrings, necklaces, brooches, key rings made of precious metal, watches, |

Exhibit 1
Page 20

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
|  |  |  | chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and jewellery |
| TOURBOGRAPH | 2,410,312 | 14 | Chronometric instruments, namely, watches, watch bands and parts for watches |
| ZERO-RESET | 2,422,336 | 14 | Chronometers, namely, parts of watches |

Exhibit 1
Page 21

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| MONTBLANC | 776,208 | 16 | Fountain pens, cases for fountain pens, ball point pens, ball point cartridges, ball point paste, mechanical pencils, lead for mechanical pencils |
| MONTBLANC | 1,884,842 | 14, 18 | **14:** jewelry; watches and time pieces<br><br>**18:** purses, handbags, small leather articles and accessories, namely wallets and billfolds, and luggage |
| MONTBLANC | 2,820,561 | 37, 42 | **37:** maintenance and repair of writing instruments and accessories for writing instruments<br><br>**42:** retail store services for luxury items, namely, stationery, desk sets, jewelry, watches, eyewear, leather goods, writing instruments and parts and fittings therefor; design services for others for luxury items, namely, stationery, leather goods, writing instruments and parts and fittings therefor |
| MONTBLANC | 2,415,189 | 25 | Clothing accessories, namely, dress belts made of leather with belt buckles of precious and semi-precious metals distributed in channels of commerce where luxury articles are sold and promoted |
| MONT BLANC | 2,515,092 | 16 | Stationery, namely, envelopes, writing paper, writing cards |
| MONT BLANC | 3,059,776 | 6, 8, 9, 21, 25, | **6:** money clips, key rings, knife handles, all being made of metal<br><br>**8:** pocket-knives, razors; cases for pocket knives, cases for razors<br><br>**9:** graduated rulers, barometers<br><br>**21:** drinking flasks not of precious metal; serving trays, butlers trays, cups, all being not of precious metal; shaving brushes, shaving brush stand |

Exhibit 1
Page 22

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| | | | **25:** clothing accessories, namely, neckties, scarves and shawls distributed in channels of commerce where luxury articles are sold and promoted |
| MONTBLANC NIGHTFLIGHT | 3,251,925 | 18 | Leather and imitation leather and goods made of these materials, namely, wallets, purses, credit card holders, briefcases, attaché cases, handbags, pouches and bags made of leather, travelling bags, key cases, backpacks, leather bands and shoulder straps for handbags and luggage, boxes made of leather; small leather goods, namely, name card cases, vanity cases sold empty, suitcases and school bags |
| MONTBLANC PROFILE | 2,717,140 | 14 | Watches, clocks |
| MONTBLANC SUMMIT | 2,738,532 | 14 | Watches and chronometers |
|  | 839,016 | 2, 16 | **2:** fountain pen ink<br><br>**16:** fountain pens, cases for fountain pens, ball point pens, ball point cartridges, mechanical pencils, lead for mechanical pencils, desk stands for pens |
|  | 1,878,584 | 14, 18 | **14:** jewelry; watches and timepieces<br><br>**18:** purses, handbags, small leather articles and accessories, namely wallets and billfolds, and luggage |
|  | 2,346,953 | 25 | Accessories for clothing, namely belts |
| SOLITAIRE | 1,347,728 | 16 | Writing instruments-namely, pens |

Exhibit 1
Page 23

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| | | | watches and jewellery |
| LA DAME BLANCHE | 3,366,186 | 14 | Watches and clocks; timekeepers, namely, chronometers; and jeweller's wares, namely, jewellery, and precious stones |
| LADYSTAR | 3,127,144 | 18 | Wallets, identity card and credit card cases, purses, briefcases, attaché cases; handbags, rucksacks, suitcases, travelling bags, walking sticks, whips, harness for horses, saddlery |
| LEONARDO | 2,875,587 | 16 | Pencils |
| MAGIE EN BLANC ET NOIR | 3,453,962 | 14 | Watches and clocks; timekeepers, namely, chronometers; and jeweller's wares, namely, jewellery, and precious stones |
| MEISTERSTUCK | 1,324,392 | 16 | Fountain pens, ballpoint pens and mechanical pencils including sets thereof, all made partially with precious metals and sold in specialty stores |
| SIGNATURE FOR GOOD | 3,933,739 | 16, 18 | **16:** writing instruments, including fountain pens, ball-point pens, pencils, felt-tip pens, roller ball pens, document markers; pouches for writing instrument; gift boxes for writing instruments; writing inks and pen ink refills for writing instruments; stationery; diaries; paperweights; desk sets; desk stands in the nature of holders for writing instruments and office implements; pen and pencil holders; and parts and fittings for all of the aforesaid goods, namely, fountain pen nibs, pen and pencil clips, pen and pencil bodies, and pen and pencil caps<br><br>**18:** wallets, purses, credit card holders, pouches of leather, pouches for holding make-up, travel documents, business papers, monies, and keys and other personal items; briefcases, attaché cases, handbags, travelling bags and all purpose carrying bags |
| STARISMA | 2,788,900 | 18 | Wallets, purses, credit card holders, briefcases, attache-cases, handbags, pouches of leather, travelling bags |

Exhibit 1
Page 25

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| STARWALKER | 2,759,073 | 16 | Fountain pens, ball-point pens, pencils, felt-tip pens, rollerballs, gift cases for writing instruments |
|  | 3,659,753 | 16 | Writing instruments, namely, pens |
|  | 2,975,592 | 16 | Writing instruments |

Exhibit 1
Page 26

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
| PANERAI | 2,340,290 | 14 | Chronometers, watches |
| PANERAI | 2,673,704 | 16, 18, 25 | **16:** pencils<br><br>**18:** handbags<br><br>**25:** shirts, tee-shirts; belts, caps and hats |
| PANERAI COMPOSITE | 3,947,004 | 14 | Watches, chronometers, watch straps, watch bracelets, boxes of precious metal for watches |
| LUMINOR | 2,516,018 | 14 | Chronometers, watches and clocks |
| LUMINOR COMPOSITE | 3,889,408 | 14 | Watches, chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and jewellery |
| LUMINOR DAYLIGHT | 3,035,995 | 14 | Watches, chronometers, wall clocks, watchbands, boxes of precious metal for watches and jewelry |
|  | 3,178,943 | 14 | Watches |
| RADIOMIR | 2,418,830 | 14 | Chronometers; watches and clocks |
| RADIOMIR COMPOSITE | 3,882,739 | 14 | Watches, chronometers, clocks, watch straps, watch bracelets, boxes of precious metals for watches and jewellery |
|  | 3,756,691 | 14 | Watches |
| ARKTOS | 2,731,719 | 14 | Chronometers, watches, clocks |
| BLACK SEAL | 2,864,075 | 14 | Boxes and cases for watches; chronometers; watches and clocks |

Exhibit 1
Page 27

| Mark | Reg. No. | Int'l Class | Goods |
|---|---|---|---|
|  | 2,323,571 | 14 | Chronometers; watches |
| L'ASTRONOMO | 3,947,005 | 14 | Watches, stopwatches, wall clocks, watch straps, boxes of precious metal for watches |
| LO SCIENZIATO | 3,927,967 | 14 | Watches, stopwatches, wall clocks, watch straps, boxes of precious metal for watches and jewelry |
| MARE NOSTRUM | 2,362,908 | 14 | Chronometers and watches |
| MARINA MILITARE | 3,174,281 | 14 | Watches, chronometers, clocks, watchbands, wristwatches, boxes of precious metal for watches and jewelry |
|  | 3,004,529 | 14 | Boxes and cases for watches; chronometers, watches and wall clocks |
| SEAL | 2,288,561 | 14 | Chronometers, and watches |
| SEALAND | 2,624,232 | 14 | Cases of precious metals for watches, chronometers, watches |
| SLYTECH | 3,046,425 | 14 | Watches, chronometers, wall clocks, watch straps, boxes of precious metal for watches and jewelry |
| ZEROGRAPH | 3,857,560 | 14 | Watches and chronometers |

Exhibit 1
Page 28